**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

5-25-mc-1-TKW

**TALENTSCALE, INC.,**

**Plaintiff(s),**

**v.** **CASE NO. 4:24cv33**

**AERY AVIATION, LLC,**

**Defendant(s),**

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** judgment be entered against Respondent Aery Aviation, LLC in the amount of $1,142,467.20

DATED: October 9, 2024

FERNANDO GALINDO, Clerk

By /s/
M. Reese, Deputy Clerk

A TRUE COPY. TESTE
CLERK, U.S. DISTRICT COURT
BY [signature]
DEPUTY CLERK

FILED USDC FLND GV
JAN 13 '25 PM2:39

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA

## EXEMPLIFICATION CERTIFICATE

I, Fernando Galindo, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Judgment in a Civil Case entered on October 9, 2024, in case 4:24cv33

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at

Norfolk on 12/16/24
*City* *Date*

Fernando Galindo
*Clerk* *(By) Deputy Clerk*

I, Jamar K. Walker, a Judicial Officer of this Court, certify that Fernando Galindo, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

12/16/24
*Date*

*Signature of Judge*

United States District Judge
*Title*

I, Fernando Galindo, Clerk of this United States District Court, keeper of the seal, certify that the Honorable Jamar K. Walker,
*Judge*
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at Norfolk in this State, on 12/16/24
*City* *Date*

Fernando Galindo
*Clerk* *(By) Deputy Clerk*