**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**(Panama City Division)**

Talentscale, Inc.,

Plaintiff,

v. Case No.: 5:25-mc-00001-TKW

Aery Aviation, LLC,

Defendant,

and

Cogent Bank,

Garnishee.
_________________________________/

**ANSWER OF GARNISHEE, COGENT BANK, AND DEMAND TO JUDGMENT CREDITOR FOR PAYMENT OF ATTORNEYS' FEES**

Garnishee, Cogent Bank ("Garnishee"), by its undersigned counsel and pursuant to § 77.06, Fla. Stat., hereby answers the Writ of Garnishment dated January 29, 2025 as follows:

1. At the time of the service of the Writ of Garnishment, and at the time of its Answer, and at all times between service and its Answer, Garnishee was indebted to the Defendant, Aery Aviation, LLC ("Defendant"), in the amount of $19.41.

2. Garnishee has no knowledge of any other person or entity indebted to Defendant, or who may have property of the Defendant in their possession, custody, or control.

3. Garnishee will not turn over any of the funds identified in paragraph 1 unless specifically directed to do so by Court order.

4. Garnishee has been obligated to retain counsel in this matter and is required to pay its attorneys a reasonable fee, for which it is entitled to an award of fees as provided by Florida Statute § 77.28.

WHEREFORE, Cogent Bank, having fully answered the Writ of Garnishment served upon it, respectfully requests attorneys' fees and costs in the amount of $100.00 payable to:

Cogent Bank
c/o Greenberg Traurig, P.A.
450 S. Orange Ave. Ste. 650
Orlando, FL 32801

and for such other relief as the Court deems just and proper.

Dated: February 14, 2025

COGENT BANK

By: Gina C. Medlock
Gina Medlock, Senior Vice President

# CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 14th day of February, 2025, a true and correct copy of the foregoing Answer of Garnishee, Cogent Bank, and Demand to Judgment Creditor for Payment of Attorneys' Fees was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile:(407) 420-5909

By: */s/ Courtney M. Keller*
Courtney M. Keller, Esquire
Florida Bar No. 028668
Savannah Young, Esquire
Florida Bar No. 1031408
Email: kellerc@gtlaw.com
youngsa@gtlaw.com
nef-iws@gtlaw.com
FLService@gtlaw.com

*Counsel for Garnishee, Cogent Bank*