UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

TALENTSCALE, INC.
1350 E. Flamingo Road, Suite 734
Las Vegas, NV 89119,

Judgment Creditor,

vs. Civil Action No. 5:25-mc-00001

AERY AVIATION, LLC
1009 Providence Boulevard
Newport News, VA 23602

Judgment Debtor,

and

THE CLEVELAND CLINIC FOUNDATION,

Garnishee.

_______________________________________/

**THE CLEVELAND CLINIC FOUNDATION'S**
**ANSWER TO WRIT OF GARNISHMENT**

COMES NOW, the Garnishee, The Cleveland Clinic Foundation, by and through its undersigned attorneys, and files this Answer to the Writ of Garnishment dated March 28, 2025, served in this case (Doc. 46), and states as follows:

1. The Garnishee, The Cleveland Clinic Foundation, is indebted to the Defendant, Aery Aviation, LLC, for services rendered in the total amount of $126,434.97 for invoice numbers 4721, 4724 - 4728, 4730, 4731, 4734-4735.

2. The Garnishee shall hold the sums set forth above until the Court issues its order directing the Garnishee to disburse such sums.

3. The Garnishee is not aware of any other individual or entity indebted to the Defendant.

4. The Garnishee has not had and does not have any other tangible or intangible personal property of Aery Aviation, LLC, property of Aery Aviation, LLC, or property to which Aery Aviation, LLC has a claim in its possession or control at any time referenced in the Writ.

5. The Garnishee was required to retain the service of undersigned counsel to respond to the Writ and is obligated to pay the undersigned counsel for the reasonable attorneys' fees and costs incurred. Pursuant to Section 77.28, Florida Statutes, the Garnishee requests payment of the costs and expenses, including reasonable attorneys' fees, it has or will incur in responding to and otherwise complying with the Writ.

WHEREFORE, Garnishee The Cleveland Clinic, having fully answered the Writ, hereby respectfully requests:

(1) an order of discharge, discharging and releasing The Cleveland Clinic Foundation of any and all liability under the Writ;

(2) an award of its costs and attorneys' fees in complying with the Writ and Order thereon pursuant to § 77.28, Florida Statutes, and applicable law;

(3) an order directing the Clerk of the Court to disburse the statutory garnishment deposit from the Court Registry to The Cleveland Clinic Foundation, as partial payment of its attorneys' fees and costs associated with responding to the Writ and complying with any order of this Court; and

(4) such other and further relief to The Cleveland Clinic Foundation as may be just and proper.

Respectfully submitted,

*/s/ Darrin J. Quam*
DARRIN J. QUAM, ESQUIRE
Florida Bar No. 995551
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
401 East Jackson Street, Suite 2100 (33602)
Post Office Box 3299
Tampa, Florida 33601
Primary: dquam@stearnsweaver.com
Secondary: lwade@stearnsweaver.com
Tel: (813) 223-4800/Fax: (813) 222-5089
Attorneys for Garnishee The Cleveland Clinic Foundation

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2025, I filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Darrin J. Quam*
DARRIN J. QUAM, ESQUIRE
Florida Bar No. 995551