**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**(Panama City Division)**

Talentscale, Inc.,
Plaintiff,

v. Case No.: 5:24-mc-00001-TKW

Aery Aviation, LLC,
Defendant,

and

The Cleveland Clinic Foundation,
Garnishee.
_________________________________/

**COGENT BANK'S SUPPLEMENT TO MOTION TO DISSOLVE WRIT OF GARNISHMENT ISSUED TO THE CLEVELAND CLINIC FOUNDATION**

Non-party, Cogent Bank ("Cogent"), by and though its undersigned counsel and pursuant to § 77.16, Florida Statutes, hereby supplements its Motion to Dissolve the Writ of Garnishment issued to the Cleveland Clinic Foundation (the "Motion to Dissolve") (DE 65) filed on May 14, 2025. In support hereof, Cogent states as follows:

1. On May 15, 2025, the Cleveland Clinic Foundation ("Cleveland Clinic") filed its Amended Answer to Writ of Garnishment ("Amended Answer") (DE 73).

2. The Amended Answer disclosed additional amounts that Cleveland Clinic claims to be indebted to Defendant, Aery Aviation, LLC ("Aery").

Specifically, Cleveland Clinic contends in the Amended Answer that it is indebted to Aery in the amount of $921,471.42 for invoice numbers 4448, 4467, 4468, 4469, 4562, 4579, 4598, 4606, 4609, 4625, 4630, 4631, 4632, 4633, 4634, 4635, 4636, 4638, 4639, 4641, 4644, 4645,4647, 4648, 4649, 4651, 4652, 4653, 4654, 4655, 4656, 4657, 4658, 4659, 4660, 4661, 4662, 4663, 4673, 4674, 4675, 4676, 4677, 4678, 4679, 4680, 4681, 4682, 4683, 4685, 4686, 4687, 4688, 4689, 4692, 4694, 4695, 4704, 4705, 4706, 4711, 4712, 4714, 4715, 4716, 4717, 4721, 4724, 4725, 4726, 4727, 4728, 4730, 4731, 4734, 4735, 4737, 4707-1, 4708-1 and 4710-1 (the "Additional Cleveland Clinic Receivables").

3. Cogent hereby supplements its Motion to Dissolve to include these Additional Cleveland Clinic Receivables in the definition of "Cleveland Clinic Receivables" set forth in the Motion to Dissolve.

4. Such Additional Cleveland Clinic Receivables—like the Cleveland Clinic Receivables—are amounts that the Cleveland Clinic owes Aery for Aery's transportation of organs on behalf of the Clinic for its patients in need of transplants, and constitute Aery's "accounts receivable" and "Collateral" under the Loan Documents (including the UCC-1).[1] The Additional Cleveland Clinic Receivables—like the Cleveland Clinic Receivables—are required to be deposited

[1] Unless otherwise indicated herein, all capitalized terms appearing herein shall have the same meaning ascribed to them in the Motion to Dissolve.

into the Blocked Account at Cogent and thereafter applied to pay down the Revolving Line of Credit in accordance with the Blocked Account Agreement.

5. For the reasons set forth in the Motion to Dissolve, the Additional Cleveland Clinic Receivables—like the Cleveland Clinic Receivables—are subject to a first-priority, perfected security interest held by Cogent pursuant to lending agreements between Cogent and Aery, rendering the Cleveland Clinic Receivables unavailable for garnishment by Talentscale, Inc.

6. Attached hereto as Exhibit "A" is a Supplement to Affidavit of Cogent Bank filed pursuant to Section 77.16, Florida Statutes, which is being filed in support of this Supplement.

WHEREFORE, for the reasons set forth herein, Cogent supplements its Motion to Dissolve, and requests the Court dissolve the Cleveland Clinic Writ for the reasons set forth in the Motion to Dissolve.

DATED this 21st day of May, 2025.

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile:(407) 420-5909

By: */s/ Courtney M. Keller*
Courtney M. Keller, Esquire
Florida Bar No. 028668
Savannah Young, Esquire
Florida Bar No. 1031408
Email: kellerc@gtlaw.com
youngsa@gtlaw.com
nef-iws@gtlaw.com
FLService@gtlaw.com

*Counsel for Cogent Bank*

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on this 21st day of May, 2025, a true and correct copy of the foregoing **Cogent Bank's Supplement to Motion to Dissolve Writ of Garnishment Issued to the Cleveland Clinic Foundation** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile:(407) 420-5909

By: */s/ Courtney M. Keller*
Courtney M. Keller, Esquire
Florida Bar No. 028668
Savannah Young, Esquire
Florida Bar No. 1031408
Email: kellerc@gtlaw.com
youngsa@gtlaw.com
nef-iws@gtlaw.com
FLService@gtlaw.com
*Counsel for Cogent Bank*