**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**(Panama City Division)**

Talentscale, Inc.,

Plaintiff,

v. Case No.: 5:25-mc-00001-TKW

Aery Aviation, LLC

Defendant.
_________________________________/

# COGENT BANK'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS

Cogent Bank ("Cogent"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 45, hereby serves its responses and objections to the Subpoena to Produce Documents served on February 4, 2025 by Plaintiff, Talentscale, Inc. (the "Document Subpoena"), and states as follows:

## Threshold Objections

Cogent objects to the Document Subpoena in its entirety upon the following threshold grounds:

1. Cogent objects to the Document Subpoena to the extent that it requires Cogent to create documents, or otherwise imposes obligations upon Cogent beyond what is required under the Federal Rules of Civil Procedure.

2. Cogent objects to the Document Subpoena to the extent it requires production of confidential and sensitive financial or other information. Such

**EXHIBIT "B"**

information will be produced only upon execution of a mutually agreeable confidentiality agreement or the entry of a protective order.

3. By agreeing to produce documents responsive to a particular request, Cogent does not admit such documents exist.

4. Cogent objects to the subpoena as it does not provide a location or place where compliance is required. In the interest of convenience and judicial economy, Cogent will provide its response to the subpoena via email as requested in the subpoena. However, by doing so, Cogent in no way waives any defense or argument it has based upon the validity of the subpoena or the proper place of compliance for the subpoena (which is not in the Northern District of Florida as Cogent is not located in the Northern District of Florida).

**SPECIFIC RESPONSES**

In addition to the above objections, Cogent responds to the specific Requests in the Document Subpoena as follows:

1. Produce account statements for any financial accounts held by you in the name or of or for the benefit of Aery Aviation, LLC, whose address is 1009 Providence Boulevard, Newport News, VA, 23602, including checking, savings, and investment accounts from January 1, 2021 to the present.

**RESPONSE:**

Cogent objects to this Request as it is overbroad and outside the scope of discovery in that it is not relevant to any party's claim or defense and proportional to

the needs of the case. Specifically, without limitation, the Request seeks documents outside of the relevant timeframe. Plaintiff obtained its judgment against Aery Aviation, LLC ("Aery") on October 9, 2024, and Cogent was served with the Writ of Garnishment in this action on January 30, 2025. The Request seeks documents dating back to January 1, 2021. In addition, any account held "for the benefit of Aery" is not relevant to Plaintiff's garnishment proceedings as it is expressly exempt from the reach of Aery's creditors as the account is not titled in Aery's name and the funds in such account are otherwise held expressly for the benefit of and subject to a first priority lien of Cogent. Subject to and without waiving these objections, Cogent will produce at a mutually convenient time and place account statements for any financial accounts titled in Aery's name from January 30, 2025 to the present.

2. Produce records of any wire transfers, ACH transfers, or funds transfers involving accounts held by you by or for the benefit of Aery Aviation, LLC whose address is 1009 Providence Boulevard, Newport News, VA 23602 from January 1, 2021 to the present.

**RESPONSE:**

Cogent objects to this Request as it is overbroad and outside the scope of discovery in that it is not relevant to any party's claim or defense and proportional to the needs of the case. Specifically, without limitation, the Request seeks documents outside of the relevant timeframe. Plaintiff obtained its judgment against Aery on October 9, 2024, and Cogent was served with the Writ of Garnishment in this action

on January 30, 2025. The Request seeks documents dating back to January 1, 2021. In addition, any account held "for the benefit of Aery" is not relevant to Plaintiff's garnishment proceedings as it is expressly exempt from the reach of Aery's creditors as the account is not titled in Aery's name and the funds in such account are otherwise held expressly for the benefit of and subject to a first priority lien of Cogent. Subject to and without waiving these objections, Cogent will produce at a mutually convenient time and place documents evidencing wire transfers, ACH transfers, or funds transfers for any financial accounts titled in Aery's name from January 30, 2025 to the present.

3. Produce invoices, payment records and documents reflecting debts owed by you to Aery Aviation, LLC, whose address is 1009 Providence Boulevard, Newport News, VA 23602 from January 1, 2021 to the present.

**RESPONSE:**

Cogent objects to this Request as it is overbroad and outside the scope of discovery in that it is not relevant to any party's claim or defense and proportional to the needs of the case. Specifically, without limitation, the Request seeks documents outside of the relevant timeframe. Plaintiff obtained its judgment against Aery on October 9, 2024, and Cogent was served with the Writ of Garnishment in this action on January 30, 2025. The Request seeks documents dating back to January 1, 2021. Cogent further objects to this Request as it is vague and confusing in that it does not define the term "debts", which could be subject to multiple interpretations. For purposes of this Request, Cogent interprets the phrase "debts owed" to mean "money

owed" by Cogent to Aery. Subject to and without waiving these objections, no such documents exist.

4. Produce contracts, agreements, or purchase orders between you and Aery Aviation, LLC, whose address is 1009 Providence Boulevard, Newport News, VA 23602 from January 1, 2021 to the present.

**RESPONSE:**

Cogent objects to this Request as it is overbroad and outside the scope of discovery in that it is not relevant to any party's claim or defense and proportional to the needs of the case. Specifically, without limitation, the Request seeks documents outside of the relevant timeframe. Plaintiff obtained its judgment against Aery on October 9, 2024, and Cogent was served with the Writ of Garnishment in this action on January 30, 2025. The Request seeks documents dating back to January 1, 2021. In addition, "contracts, agreements, or purchase orders" is overbroad insofar as it such documents are not limited to any specific subject matter and encompass matters that are wholly irrelevant to Plaintiff's collection action. Subject to and without waiving these objections, Cogent will produce at a mutually convenient time and place (a) account agreements between Aery and Cogent relating to accounts titled in Aery's name and accounts held for the benefit of Aery, and (b) loan agreements between Aery and Cogent for any accounts and/or loans in existence as of January 30, 2025.

