GT GreenbergTraurig

**Courtney M. Keller**
**Tel 407.254.2610**
**kellerc@gtlaw.co**

March 27, 2025

**VIA EMAIL**

Eric J. Pons, Esq.
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, Florida 33431
Email: epons@chaselaw.com

**Re: Talentscale, Inc. v. Aery Aviation, LLC**
**United States District Court, Northern District of Florida**
**Panama City Division, Case No. 5:25-mc-00001-TKW**

Dear Eric:

This firm represents Cogent Bank, a non-party to the above-referenced matter. Enclosed please find documents Bates-stamped CB000001 – CB000500 responsive to the Subpoena to Produce Documents served by your client on February 4, 2025. Additional responsive documents, if any, will be produced as soon as is practicable. Thank you.

Sincerely,

*/s/ Courtney M. Keller*
Courtney M. Keller

CK/sec

Cc: Kenneth E. Chase, Esq. (kchase@chaselaw.com)



**COMPOSITE EXHIBIT "C"**

GT GreenbergTraurig

**Courtney M. Keller**
**Tel 407.254.2610**
**kellerc@gtlaw.com**

April 16, 2025

**VIA EMAIL**

Eric J. Pons, Esq.
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, Florida 33431
Email: epons@chaselaw.com

**Re: Talentscale, Inc. v. Aery Aviation, LLC**
**United States District Court, Northern District of Florida**
**Panama City Division, Case No. 5:25-mc-00001-TKW**

Dear Eric:

This firm represents Cogent Bank, a non-party to the above-referenced matter. Enclosed please find documents Bates-stamped CB000501 – CB001339 responsive to the Subpoena to Produce Documents served by your client on February 4, 2025. Thank you.

Sincerely,

*/s/ Courtney M. Keller*
Courtney M. Keller

CK/sec

Cc: Kenneth E. Chase, Esq. (kchase@chaselaw.com)

GT GreenbergTraurig

**Courtney M. Keller**
**Tel 407.254.2610**
**kellerc@gtlaw.com**

May 1, 2025

**VIA EMAIL**

Eric J. Pons, Esq.
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, Florida 33431
Email: epons@chaselaw.com

**Re: Talentscale, Inc. v. Aery Aviation, LLC**
**United States District Court, Northern District of Florida**
**Panama City Division, Case No. 5:25-mc-00001-TKW**

Dear Eric:

This firm represents Cogent Bank, a non-party to the above-referenced matter. Enclosed please find additional documents Bates-stamped CB001340 – CB001450 responsive to the Subpoena to Produce Documents served by your client on February 4, 2025. Thank you.

Sincerely,

*/s/ Courtney M. Keller*
Courtney M. Keller

CK/smg

Cc: Kenneth E. Chase, Esq. (kchase@chaselaw.com)

GT GreenbergTraurig

**Courtney M. Keller**
**Tel 407.254.2610**
**kellerc@gtlaw.com**

May 6, 2025

**VIA EMAIL**

Eric J. Pons, Esq.
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, Florida 33431
Email: epons@chaselaw.com

**Re: Talentscale, Inc. v. Aery Aviation, LLC**
**United States District Court, Northern District of Florida**
**Panama City Division, Case No. 5:25-mc-00001-TKW**

Dear Eric:

This firm represents Cogent Bank, a non-party to the above-referenced matter. Enclosed please find additional documents Bates-stamped CB001451 – CB001455 responsive to the Subpoena to Produce Documents served by your client on February 4, 2025. Thank you.

Sincerely,

*/s/ Courtney M. Keller*
Courtney M. Keller

CK/smg

Cc: Kenneth E. Chase, Esq. (kchase@chaselaw.com)