**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**TALENTSCALE, INC.**,

**Plaintiff**,

**v.** **Case No. 5:25mc1-TKW**

**AERY AVIATION, LLC**,

**Defendant**.
_________________________________/

# ORDER

This case came before the Court for telephonic hearing on Plaintiff's motion for extension of time (Doc. 78). At the hearing, the Court also heard argument on the motions to dissolve the writ of garnishment issued to Cleveland Clinic Foundation (Docs. 65, 68, 77) and Plaintiff's motion to compel discovery (Doc. 82). For the reasons stated on the record at the hearing, it is

**ORDERED** that:

1. The motion for extension of time (Doc. 78) is **DENIED**.

2. The motions to dissolve (Docs. 65, 68, 77) are **GRANTED**, and the writ of garnishment issued to Cleveland Clinic Foundation (Doc. 46) is **DISSOLVED** because the money identified in the answer and amended answer to the writ is subject to Cogent Bank's prior secured interest.

3. Ruling is deferred on the motion to compel discovery (Doc. 82) so the parties can attempt to resolve the motion based on the guidance provided by the Court at the hearing. The parties shall file a status report on their efforts to resolve the motion no later than 14 days from the date of this Order, and if the parties report that the motion is not fully resolved, the report shall identify the issues in dispute and detail the parties' respective positions on those issues. After the Court reviews the status report, it will determine whether to refer the motion to compel to the magistrate judge for resolution.

4. Plaintiff and Defendant (and Cogent Bank, if necessary) are encouraged to engage in settlement discussions regarding payment of the judgment to avoid the collection litigation that is occurring in this and other courts.

**DONE and ORDERED** this 23rd day of May, 2025.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**