**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

Case No. 5:25-mc-00001-TKW

TALENTSCALE, INC.
1350 E. Flamingo Road, Suite 734
Las Vegas, NV 89119

Judgment Creditor,

v.

AERY AVIATION, LLC
1009 Providence Boulevard
Newport News, VA 23602

Judgment Debtor.
_____________________________________________/

**TALENTSCALE, INC.'S**
**AND COGENT BANK'S JOINT STATUS REPORT**

Judgment Creditor Talentscale, Inc. and Cogent Bank jointly file this Status Report pursuant to the Court's May 23, 2025 Order. ECF No. 84.

1. Talentscale filed its Motion to Compel Discovery from Cogent Bank, seeking the amortization schedules referenced in the loan documents between Cogent and Aery; monthly account statements for the Blocked Account ending in 0189 from January 1, 2024 to the present; wire transfer and cancelled check records for the Blocked Account ending in 0189 from January 1, 2024 to the present; communications between Cogent and Aery concerning Aery's accounts and revolving line of credit with Cogent from January 1, 2024 to the present; and

accounting documents identifying the monthly principal and interest amounts owed and paid to Cogent by Aery, as opposed to its co-borrowers, from January 1, 2024 to the present. ECF No. 82, p. 11.

2. On May 28, 2025, Cogent Bank produced accounting documents identifying the monthly principal and interest amounts owed and paid to Cogent by Aery from January 2, 2024 to May 21, 2025; the amortization schedules referenced in the loan documents between Cogent Bank and Aery Aviation, LLC; and redacted monthly account statements for the Blocked Account ending in 0189 from October 1, 2024 to April 30, 2025. Cogent Bank only redacted the description of the deposit transactions that were made by Payors under the Blocked Account Agreement.

3. On May 29, 2025, Cogent Bank produced redacted monthly account statements for the Blocked Account ending in 0189 from January 1, 2024 to October 31, 2024. Cogent Bank only redacted the description of the deposit transactions that were made by Payors under the Blocked Account Agreement.

4. On June 4, 2025, Cogent Bank's counsel informed Talentscale, Inc.'s counsel that wire transfer and canceled check records for the Blocked Account ending in 0189 would be produced, to the extent not already produced and to the extent they exist, except for those reflecting the names and account numbers of Payors under the Blocked Account Agreement.

5. On June 4, 2025, Cogent Bank's counsel informed Talentscale, Inc.'s counsel that all communications between Cogent Bank and Aery Aviation, LLC from January 1, 2024 to the present concerning Cogent's loans and Aery's accounts had been produced, except for communications relating to the Blocked Account ending in 0189. Counsel further advised that those communications are undergoing review and redaction, and that Cogent Bank will only redact the names and account numbers of the Payors under the Blocked Account Agreement.

Dated this 5th day of June, 2025.

Respectfully submitted,

GREENBERG TRAURIG, P.A.

By: /s/ Courtney M. Keller
Courtney M. Keller
Florida Bar No. 28668
kellerc@gtlaw.com
Greenberg Traurig, P.A.
450 S. Orange Avenue, Suite 650
Orlando, FL 32801
Telephone: (407) 420-1000

*Attorneys for Cogent Bank*

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By: /s/ Eric J. Pons
Eric J. Pons
Florida Bar No. 1018390
epons@chaselaw.com
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Telephone: (305) 479-7380

*Attorneys for Judgment Creditor Talentscale, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on June 5, 2025 which automatically sends notice to all counsel or parties of record.

By: */s/ Eric J. Pons*
Eric J. Pons