**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**TALENTSCALE, INC.**,

**Plaintiff**,

**v.** **Case No. 5:25mc1-TKW**

**AERY AVIATION, LLC**,

**Defendant**.
_________________________________/

## ORDER

Upon due consideration of the joint status report (Doc. 88), it appears that the issues raised in Plaintiff's motion to compel (Doc. 82) are or will soon be resolved. However, to be sure, it is

**ORDERED** that the parties shall file another status report 14 days from the date of this Order indicating whether the motion to compel has been resolved or whether judicial action on the motion is needed.

**DONE and ORDERED** this 6th day of June, 2025.

T. Kent Wetherell II

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**