5. Produce records of any loans or financing arrangements between you and Aery Aviation, LLC, whose address is 1009 Providence Boulevard, Newport News,

VA 23602, including any repayment terms and outstanding balances, from January 1, 2021 to the present.

**RESPONSE:**

Cogent objects to this Request as it is overbroad and outside the scope of discovery in that it is not relevant to any party's claim or defense and proportional to the needs of the case. Specifically, without limitation, the Request seeks documents outside of the relevant timeframe. Plaintiff obtained its judgment against Aery on October 9, 2024, and Cogent was served with the Writ of Garnishment in this action on January 30, 2025. The Request seeks documents dating back to January 1, 2021. Subject to and without waiving these objections, Cogent will produce at a mutually convenient time and place the loan agreements and documents reflecting the outstanding balances for any loans in existence as of January 30, 2025.

6. Produce documents identifying property, equipment, or other assets in your possession or control that belong to or are held for the benefit of Aery Aviation, LLC, whose address is 1009 Providence Boulevard, Newport News, VA 23602 from January 1, 2021 to the present.

**RESPONSE:**

Cogent objects to this Request as it is overbroad and outside the scope of discovery in that it is not relevant to any party's claim or defense and proportional to the needs of the case. Specifically, without limitation, the Request seeks documents outside of the relevant timeframe. Plaintiff obtained its judgment against Aery on

October 9, 2024, and Cogent was served with the Writ of Garnishment in this action on January 30, 2025. The Request seeks documents dating back to January 1, 2021 In addition, any asset held "for the benefit of Aery" is not relevant to Plaintiff's garnishment proceedings as it is expressly exempt from the reach of Aery's creditors as such asset is not titled in Aery's name and is otherwise held expressly for the benefit of and subject to a first priority lien of Cogent. Subject to and without waiving these objections, Cogent will produce at a mutually convenient time and place documents identifying any assets held by Cogent that are titled in Aery's name from January 30, 2025 to the present.

7. Produce correspondence or communications between you and Aery Aviation, LLC, whose address is 1009 Providence Boulevard, Newport News, VA 23602, related to payments or account balances from January 1, 2021 to the present.

**RESPONSE:**

Cogent objects to this Request as it is overbroad and outside the scope of discovery in that it is not relevant to any party's claim or defense and proportional to the needs of the case. Specifically, without limitation, the Request seeks documents outside of the relevant timeframe. Plaintiff obtained its judgment against Aery on October 9, 2024, and Cogent was served with the Writ of Garnishment in this action on January 30, 2025. The Request seeks documents dating back to January 1, 2021. In addition, the Request is not limited to the subject matter of this garnishment proceeding or any specific account. Subject to and without waiving these objections, Cogent will

produce at a mutually convenient time and place correspondence between Aery and Cogent related to payments or account balances for any financial accounts titled in Aery's name from January 30, 2025 to the present.

8. Produce records of garnishments, liens, or levies served on you concerning Aery Aviation, LLC, whose address is 1009 Providence Boulevard, Newport News, VA 23602, identifying the creditor and amounts collected from January 1, 2021 to the present.

**RESPONSE:**

Cogent objects to this Request as it is overbroad and outside the scope of discovery in that it is not relevant to any party's claim or defense and proportional to the needs of the case. Specifically, without limitation, the Request seeks documents outside of the relevant timeframe. Plaintiff obtained its judgment against Aery on October 9, 2024, and Cogent was served with the Writ of Garnishment in this action on January 30, 2025. The Request seeks documents dating back to January 1, 2021. Subject to and without waiving these objections, Cogent will produce at a mutually convenient time and place documents reflecting any garnishments, liens or levies served on Cogent concerning Aery from January 30, 2025 to the present.

9. Produce W-9 forms, tax identification documents, or corporate setup documents submitted by Aery Aviation, LLC, whose address is 1009 Providence Boulevard, Newport News, VA 23602 from January 1, 2021 to the present.

**RESPONSE:**

Cogent objects to this Request as it is overbroad and outside the scope of discovery in that it is not relevant to any party's claim or defense and proportional to the needs of the case. Specifically, without limitation, the Request seeks documents outside of the relevant timeframe. Plaintiff obtained its judgment against Aery on October 9, 2024, and Cogent was served with the Writ of Garnishment in this action on January 30, 2025. The Request seeks documents dating back to January 1, 2021. Subject to and without waiving these objections, Cogent will produce at a mutually convenient time and place any W-9 forms, tax identification documents or corporate setup documents submitted by Aery in connection with any account or loan that was in existence on January 30, 2025.

Cogent expressly reserves the right to amend and/or supplement its objections and responses set forth herein.

Respectfully Submitted,

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile:(407) 420-5909

By: */s/ Courtney M. Keller*
Courtney M. Keller, Esquire
Florida Bar No. 028668
Savannah Young, Esquire
Florida Bar No. 1031408
Email: kellerc@gtlaw.com
youngsa@gtlaw.com
nef-iws@gtlaw.com
FLService@gtlaw.com

*Counsel for Cogent Bank*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 18th day of February, 2025, a true and correct copy of the foregoing Cogent Bank's Responses and Objections to Plaintiff's Subpoena to Produce Documents was electronically served on Plaintiff's counsel via email to kchase@chaselaw.com and epons@chaselaw.com.

*/s/Courtney M. Keller*
Courtney M. Keller