**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

Case No. 5:25-mc-00001-TKW

TALENTSCALE, INC.,
Plaintiff,
v.

AERY AVIATION, LLC
Defendant.

and

THE CLEVELAND CLINIC FOUNDATION,
Garnishee.
_______________________________________/

**DECLARATION OF ERIC J. PONS**

Eric J. Pons hereby declares as follows under penalty of perjury:

1. My name is Eric J. Pons and being of lawful age and sound mind hereby depose and state as follows.

2. I am co-counsel of record for Talentscale, Inc. in the above-captioned matter. I have personal knowledge of the facts stated herein. I submit this declaration in support of Talentscale's Motion for Relief from the Court's May 23, 2025 Order Denying Talentscale's Motion for Extension of Time and Granting the Motions to Dissolve the Writ of Garnishment. ECF No. 84.

3. On October 9, 2024, Talentscale, Inc. obtained a $1,142,467.20 federal judgment against Aery Aviation, LLC in *Talentscale, Inc. v. Aery Aviation, LLC*,

Case No. 4:24-cv-00033, in the United States District Court for the Eastern District of Virginia. ECF No. 2.

4. As of October 2024, Aery had four bank accounts with Cogent Bank: Acct. 0213 held by Aery; Acct. 0296 held by Aery; Acct. 6824 held by Aery; and Acct. 0189 held by Cogent Bank for the benefit of Aery (collectively, "Aery's Accounts"). ECF No. 81 at 2-3.

5. On November 27, 2024, Talentscale moved the United States District Court for the Eastern District of Virginia to have the clerk issue a writ of garnishment to Cogent Bank.

6. As of November 27, 2024, Garnishee The Cleveland Clinic Foundation was depositing money owed to Aery in Aery's account with Cogent Bank ending in 6824 pursuant to Aery's instructions.

7. However, on December 2, 2024, Aery Aviation's Chief Financial Officer, Sean Boyd, emailed the Cleveland Clinic and requested that all receivables owed to Aery be deposited into a new account, the "Blocked Account" held by Cogent Bank for Aery's benefit ending in 0189, instead of Aery's prior Cogent Bank account ending in 6824, where Cleveland Clinic had previously made deposits. True and correct copies of the documents reflecting that correspondence about the bank account change, as received from Cleveland Clinic pursuant to our subpoena, are attached as **Ex. 1** (composite).

8. Aery's Cogent account ending in 6824 was subsequently closed on December 5, 2024. ECF No. 81 at 2.

9. On December 10, 2024, the Eastern District's clerk issued a writ of garnishment to Cogent Bank, which instructed Cogent to "withhold from [Aery] any sums of money" held by Cogent for Aery "between the date of service of this summons on [Cogent] and the date for [Cogent's] appearance in court," January 9, 2025. ECF No. 78-1 at 1.

10. On December 11, 2024, the Eastern District's writ of garnishment was served on Cogent Bank.

11. Between November 27, 2024, the day that Talentscale served Aery with its motion for writ of garnishment and December 11, 2024, when Cogent was served, Aery transferred $641,535.64 to Cogent Bank.

12. Between December 11, 2024 and January 9, 2025, Cogent continued allowing deposits into and withdrawals from Aery's Accounts during that period, except for the account ending in 6824, which was closed after Talentscale applied for the writ.

13. In the ensuing timeframe between December 11, 2024, when Cogent was served with the writ, and January 9, 2025, when Cogent served its answer to Talentscale's writ of garnishment, Aery transferred $2,720,645.45 to Cogent.

14. On January 9, 2025, Cogent Bank filed its answer to the writ of garnishment, stating that Aery's account ending in 0213 had a balance of $945.22. ECF No. 78-2. Cogent's answer did not disclose the existence of any other accounts held by or for the benefit of Aery. *Id.*

15. On January 13, 2025, Talentscale registered the Virginia judgment with this Court. ECF No. 2.

16. On February 3, 2025, Talentscale issued a subpoena to produce documents to Cogent Bank in the above-captioned proceeding. ECF No. 78-3.

17. This subpoena, which contains a February 17, 2025 return date, was served on Cogent Bank on February 4, 2025.

18. On February 12, 2025, Cogent's counsel emailed me, requesting a two-week extension to provide its response.

19. On February 13, 2025, I emailed Cogent's counsel stating that we would agree to the extension if Cogent did not intend to withhold documents based on its response.

20. On February 14, 2025, Cogent's counsel circulated a confidentiality agreement for my review.

21. On February 18, 2025, the day after the subpoena's February 17, 2025 return date, Cogent's counsel served its Responses and Objections to the subpoena,

asserting numerous boilerplate objections without specifically disclosing the existence of accounts held by or for the benefit of Aery. ECF No. 78-4.

22. As stated in its Responses and Objections, Cogent Bank only agreed to produce “account agreements between Aery and Cogent relating to accounts titled in Aery’s name and accounts held for the benefit of Aery;” “loan agreements and documents reflecting the outstanding balances for any loans in existence as of January 30, 2025;” bank statements and fund transfer records from January 30, 2025 through February 18, 2025 for “financial accounts titled in Aery’s name;” and “Aery’s W-9 forms, tax identification documents or corporate setup documents.” ECF No. 78-4.

23. In its Responses and Objections, Cogent made no direct reference to the so-called “Blocked Account” ending in 0189, nor did it mention the term “Blocked Account” or any specific account number. *See generally id.*

24. Cogent Bank’s only mention of the “Blocked Account” consisted of broad references to “accounts held for the benefit of Aery,” without identifying or describing the Blocked Account specifically. *Id.* at 3-7.

25. On March 17, 2025, after returning from my honeymoon, I sent an email to Cogent’s counsel approving and signing the confidentiality agreement and requesting that Cogent produce the documents it had already agreed to produce in its Responses and Objections.

26. On March 18, 2025, Cogent's counsel replied, requesting additional time to produce the documents. Despite Cogent Bank having already "collected" the documents to be produced between February 14 and March 18, 2025, Cogent's counsel required additional time to produce them due to being understaffed.

27. That day, I responded that Talentscale would have no objection to giving Cogent until March 26, 2025 to produce those documents.

28. On March 26, 2025, Cogent's counsel emailed me, specifically disclosing for the first time the existence of the "Blocked Account" ending in 0189, which is held by Cogent Bank for the benefit of Aery. Additionally, Cogent's counsel stated that it would agree to produce bank statements and fund transfer records from January 1, 2024 through February 2025 for Aery's accounts, except for the Blocked Account. Cogent would not produce any records for the Blocked Account other than agreements relating to that account.

29. On March 27, 2025, Cogent produced the following documents: Aery's bank statements from October through December 2024 for Acct. 6824; Aery's bank statements for October 2024 through February 2025 for Acct. 0213; Aery's bank statements for October 2024 through February 2025 for Acct. 0296, the loan agreements; the account agreements for Accts. 6824, 0213, and 0296 held by Aery; the account agreement for the Account ending in 0189 held by Cogent Bank for the benefit of Aery; Combined Billing Summaries for Cogent's Revolving Lines of

Credit to Aery from January 2024 through March 2025. The bank statements and Combined Billing Summaries were not produced in chronological order, in the usual course of business, or otherwise in a reasonably useable form as required under Rule 34(b)(2)(E).

30. On March 27, 2025, Cogent's counsel emailed me, stating that the remaining portion of the agreed-upon production would be produced by April 4, 2025.

31. On March 27, 2025, I also filed a motion for writ of garnishment to the Cleveland Clinic. ECF No. 44.

32. On March 28, 2025, the Clerk issued the writ. ECF No. 46.

33. On March 31, 2025, Cleveland Clinic was served with the writ, giving Cleveland Clinic until April 21, 2025 to serve its answer. The return of service is attached as **Ex. 2**; Fla. Stat. § 77.04.

34. On April 11, 2025, Talentscale issued a subpoena to produce documents to Cleveland Clinic in the above-captioned proceeding. ECF No. 57-1.

35. This subpoena, which contains an April 28, 2025 return date, was served on Cleveland Clinic on April 14, 2025. The return of service is attached as **Ex. 3.**

36. On April 15, 2025, after not having heard from Cogent's counsel, I sent a follow-up email inquiring when Talentscale would receive the remainder of Cogent's agreed-upon document production.

37. On April 16, 2025, Cogent bank provided Talentscale with Cogent's second subpoena production, containing only email correspondences relating to Accts. 6824, 0213, and 0296 held by Aery.

38. On April 23, 2025, Cleveland Clinic's counsel emailed me, stating that "the incorrect entity is named in the Writ" and requesting "an extension to submit a response until May 9." I responded that Cleveland Clinic's deadline to serve its answer was April 24, 2025.

39. On April 24, 2025, Aery moved to quash or modify Requests 5 and 8 of Talentscale's subpoena to Cleveland Clinic, which sought contracts, agreements, purchase orders, and communications between Aery and Cleveland Clinic. Aery argued that the records were "not relevant to identifying collectible assets" and "likely contain identifiable health information protected by the Health Insurance Portability and Accountability Act." ECF No. 57 at 5-6.

40. In its motion to quash, Aery asserted that Talentscale "appears to be engaged in a fishing expedition," noting that Cleveland Clinic, like other recently garnished institutions, may "not have any accounts or other assets belonging to Aery." *Id.* at 4.

41. However, on April 24, 2025, the same day Aery filed its motion to quash, Cleveland Clinic filed its garnishment answer, stating it was indebted to Aery in the amount of $126,434.97. ECF No. 59.

42. On April 25, 2025, although Aery's motion only sought to quash or modify Requests 5 and 8 of Talentscale's subpoena, Cleveland Clinic's counsel emailed me requesting an extension to respond to the subpoena in its entirety.

43. On April 28, 2025, I responded to Cleveland Clinic's counsel, stating that Aery's motion to quash lacked merit because the subpoena sought relevant materials, was not overbroad, and did not request any HIPAA-protected information. I did not grant an extension.

44. On April 30, 2025, after reviewing Cogent's April 16, 2025 production, I emailed Cogent's counsel, requesting that Cogent produce the following documents it had already agreed to but failed to produce: Aery's bank statements for January 2024 through September 2024 for Acct. 6824; Aery's bank statements for January 2024 through September 2024 for Acct. 0213; Aery's bank statements for January 2024 through September 2024 for Acct. 0296; and the wire transfer records for Accts. 6824, 0213, and 0296 held by Aery for January 2024 through February 2025.

45. On May 1, 2025, Cogent's counsel produced the missing bank statements and apologized for the belated production.

46. On May 6, 2025, Cogent's counsel produced the missing wire transfer records.

47. Subsequently, on May 14, 2025, Cogent and Aery filed their motions to dissolve the writ of garnishment to the Cleveland Clinic, asserting that Cogent possesses a first priority security interest over Cleveland Clinic's accounts receivable owed to Aery. ECF No. 65; ECF No. 68.

48. Despite attaching over 100 pages of loan documents to their motions, neither Cogent nor Aery produced any records showing the total amount Aery owed on Cogent's loans from March through May 2025, how much Aery had been paying each month, or stated whether Aery had defaulted. Aery attached an incomplete statement balance for March 2025, showing that Aery owed $176,232.18 that month. ECF No. 68-2.

49. On May 14, 2025, the Court denied Aery's motion to quash Talentscale's subpoena to Cleveland Clinic and directed the parties to confer on a qualified protective order to safeguard HIPAA-related materials. ECF No. 67 at 5-6. The Court entered the Qualified Protective Order on June 6, 2025, authorizing Cleveland Clinic to redact HIPAA-related information and designate protected materials as "confidential." ECF No. 91 at 3-4.

50. On May 15, 2025, the day after Cogent and Aery filed their motions to dissolve, the Court entered a sua sponte order shortening Talentscale's response

period to seven days instead of the usual 14 days per Local Rule 7.1(E). ECF No. 71.

51. On May 15, 2025, Cleveland Clinic also filed its amended garnishment answer, stating it was indebted to Aery in the amount of $921,471.42. ECF No. 73, at 1. It was not entirely clear whether the amended answer triggered a new timeframe for which motions to dissolve must be filed per Fla. Stat. § 77.07(2).

52. On May 21, 2025, the day of Talentscale's shortened response deadline, Cogent Bank filed a Supplement to its Motion to Dissolve the Writ of Garnishment, attaching a second affidavit, referred to as a "supplemental affidavit," along with 154 pages of Aery's invoices issued to Cleveland Clinic which had not previously been produced. ECF No. 77; 77-1. It was not entirely clear whether this filing, with a second affidavit but captioned as a supplement, is properly classified as a new motion triggering a new motion response deadline.

53. Once again, Cogent's supplement did not include any documentation showing the total amounts owed by Aery on each loan from March through May 2025, or how much had been paid, or whether any defaults had occurred. *Id.*

54. Neither of Cogent's affidavits addressed whether Aery was in default or explained how any portion of the Cleveland Clinic funds would be allocated to a specific loan balance.

55. Consequently, I filed a motion for a brief extension of time on behalf of Talentscale to obtain accounting statements, amortization tables, and the Blocked Account statements from Cogent establishing whether Aery was in default on its loans and the amount of the potential defaults. ECF No. 78.

56. On May 22, 2025, I filed a motion to compel on behalf of Talentscale to obtain these records. ECF No. 82.

57. On May 22, 2025, the Court sua sponte scheduled a telephonic non-evidentiary hearing for May 23, 2025, at 10:00 a.m. (CDT), limited solely to Talentscale's motion for extension of time. ECF No. 79.

58. On May 22, 2025 at 8:47 PM, after Talentscale had already moved for an extension of time, and on the night before the hearing, Cogent's counsel emailed me, for the first time, an accounting statement that appeared to show the amounts paid by Aery for the loans from January 2024 through May 2025.

59. However, due to the short notice and the unusual format of the statement, I was unable to sufficiently review the document before the hearing the next morning. Indeed, in her May 22, 2025 email, Cogent's counsel acknowledged that the statement was likely in a "form" I was not "used to seeing with an ordinary loan."

60. However, given the limited time available to review the statement, it did not appear to reflect the amounts Aery owed to Cogent from March through May 2025.

61. Cogent Bank did not produce the amortization tables or any Blocked Account statements before the hearing.

62. At the May 23, 2025 hearing on Talentscale's motion for extension of time, Cogent's counsel could not definitively state whether Cogent had taken any steps to enforce the loan or whether any default had been declared:

> THE COURT: So if that's the case [referring to Aery's failure to maintain a minimum $500,000 balance in the account], they're in breach of the agreement at this point because they don't have that and they're supposed to?
>
> MS. KELLER: Yes, that's -- I think that would be accurate. I don't know that Cogent has told them they're in breach because of that yet but that -- that provision of the loan agreement certainly has not -- is not being complied with right now.

Hr'g Tr. 17:7-14, May 23, 2025.

63. At the hearing, Cogent's counsel also represented as follows to the Court:

> And as of yesterday what my client had informed me was that as of April, 2025, Aery was 30 days past due on their loan payments for all three of the facilities. And so that was as of April. So I am guessing that March payment has not been made.

*Id*. at 19:25-20:3.

64. The Court noted as follows:

> THE COURT: And I -- I understand that and accept that, and **particularly if the representation is accurate that they're 30 days behind on their loan agreements**, that may be -- that reality may be coming sooner rather than later because I'm sure Cogent Bank doesn't like having a $15 million liability sitting out there **with it not being paid**.

*Id*. at 25:19-24 (emphasis added).

65. At the hearing, counsel for Cogent and Aery did not inform the Court that Cogent had issued $6,336,853.46 in new credit to Aery during the pendency of the garnishment proceedings between March 31, 2025 and May 21, 2025.

66. Following the non-evidentiary telephonic hearing, which was noticed only on Talentscale's motion for extension of time, the Court entered its May 23, 2025 Order denying Talentscale's motion for extension of time and granting Cogent's and Aery's motions to dissolve the writ of garnishment.

67. On May 27 and June 4, 2025, four and twelve days *after* the Court granted the motion to dissolve, Cleveland Clinic produced its contracts and communications with Aery. Notably, although Aery moved to quash Talentscale's subpoena on the grounds that Talentscale sought HIPAA-protected information, none of the documents produced by Cleveland Clinic were designated as confidential or appeared to redact any sensitive health information.

68. Cleveland Clinic's production included an April 16, 2024 email from Aery to Cleveland Clinic, attaching Aery's internal financial statements, which reported the following:

| Year | Total Income | Gross Profit | Net Operating Income | Net Income |
|---|---|---|---|---|
| 2021 | $36,626,296.28 | $17,190,156.86 | $8,367,660.57 | $6,562,568.23 |
| 2022 | $82,363,183.44 | $18,520,246.98 | $10,414,255.84 | $9,004,566.86 |
| 2023 | $35,448,594.12 | $9,973,295.82 | $574,070.32 | $4,436,836.64 |
| **TOTAL** | $154,438,073.84 | $45,683,699.66 | $19,355,986.73 | $20,003,971.73 |

True and correct copies of the email and financial records containing Aery's 2021, 2022, and 2023 Profit and Loss Statements and Balance Sheets, as received from Cleveland Clinic subsequent to the March 23, 2025 telephonic conference, are attached as **Ex. 4.**

69. Cleveland Clinic's production also included a March 4, 2025 email referencing a prior call during which Aery's principal, Scott Beale, was "encouraged" by Cleveland Clinic "to just be candid." A true and correct copy of the email, received from the Cleveland Clinic subsequent to the May 23, 2025 telephonic conference, is attached as **Ex. 5.**

70. On May 28 and 29, 2025, five days *after* the Court granted the motion to dissolve, Cogent produced the Blocked Account statements and amortization tables for the first time.

71. Cogent's records reveal that Aery does not appear to be "past due," as it made the following payments, totaling $3,010,855.66, on its main loan to Aery in March 2025:

| Effective | Credit | Description |
|---|---|---|
| 3/3/2025 | $125,084.38 | Trnsfr from 0189 |
| 3/5/2025 | $75,730.25 | Trnsfr from 0189 |
| 3/7/2025 | $15,653.00 | Trnsfr from 0189 |
| 3/7/2025 | $87,901.98 | Trnsfr from 0189 |
| 3/10/2025 | $24,367.59 | Trnsfr from 0189 |
| 3/11/2025 | $36,122.00 | Trnsfr from 0189 |
| 3/12/2025 | $50.75 | Trnsfr from 0189 |
| 3/12/2025 | $26,366.20 | Trnsfr from 0189 |
| 3/13/2025 | $106,275.86 | PRINCIPAL PAYMENT 45-0189 |
| 3/14/2025 | $13,875.00 | Trnsfr from 0189 |
| 3/14/2025 | $72,966.49 | PRINCIPAL PAYMENT 45-0189 |
| 3/14/2025 | $40,373.00 | PRINCIPAL PAYMENT 45-0189 |
| 3/17/2025 | $271,620.66 | PRINCIPAL PAYMENT 45-0189 |
| 3/19/2025 | $6,000.00 | PRINCIPAL PAYMENT 45-0189 |
| 3/21/2025 | $141,322.35 | PRINCIPAL PAYMENT 45-0189 |
| 3/24/2025 | $236,910.91 | Trnsfr from 0189 |
| 3/24/2025 | $250,922.44 | PRINCIPAL PAYMENT 45-0189 |
| 3/28/2025 | $86,104.01 | Generated Payment |
| 3/28/2025 | $86,104.01 | Combined Payment |
| 3/28/2025 | $258,535.44 | PRINCIPAL PAYMENT 45-0189 |
| 3/31/2025 | $1,045,300.94 | PRINCIPAL PAYMENT 45-0189 |
| 3/31/2025 | $3,268.40 | Trnsfr from 0189 |
| **TOTAL** | **$3,010,855.66** | |

72. Aery also made the following payments, totaling $2,697,896.17, on Cogent's main loan to Aery in April 2025:

| Effective | Credit | Description |
|---|---|---|
| 4/1/2025 | $30,854.67 | Trnsfr from 0189 |
| 4/2/2025 | $116,916.14 | Trnsfr from 0189 |
| 4/4/2025 | $149,539.28 | Trnsfr from 0189 |
| 4/7/2025 | $82,919.90 | Trnsfr from 0189 |
| 4/11/2025 | $389,359.09 | Trnsfr from 0189 |
| 4/14/2025 | $4,518.90 | Trnsfr from 0189 |
| 4/17/2025 | $25,906.73 | Trnsfr from 0189 |
| 4/18/2025 | $322,778.39 | Trnsfr from 0189 |
| 4/18/2025 | $122,312.24 | Trnsfr from 0189 |
| 4/21/2025 | $14,650.00 | Trnsfr from 0189 |
| 4/22/2025 | $42,149.81 | Trnsfr from 0189 |
| 4/24/2025 | $18,263.44 | Trnsfr from 0189 |
| 4/24/2025 | $18,263.44 | Trnsfr from 0189 |
| 4/25/2025 | $15,000.00 | Trnsfr from 0189 |
| 4/28/2025 | $15,500.00 | Trnsfr from 0189 |
| 4/28/2025 | $16,664.39 | Trnsfr from 0189 |
| 4/29/2025 | $0.26 | Trnsfr from 0189 |
| 4/30/2025 | $90,128.17 | Generated Payment |
| 4/30/2025 | $90,128.17 | Combined Payment |
| 4/30/2025 | $1,132,043.15 | PRINCIPAL PAYMENT from 45-0189 |
| **TOTAL** | **$2,697,896.17** | |

73. Aery also made payments on Cogent's two smaller loans to Aery in March 2025 and April 2025:

| | Sub Note A | Sub Note B |
|---|---|---|
| March 2025 Payment | $21,509.34 | $85,598.31 |
| April 2025 Payment | $21,484.88 | $85,791.72 |
| **TOTAL** | **$42,994.22** | **$171,390.03** |

74. The documents which Cogent's counsel produced at 8:47 pm on May 22, 2025, after Talentscale moved for an extension of time, and produced formally on May 28, 2025, reflecting a total of $5,923,136.08 paid by Aery to Cogent in

March and April 2025, conflict with the unsworn assertion by Cogent's counsel at the hearing that Aery was "past due" on payments in March and April 2025.

75. Talentscale desires a hearing on Aery's motion to dissolve per Section 77.07(1), Florida Statutes, and did not waive that right.

76. Talentscale desires a jury trial on Cogent's motion to dissolve per Section 77.16(1), Florida Statutes, and did not waive that right.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2025.

By: *<u>/s/ Eric J. Pons</u>*
Eric J. Pons

# EXHIBIT 1

**From:** Topougis, Diane
**To:** Younan, Dalya; Sean Boyd
**Cc:** SupplierOnboarding
**Subject:** Re: Banking Information ACH banking needs updating
**Date:** Friday, January 24, 2025 4:46:54 PM
**Attachments:** Outlook-A blue and.png
Outlook-5d1zslbb.png
Outlook-A blue and.png
Outlook-y5g2mjrg.png
Outlook-A blue and.png
Outlook-A blue and.png
Outlook-A blue and.png
Outlook-t0rsrhzv.png
image.png
Outlook-tqpqnxug.png
Outlook-2er0pq5d.png

---

Can supplier onboarding verify what number they are calling? Apparently it is the incorrect number

---

**Diane Topougis, MBA /** Program Manager/ Transplant Center
9500 Euclid Avenue Desk A120 / Cleveland, OH 44195
Phone 216-312-5049 / Fax 216-445-7088
100 YEARS Cleveland Clinic

---

**From:** Younan, Dalya
**Sent:** Friday, January 24, 2025 4:44 PM
**To:** Sean Boyd ; Topougis, Diane
**Cc:** SupplierOnboarding
**Subject:** Re: Banking Information ACH banking needs updating
Sean,

We have a process in place to verify the information. We do not call the number provided by anyone in emails and that's all that I can tell you. If there is a concern of not receiving payment, we will switch the payment to system checks until the verification process is complete.

Thank you,
Dalya

Cleveland Clinic

***Dalya Younan***| **Accounts Payable Supervisor | Accounts Payable | 6801 Brecksville road - suite 20| Independence, OH 44131 | (216) 636-7659**

---

**From:** Sean Boyd
**Sent:** Friday, January 24, 2025 4:29 PM
**To:** Topougis, Diane ; Younan, Dalya
**Cc:** SupplierOnboarding
**Subject:** [EXT] Re: Banking Information ACH banking needs updating

**PROCEED WITH CAUTION: Slow down and pay close attention to emails sent from outside the organization.** If you receive an unsolicited email from an unknown sender or are suspicious of the tone, style, vocabulary or urgency of the email message, never click links or open attachments within it. When in doubt, you should either delete the email, verify its authenticity by contacting the sender using an alternative method not listed in the email, or submit it via the BlueFish button in Outlook for investigation. If you don't have the BlueFish button or are using a mobile device, forward the email as an attachment to phishtanktriage@ccf.org

---

I have not received a single call. 757-750-1122

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Topougis, Diane
**Sent:** Friday, January 24, 2025 4:27:33 PM
**To:** Younan, Dalya ; Sean Boyd
**Cc:** SupplierOnboarding
**Subject:** Re: Banking Information ACH banking needs updating

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Did you call Sean at the number below?

**Sean C. Boyd**
Chief Financial Officer
Aery Aviation, LLC
1009 Providence Blvd.
Newport News, VA 23602
Office: 757-750-1122
Email: sean.boyd@aeryaviation.com
www.aeryaviation.com

AERY AVIATION

---

**Diane Topougis, MBA /** Program Manager/ Transplant Center
9500 Euclid Avenue Desk A120 / Cleveland, OH 44195
Phone 216-312-5049 / Fax 216-445-7088

100 YEARS Cleveland Clinic

---

**From:** Younan, Dalya
**Sent:** Friday, January 24, 2025 4:21 PM
**To:** Topougis, Diane ; Sean Boyd
**Cc:** SupplierOnboarding
**Subject:** Re: Banking Information ACH banking needs updating

Our Supplier onboarding team made multiple attempts to call and verify the new account without a response or a call back. Last attempts was yesterday 1/23/2025. Until we are able to complete the verification, we will be able to move forward with the change.

Thank you,
Dalya

Cleveland Clinic
***Dalya Younan***| **Accounts Payable Supervisor | Accounts Payable | 6801 Brecksville road - suite 20| Independence, OH 44131 | (216) 636-7659**

---

**From:** Topougis, Diane
**Sent:** Thursday, January 23, 2025 12:55 PM
**To:** Sean Boyd ; Younan, Dalya
**Subject:** Re: Banking Information ACH banking needs updating

Hi Sean,

I apologize for the delay but unfortunately this is a matter that I can't correct myself.
The Accounting Director is Katie Brown please call her directly at 216-442-1953

**Diane Topougis, MBA /** Program Manager/ Transplant Center
9500 Euclid Avenue Desk A120 / Cleveland, OH 44195
Phone 216-312-5049 / Fax 216-445-7088
100 YEARS Cleveland Clinic

---

**From:** Sean Boyd
**Sent:** Thursday, January 23, 2025 12:48 PM
**To:** Topougis, Diane ; Younan, Dalya
**Subject:** [EXT] Re: Banking Information ACH banking needs updating

**PROCEED WITH CAUTION: Slow down and pay close attention to emails sent from outside the**

organization. **If you receive an unsolicited email from an unknown sender or are suspicious of the tone, style, vocabulary or urgency of the email message, never click links or open attachments within it. When in doubt, you should either delete the email, verify its authenticity by contacting the sender using an alternative method not listed in the email, or submit it via the BlueFish button in Outlook for investigation. If you don't have the BlueFish button or are using a mobile device, forward the email as an attachment to phishtanktriage@ccf.org**

---

Dalya,
We are still receiving payments to the closed account. Our bank has indicated that this has to change ASAP or they will begin returning the payments to CCF. What can I do to help assist in getting this finalized? We started this exercise on December 2nd. Please advise and thank you.

Sean

**Sean C. Boyd**
Chief Financial Officer
Aery Aviation, LLC
1009 Providence Blvd.
Newport News, VA 23602
Office: 757-750-1122
Email: sean.boyd@aeryaviation.com
www.aeryaviation.com
AERY AVIATION

---

**From:** Sean Boyd
**Sent:** Friday, January 3, 2025 12:30 PM
**To:** Topougis, Diane ; Younan, Dalya
**Subject:** Re: Banking Information ACH banking needs updating
Diane - Dalya,

I believe that remittances are still being sent to the old account which has been closed. Please advise on what needs to be done to begin remitting to the New FBO account we provided information on a couple of weeks ago.

Thank you,
Sean

**Sean C. Boyd**
Chief Financial Officer
Aery Aviation, LLC
1009 Providence Blvd.
Newport News, VA 23602
Office: 757-750-1122

Email: sean.boyd@aeryaviation.com
www.aeryaviation.com

---

**From:** Sean Boyd
**Sent:** Friday, December 13, 2024 7:34 AM
**To:** Topougis, Diane ; Younan, Dalya
**Subject:** Re: Banking Information ACH banking needs updating
Good morning Diane and Dalya,

Unfortunately, I believe that yesterday's remittance was sent to the old account which is now closed and the payment will likely be returned to you. Please begin using the FBO account we provided last week for all future remittances. I have included the Bank Letter again for your convenience.

Thank you,
Sean

**Sean C. Boyd**
Chief Financial Officer
Aery Aviation, LLC
1009 Providence Blvd.
Newport News, VA 23602
Office: 757-750-1122
Email: sean.boyd@aeryaviation.com
www.aeryaviation.com

---

**From:** Topougis, Diane
**Sent:** Wednesday, December 11, 2024 12:20 PM
**To:** Sean Boyd ; Younan, Dalya
**Subject:** Re: Banking Information ACH banking needs updating
CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Dayla,

Please conform that the banking information was updated. thank you

---

**Diane Topougis, MBA /** Program Manager/ Transplant Center
9500 Euclid Avenue Desk A120 / Cleveland, OH 44195

Phone 216-312-5049 / Fax 216-445-7088

100 YEARS | Cleveland Clinic

---

**From:** Sean Boyd
**Sent:** Monday, December 2, 2024 4:56 PM
**To:** Younan, Dalya ; Topougis, Diane
**Subject:** [EXT] Re: Banking Information ACH banking needs updating

**PROCEED WITH CAUTION: Slow down and pay close attention to emails sent from outside the organization. If you receive an unsolicited email from an unknown sender or are suspicious of the tone, style, vocabulary or urgency of the email message, never click links or open attachments within it. When in doubt, you should either delete the email, verify its authenticity by contacting the sender using an alternative method not listed in the email, or submit it via the BlueFish button in Outlook for investigation. If you don't have the BlueFish button or are using a mobile device, forward the email as an attachment to phishtanktriage@ccf.org**

---

Hi Dalya, Please see the attached updated bank letter and W-9; it is the same bank, just a new account number. If we could implement the account change before any further remittances are made, that would be great.

Thank you,
Sean

**Sean C. Boyd**
Chief Financial Officer
Aery Aviation, LLC
1009 Providence Blvd.
Newport News, VA 23602
Office: 757-750-1122
Email: sean.boyd@aeryaviation.com
www.aeryaviation.com

AERY AVIATION

---

**From:** Younan, Dalya
**Sent:** Monday, December 2, 2024 1:04 PM
**To:** Topougis, Diane ; Sean Boyd
**Subject:** Re: Banking Information ACH banking needs updating

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Sean,

Please provide your new banking information on a bank letterhead along with your organization W-9 form.

Thank you,
Dalya

Cleveland Clinic

***Dalya Younan***| **Accounts Payable Supervisor | Accounts Payable | 6801 Brecksville road - suite 20| Independence, OH 44131 | (216) 636-7659**

---

**From:** Topougis, Diane
**Sent:** Monday, December 2, 2024 12:58 PM
**To:** Sean Boyd ; Younan, Dalya
**Subject:** Re: Banking Information ACH banking needs updating

Hi Dayla,

Supplier: Aery Aviation

Would you be able to work with Sean from Aery to update their banking information?

Do you need a letter with the new banking information?

**Diane Topougis, MBA /** Program Manager/ Transplant Center
9500 Euclid Avenue Desk A120 / Cleveland, OH 44195
Phone 216-312-5049 / Fax 216-445-7088

100 YEARS Cleveland Clinic

---

**From:** Sean Boyd
**Sent:** Monday, December 2, 2024 12:29 PM
**To:** Topougis, Diane
**Subject:** [EXT] Banking Information

**PROCEED WITH CAUTION: Slow down and pay close attention to emails sent from outside the organization. If you receive an unsolicited email from an unknown sender or are suspicious of the tone, style, vocabulary or urgency of the email message, never click links or open attachments within it. When in doubt, you should either delete the email, verify its authenticity by contacting the sender using an alternative method not listed in the email, or submit it via the BlueFish button in Outlook for investigation. If you don't have the BlueFish button or are using a mobile device,**

**forward the email as an attachment to phishtanktriage@ccf.org**

---

Diane, I wanted to advise we need to make a change to the bank account the Clinic remits payment to. I am presuming a new bank letter with the updated account information is what is needed in order to make the change. Please let me know if there is anything further that is needed or if there is someone else I need to contact to effect the change.

Thanks!

**Sean C. Boyd**
Chief Financial Officer
Aery Aviation, LLC
1009 Providence Blvd.
Newport News, VA 23602
Office: 757-750-1122
Email: sean.boyd@aeryaviation.com
www.aeryaviation.com

Please consider the environment before printing this e-mail
Cleveland Clinic is a nonprofit, multispecialty academic medical center that's recognized in the U.S. and throughout the world for its expertise and care. Visit us online at http://www.clevelandclinic.org for a complete listing of our services, staff and locations. Confidentiality Note: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. Thank you.

Please consider the environment before printing this e-mail
Cleveland Clinic is a nonprofit, multispecialty academic medical center that's recognized in the U.S. and throughout the world for its expertise and care. Visit us online at http://www.clevelandclinic.org for a complete listing of our services, staff and locations. Confidentiality Note: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. Thank you.

Please consider the environment before printing this e-mail
Cleveland Clinic is a nonprofit, multispecialty academic medical center that's recognized in the U.S. and throughout the world for its expertise and care. Visit us online at

http://www.clevelandclinic.org for a complete listing of our services, staff and locations.
Confidentiality Note: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. Thank you.

**From:** SupplierOnboarding
**To:** Sean Boyd; Younan, Dalya; Topougis, Diane; Brown, Katie
**Subject:** RE: Banking Information ACH banking needs updating
**Date:** Monday, January 27, 2025 2:25:39 PM
**Attachments:** image001.png
image003.png
image004.png
image005.png

---

Hello –

I have been calling the number listed on the invoices we receive and have left a message each time requesting a return call. I have yet to receive a response.

Please let me know if you have any additional questions at this time.

Thank you

Mandy Wilhelm | Accounts Payable - Vendor Coordinator

100 YEARS Cleveland Clinic

---

**From:** Sean Boyd <sean.boyd@aeryaviation.com>
**Sent:** Friday, January 24, 2025 4:49 PM
**To:** Younan, Dalya <YOUNAND@ccf.org>; Topougis, Diane <TOPOUGD@ccf.org>
**Cc:** SupplierOnboarding <SupplierOnboarding@ccf.org>
**Subject:** [EXT] Re: Banking Information ACH banking needs updating

**PROCEED WITH CAUTION: Slow down and pay close attention to emails sent from outside the organization.** If you receive an unsolicited email from an unknown sender or are suspicious of the tone, style, vocabulary or urgency of the email message, never click links or open attachments within it. When in doubt, you should either delete the email, verify its authenticity by contacting the sender using an alternative method not listed in the email, or submit it via the BlueFish button in Outlook for investigation. If you don't have the BlueFish button or are using a mobile device, forward the email as an attachment to phishtanktriage@ccf.org

---

Understood but do we have any idea what number they are calling? Or who they are attempting to reach?

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Younan, Dalya <YOUNAND@ccf.org>
**Sent:** Friday, January 24, 2025 4:44:06 PM
**To:** Sean Boyd <sean.boyd@aeryaviation.com>; Topougis, Diane <TOPOUGD@ccf.org>
**Cc:** SupplierOnboarding <SupplierOnboarding@ccf.org>
**Subject:** Re: Banking Information ACH banking needs updating

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Sean,

We have a process in place to verify the information. We do not call the number provided by anyone in emails and that's all that I can tell you. If there is a concern of not receiving payment, we will switch the payment to system checks until the verification process is complete.

Thank you,
Dalya

Cleveland Clinic

*Dalya Younan* | Accounts Payable Supervisor | Accounts Payable

| 6801 Brecksville road - suite 20 | Independence, OH 44131 | (216) 636-7659

---

**From:** Sean Boyd <sean.boyd@aeryaviation.com>
**Sent:** Friday, January 24, 2025 4:29 PM
**To:** Topougis, Diane <TOPOUGD@ccf.org>; Younan, Dalya <YOUNAND@ccf.org>
**Cc:** SupplierOnboarding <SupplierOnboarding@ccf.org>
**Subject:** [EXT] Re: Banking Information ACH banking needs updating

**PROCEED WITH CAUTION: Slow down and pay close attention to emails sent from outside the organization.** If you receive an unsolicited email from an unknown sender or are suspicious of the tone, style, vocabulary or urgency of the email message, never click links or open attachments within it. When in doubt, you should either delete the email, verify its authenticity by contacting the sender using an alternative method not listed in the email, or submit it via the BlueFish button in Outlook for investigation. If you don't have the BlueFish button or are using a mobile device, forward the email as an attachment to phishtanktriage@ccf.org

---

I have not received a single call. 757-750-1122

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Topougis, Diane <TOPOUGD@ccf.org>
**Sent:** Friday, January 24, 2025 4:27:33 PM
**To:** Younan, Dalya <YOUNAND@ccf.org>; Sean Boyd <sean.boyd@aeryaviation.com>
**Cc:** SupplierOnboarding <SupplierOnboarding@ccf.org>
**Subject:** Re: Banking Information ACH banking needs updating

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Did you call Sean at the number below?

**Sean C. Boyd**
Chief Financial Officer
Aery Aviation, LLC
1009 Providence Blvd.
Newport News, VA 23602
Office: 757-750-1122
Email: sean.boyd@aeryaviation.com
www.aeryaviation.com

---

**Diane Topougis, MBA /** Program Manager/ Transplant Center

9500 Euclid Avenue Desk A120 / Cleveland, OH 44195

Phone 216-312-5049 / Fax 216-445-7088

---

**From:** Younan, Dalya <YOUNAND@ccf.org>
**Sent:** Friday, January 24, 2025 4:21 PM
**To:** Topougis, Diane <TOPOUGD@ccf.org>; Sean Boyd <sean.boyd@aeryaviation.com>
**Cc:** SupplierOnboarding <SupplierOnboarding@ccf.org>
**Subject:** Re: Banking Information ACH banking needs updating

Our Supplier onboarding team made multiple attempts to call and verify the new account without a response or a call back. Last attempts was yesterday 1/23/2025. Until we are able to complete the verification, we will be able to move forward with the change.

Thank you,
Dalya

---

*Dalya Younan*| Accounts Payable Supervisor | Accounts Payable

| 6801 Brecksville road - suite 20| Independence, OH 44131 | (216) 636-

---

**From:** Topougis, Diane <TOPOUGD@ccf.org>
**Sent:** Thursday, January 23, 2025 12:55 PM
**To:** Sean Boyd <sean.boyd@aeryaviation.com>; Younan, Dalya <YOUNAND@ccf.org>
**Subject:** Re: Banking Information ACH banking needs updating

Hi Sean,

I apologize for the delay but unfortunately this is a matter that I can't correct myself.
The Accounting Director is Katie Brown please call her directly at 216-442-1953

---

**Diane Topougis, MBA /** Program Manager/ Transplant Center

9500 Euclid Avenue  Desk A120 / Cleveland, OH 44195

Phone 216-312-5049 / Fax 216-445-7088

100 YEARS Cleveland Clinic

---

**From:** Sean Boyd <sean.boyd@aeryaviation.com>
**Sent:** Thursday, January 23, 2025 12:48 PM
**To:** Topougis, Diane <TOPOUGD@ccf.org>; Younan, Dalya <YOUNAND@ccf.org>
**Subject:** [EXT] Re: Banking Information ACH banking needs updating

**PROCEED WITH CAUTION: Slow down and pay close attention to emails sent from outside the organization. If you receive an unsolicited email from an unknown sender or are suspicious of the tone, style, vocabulary or urgency of the email message, never click links or open attachments within it. When in doubt, you should either delete the email, verify its authenticity by contacting the sender using an alternative method not listed in the email, or submit it via the BlueFish button in Outlook for investigation. If you don't have the BlueFish button or are using a mobile device, forward the email as an attachment to phishtanktriage@ccf.org**

---

Dalya,
We are still receiving payments to the closed account. Our bank has indicated that this has to change ASAP or they will begin returning the payments to CCF. What can I do to help assist in getting this finalized? We started this exercise on December 2nd. Please advise and thank you.

Sean

**Sean C. Boyd**

Chief Financial Officer

Aery Aviation, LLC

1009 Providence Blvd.

Newport News, VA 23602

Office: 757-750-1122

Email: sean.boyd@aeryaviation.com

www.aeryaviation.com

---

**From:** Sean Boyd <sean.boyd@aeryaviation.com>
**Sent:** Friday, January 3, 2025 12:30 PM
**To:** Topougis, Diane <TOPOUGD@ccf.org>; Younan, Dalya <YOUNAND@ccf.org>
**Subject:** Re: Banking Information ACH banking needs updating

Diane - Dalya,

I believe that remittances are still being sent to the old account which has been closed. Please advise on what needs to be done to begin remitting to the New FBO account we provided information on a couple of weeks ago.

Thank you,
Sean

**Sean C. Boyd**

Chief Financial Officer

Aery Aviation, LLC

1009 Providence Blvd.

Newport News, VA 23602

Office: 757-750-1122

Email: sean.boyd@aeryaviation.com

www.aeryaviation.com

AERY AVIATION

---

**From:** Sean Boyd <sean.boyd@aeryaviation.com>
**Sent:** Friday, December 13, 2024 7:34 AM
**To:** Topougis, Diane <TOPOUGD@ccf.org>; Younan, Dalya <YOUNAND@ccf.org>
**Subject:** Re: Banking Information ACH banking needs updating

Good morning Diane and Dalya,

Unfortunately, I believe that yesterday's remittance was sent to the old account which is now closed and the payment will likely be returned to you. Please begin using the FBO account we provided last week for all future remittances. I have included the Bank Letter again for your convenience.

Thank you,
Sean

**Sean C. Boyd**

Chief Financial Officer

Aery Aviation, LLC

1009 Providence Blvd.

Newport News, VA 23602

Office: 757-750-1122

Email: sean.boyd@aeryaviation.com

www.aeryaviation.com

**From:** Topougis, Diane <TOPOUGD@ccf.org>
**Sent:** Wednesday, December 11, 2024 12:20 PM
**To:** Sean Boyd <sean.boyd@aeryaviation.com>; Younan, Dalya <YOUNAND@ccf.org>
**Subject:** Re: Banking Information ACH banking needs updating

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Dayla,

Please conform that the banking information was updated. thank you

**Diane Topougis, MBA /** Program Manager/ Transplant Center

9500 Euclid Avenue Desk A120 / Cleveland, OH 44195

Phone 216-312-5049 / Fax 216-445-7088

**From:** Sean Boyd <sean.boyd@aeryaviation.com>
**Sent:** Monday, December 2, 2024 4:56 PM
**To:** Younan, Dalya <YOUNAND@ccf.org>; Topougis, Diane <TOPOUGD@ccf.org>
**Subject:** [EXT] Re: Banking Information ACH banking needs updating

**PROCEED WITH CAUTION: Slow down and pay close attention to emails sent from outside the organization. If you receive an unsolicited email from an unknown sender or are suspicious of the tone, style, vocabulary or urgency of the email message, never click links or open attachments within it. When in doubt, you should either delete the email, verify its authenticity by contacting the sender using an alternative method not listed in the email, or submit it via the BlueFish button in Outlook for investigation. If you don't have the BlueFish button or are using a mobile device, forward the email as an attachment to phishtanktriage@ccf.org**

Hi Dalya, Please see the attached updated bank letter and W-9; it is the same bank, just a

new account number. If we could implement the account change before any further remittances are made, that would be great.

Thank you,
Sean

**Sean C. Boyd**

Chief Financial Officer

Aery Aviation, LLC

1009 Providence Blvd.

Newport News, VA 23602

Office: 757-750-1122

Email: sean.boyd@aeryaviation.com

www.aeryaviation.com

AERY AVIATION

---

**From:** Younan, Dalya <YOUNAND@ccf.org>
**Sent:** Monday, December 2, 2024 1:04 PM
**To:** Topougis, Diane <TOPOUGD@ccf.org>; Sean Boyd <sean.boyd@aeryaviation.com>
**Subject:** Re: Banking Information ACH banking needs updating

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Sean,

Please provide your new banking information on a bank letterhead along with your organization W-9 form.

Thank you,
Dalya

Cleveland Clinic *Dalya Younan*| Accounts Payable Supervisor | Accounts Payable

| 6801 Brecksville road - suite 20| Independence, OH 44131 | (216) 636-7659

---

**From:** Topougis, Diane <TOPOUGD@ccf.org>
**Sent:** Monday, December 2, 2024 12:58 PM
**To:** Sean Boyd <sean.boyd@aeryaviation.com>; Younan, Dalya <YOUNAND@ccf.org>
**Subject:** Re: Banking Information ACH banking needs updating

Hi Dayla,

Supplier: Aery Aviation

Would you be able to work with Sean from Aery to update their banking information?

Do you need a letter with the new banking information?

---

**Diane Topougis, MBA /** Program Manager/ Transplant Center

9500 Euclid Avenue Desk A120 / Cleveland, OH 44195

Phone 216-312-5049 / Fax 216-445-7088

100 YEARS | Cleveland Clinic

---

**From:** Sean Boyd <sean.boyd@aeryaviation.com>
**Sent:** Monday, December 2, 2024 12:29 PM
**To:** Topougis, Diane <TOPOUGD@ccf.org>
**Subject:** [EXT] Banking Information

**PROCEED WITH CAUTION: Slow down and pay close attention to emails sent from outside the organization. If you receive an unsolicited email from an unknown sender or are suspicious of the tone, style, vocabulary or urgency of the email message, never click links or open attachments within it. When in doubt, you should either delete the email, verify its authenticity by contacting the sender using an alternative method not listed in the email, or submit it via the BlueFish button in Outlook for investigation. If you don't have the BlueFish button or are using a mobile device, forward the email as an attachment to phishtanktriage@ccf.org**

---

Diane, I wanted to advise we need to make a change to the bank account the Clinic remits payment to. I am presuming a new bank letter with the updated account information is what is needed in order to make the change. Please let me know if there is anything further that is needed or if there is someone else I need to contact to effect the change.

Thanks!

**Sean C. Boyd**

Chief Financial Officer

Aery Aviation, LLC

1009 Providence Blvd.

Newport News, VA 23602

Office: 757-750-1122

Email: sean.boyd@aeryaviation.com

www.aeryaviation.com

Please consider the environment before printing this e-mail

Cleveland Clinic is a nonprofit, multispecialty academic medical center that's recognized in the U.S. and throughout the world for its expertise and care. Visit us online at http://www.clevelandclinic.org for a complete listing of our services, staff and locations. Confidentiality Note: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. Thank you.

Please consider the environment before printing this e-mail

Cleveland Clinic is a nonprofit, multispecialty academic medical center that's recognized in the U.S. and throughout the world for its expertise and care. Visit us online at http://www.clevelandclinic.org for a complete listing of our services, staff and locations. Confidentiality Note: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. Thank you.

Please consider the environment before printing this e-mail
Cleveland Clinic is a nonprofit, multispecialty academic medical center that's recognized in the U.S. and throughout the world for its expertise and care. Visit us online at http://www.clevelandclinic.org for a complete listing of our services, staff and locations. Confidentiality Note: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. Thank you.

Please consider the environment before printing this e-mail
Cleveland Clinic is a nonprofit, multispecialty academic medical center that's recognized in the U.S. and throughout the world for its expertise and care. Visit us online at http://www.clevelandclinic.org for a complete listing of our services, staff and locations. Confidentiality Note: This message is intended for use only by the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. Thank you.

# EXHIBIT 2

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 5:25-MC-00001-TKW

Plaintiff:
**TALENTSCALE, INC.**

JGS2025006957

vs.

Defendant:
**AERY AVIATION, LLC**

For:
Kenneth E. Chase
CHASE LAW & ASSOCIATES, P.A.
951 Yamato Road
Ste 280
Boca Raton, FL 33431

Received by COURTESY FLORIDA PROCESS SERVERS on the 28th day of March, 2025 at 2:51 pm to be served on **CLEVELAND CLINIC By serving CT Corporation Systems as it's statutory registered agent, 1200 S. Pine Island Road, Suite 240, Plantation, FL 33324**.

I, CARLOS PARDO, do hereby affirm that on the **31st day of March, 2025** at **2:40 pm, I:**

**CORPORATE: served** by delivering a true copy of the **WRIT OF GARNISHMENT** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Registered Agent** at the address of: **1200 S. Pine Island Road, Suite 240, Plantation, FL 33324** on behalf of **CLEVELAND CLINIC**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a sheriff appointed, SPECIAL PROCESS SERVER IN GOOD STANDING for the in the county in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525 ( 2 ).

**CARLOS PARDO**
SPS # 519

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-2205**

Our Job Serial Number: JGS-2025006957

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

# EXHIBIT 3

# RETURN OF SERVICE

**State of Florida** **County of Northern** **District Court**

Case Number: 5:25-MC-0001-TKW

JGS2025007319

Plaintiff:
**TALENTSCALE, INC.**

vs.

Defendant:
**AERY AVIATION, LLC**

For:
ERIC J. PONS, ESQ.
CHASE LAW & ASSOCOATES, P.A.
951 Yamato Road
Suite 280
Boca Raton, FL 33431

Received by COURTESY FLORIDA PROCESS SERVERS on the 11th day of April, 2025 at 5:29 pm to be served on **CLEVELAND CLINIC By serving CT Corporation Systems as it's statutory registered agent, 1200 S. Pine Island Road, Suite 240, Plantation, FL 33324.**

I, CARLOS PARDO, do hereby affirm that on the **14th day of April, 2025** at **12:48 pm, I:**

**CORPORATE: served** by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTSOR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Registered Agent** at the address of: **1200 S. Pine Island Road, Suite 250, Plantation, FL 33324** on behalf of **CLEVELAND CLINIC**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a sheriff appointed, SPECIAL PROCESS SERVER IN GOOD STANDING for the in the county in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525 ( 2 ).

**CARLOS PARDO**
SPS # 519

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-2205**

Our Job Serial Number: JGS-2025007319

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

12:48 pm 4.14.2025 Cp SOS #519

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

Talentscale, Inc.
*Plaintiff*
v.
Aery Aviation, LLC
*Defendant*

Civil Action No. 5:25-mc-00001

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Cleveland Clinic, c/o C T Corporation System
1200 South Pine Island Road, Plantation, FL 33324

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: The documents requested in Exhibit A, attached to this subpoena.

| Place: Via email to epons@chaselaw.com and kchase@chaselaw.com | Date and Time: 04/28/2025 2:00 pm |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/11/2025

*CLERK OF COURT*

OR

/s/ Eric J. Pons

*Signature of Clerk or Deputy Clerk* | *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Judgment Creditor Talentscale, Inc., who issues or requests this subpoena, are:

Eric J. Pons, Esq., epons@chaselaw.com, 951 Yamato Road, Suite 280, Boca Raton, FL, 33431

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT 4

---

From: Scott Beale [sbeale@aeryaviation.com]
To: dwyers3@ccf.org [dwyers3@ccf.org]; Krall, Todd [KRALLT@ccf.org]
CC: Sean Boyd [sean.boyd@aeryaviation.com]; Aylin Rosetta [aylin.rosetta@aeryaviation.com]
Subject: Aery Financial Reports - Required by Long Term Contract
Sent: Tuesday, April 16, 2024 19:35:40
Attachment 1: image001.png
Attachment 2: image002.png
Attachment 3: Y2023 P&L.pdf
Attachment 4: Y2023 Balance Sheet.pdf
Attachment 5: Y2022 P&L.pdf
Attachment 6: Y2022 Balance Sheet.pdf
Attachment 7: Y2021 P&L.pdf
Attachment 8: Y2021 Balance Sheet.pdf

---

Scott,

As one of the follow up action items from our recent meeting, please find attached financials per your request. Should your financial analyst have any questions, please have them reach out to Sean Boyd (Aery CFO) copied hereto.

There are a few other items we need to catch up on with contract terms being one of them. I will be in touch soon on the other items.

All the best,
Scott

Scott Beale
Executive Vice President
Chief Operating Officer
Aery Aviation, LLC
Main – (757) 271-1600
Direct – (757) 916-9051
Cellular – (404) 925-4432
1009 Providence Blvd Newport News, VA 23602
www.aeryaviation.com

The information in this email, including any and all attachments, is confidential and may be legally privileged. Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, distribution, retention, or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful. If you are not the intended recipient, please reply to or forward a copy of this message to the sender and delete the message, any attachments, and/or any copies thereof from your system.

# Aery Aviation LLC

## Profit and Loss

January - December 2023

| | TOTAL |
|---|---|
| Income | |
| 40100.1 Aircraft Modification | 14,750.00 |
| 40100.2 US Coast Guard | 1,855,948.00 |
| 40200.1 Aircraft Maintenance | 7,500.00 |
| 40300.1 OTC Parts Sales Revenue | 10,080.00 |
| 40400 Fleet Integration Services | 4,796,018.08 |
| 40400.1 Fleet Operations | **28,764,336.98** |
| 40600 ODC Related Revenue | 961.06 |
| **Total Income** | **$35,449,594.12** |
| Cost of Goods Sold | |
| 50000 DIRECT | **25,476,298.30** |
| **Total Cost of Goods Sold** | **$25,476,298.30** |
| GROSS PROFIT | **$9,973,295.82** |
| Expenses | |
| 60000 FRINGE | **2,537,939.78** |
| 70000 OVERHEAD | **2,577,238.85** |
| 80000 G&A | |
| 81100.1 Admin Salaries & Wages | 1,201,505.00 |
| 81105.1 G&A Misc Labor | 5,152.58 |
| 81110.1 Administrative Training Labor | 1,548.41 |
| 81115.1 Administrative Training & Education | 8,001.65 |
| 81120.1 Bonuses | 117,691.03 |
| 81125.1 Commissions | 24,540.20 |
| 81130.1 Postage & Delivery | 41,242.18 |
| 81140.1 Printing & Reproduction | 84.83 |
| 81150.1 Office Supplies | 8,533.89 |
| 81160.1 IT Equipment, Supplies & Software | 333,372.15 |
| 81165.1 Office Furnishings & Equipment | 2,834.08 |
| 81170.1 Vehicle Expense | 18,023.70 |
| 81180.1 Bank Charges & Fees | 47,362.17 |
| 81190.1 Dues & Subscriptions | 3,670.03 |
| 81200.1 Travel - G&A | 103,602.73 |
| 81210.1 G&A Per Diem/Meals | 38,951.21 |
| 81220.1 Legal Fees | 148,379.25 |
| 81230.1 Recruiting & HR Related | 9,503.16 |
| 81240.1 Professional Consulting Services | 402,265.57 |
| 81250.1 Training & Conferences | 10,197.99 |
| 81280.1 Business Insurance | 505,909.96 |
| 81290.1 State and Local Licenses & Fees | 1,511.00 |
| 81300.1 State Business, Income and Property Taxes | 31,848.28 |
| 81310.1 Other Business Expenses | 96,069.49 |
| 81315.1 Employee Morale | -7,071.14 |

# Aery Aviation LLC

## Profit and Loss

January - December 2023

| | TOTAL |
|---|---|
| 81320.1 G&A Accounting Services | 101,877.16 |
| 81330.1 A/P Cleanup | -100,484.34 |
| 82000.1 BUSINESS DEVELOPMENT | **516,722.38** |
| 83000.1 QUALITY | **130,898.15** |
| 85000.1 DEPRECIATION | **185,258.13** |
| 86000.1 FACILITIES RELATED EXPENSES | **295,130.19** |
| **Total 80000 G&A** | **4,284,131.07** |
| Uncategorized Expense | -84.20 |
| **Total Expenses** | **$9,399,225.50** |
| NET OPERATING INCOME | **$574,070.32** |
| Other Income | **$6,557,277.81** |
| Other Expenses | |
| 90000 UNALLOWABLE | 3,082.95 |
| 90010 Interest Expense | 2,003,976.29 |
| 90040 Advertising & Marketing | -1,496.77 |
| 90045 Gifts | 213.57 |
| 90047 Gifts - Deductible | 148.39 |
| 90055 Meals (deleted) | 36.00 |
| 90055 Meals Unallowable | 432.37 |
| 90060 Alcoholic Beverages & Entertainment | 1,698.69 |
| 90072 Mergers & Acquisitions - Outside Services | -700.00 |
| 90080 Excessive Owner/Officer Insurance Expenses | 54,801.66 |
| 90085 Other Miscellaneous | 20,181.86 |
| 90099 Bad Debt Expense | 267,198.76 |
| **Total 90000 UNALLOWABLE** | **2,349,573.77** |
| 99995 Prior Period Adjustments | 344,829.00 |
| 99999 Reconciliation Discrepancies | 108.72 |
| **Total Other Expenses** | **$2,694,511.49** |
| NET OTHER INCOME | **$3,862,766.32** |
| NET INCOME | **$4,436,836.64** |

# Aery Aviation LLC

## Balance Sheet

As of December 31, 2023

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | **$3,040,938.04** |
| Accounts Receivable | **$2,885,013.89** |
| Other Current Assets | |
| 10111 Accounts Receivable - Unbilled | 925,746.06 |
| 10112 Other Receivables | 94,245.90 |
| 10115 Allowance for Doubtful Accounts | -198,949.00 |
| 10120 Allowance for Insurance Adjustments | -316,358.75 |
| 10200 Prepaid Expenses | 151,675.57 |
| 10201 Prepaid Insurance | 10,133.30 |
| 10400 Inventory Asset | **8,023,390.47** |
| 10402 Inventory - Awaiting Valuation | 345,741.54 |
| 10440 Work In Process - Fabrication | 26,564,882.18 |
| 10450 Other Current Assets | **1,181,561.39** |
| 10462 Due from Aerodrome Properties | 518,464.07 |
| 10496 COBRA Benefits Due | -881.08 |
| **Total Other Current Assets** | **$37,299,651.65** |
| **Total Current Assets** | **$43,225,603.58** |
| Fixed Assets | **$24,372,990.54** |
| Other Assets | **$17,578.55** |
| **TOTAL ASSETS** | **$67,616,172.67** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | **$24,265,582.51** |
| Long-Term Liabilities | **$16,326,891.39** |
| **Total Liabilities** | **$40,592,473.90** |
| Equity | |
| 30100 Additional Owner's Investment | **183,613.00** |
| 30150 Shareholder Distributions | -4,285,377.43 |
| 30300 Retained Earnings | 26,688,626.56 |
| Net Income | 4,436,836.64 |
| **Total Equity** | **$27,023,698.77** |
| **TOTAL LIABILITIES AND EQUITY** | **$67,616,172.67** |

# Aery Aviation LLC

## Profit and Loss

January - December 2022

| | TOTAL |
|---|---|
| Income | |
| 40100.1 Aircraft Modification | 1,485,882.55 |
| 40100.2 US Coast Guard | 2,935,923.48 |
| 40200.1 Aircraft Maintenance | 110,912.53 |
| 40300.1 OTC Parts Sales Revenue | 89,504.70 |
| 40400 Fleet Integration Services | 47,950,000.01 |
| 40400.1 Fleet Operations | 29,639,904.21 |
| 40600 ODC Related Revenue | 151,055.96 |
| **Total Income** | **$82,363,183.44** |
| Cost of Goods Sold | **$63,842,936.46** |
| GROSS PROFIT | **$18,520,246.98** |
| Expenses | |
| 60000 FRINGE | **2,726,853.78** |
| 70000 OVERHEAD | **2,362,556.19** |
| 80000 G&A | |
| 81100.1 Admin Salaries & Wages | 1,008,211.74 |
| 81105.1 G&A Misc Labor | 68,611.56 |
| 81110.1 Administrative Training Labor | 18,028.29 |
| 81115.1 Administrative Training & Education | 188,420.22 |
| 81120.1 Bonuses | 27,794.43 |
| 81125.1 Commissions | 233,897.18 |
| 81130.1 Postage & Delivery | 52,398.30 |
| 81140.1 Printing & Reproduction | 134.31 |
| 81150.1 Office Supplies | 9,230.90 |
| 81160.1 IT Equipment, Supplies & Software | 225,966.29 |
| 81165.1 Office Furnishings & Equipment | 283.02 |
| 81170.1 Vehicle Expense | 32,937.81 |
| 81180.1 Bank Charges & Fees | 69,902.33 |
| 81190.1 Dues & Subscriptions | 18,062.40 |
| 81200.1 Travel - G&A | 50,630.66 |
| 81210.1 G&A Per Diem/Meals | 27,500.52 |
| 81220.1 Legal Fees | 200,062.40 |
| 81230.1 Recruiting & HR Related | 58,790.30 |
| 81240.1 Professional Consulting Services | 625,389.56 |
| 81250.1 Training & Conferences | 5,722.34 |
| 81280.1 Business Insurance | 160,770.56 |
| 81290.1 State and Local Licenses & Fees | 2,760.71 |
| 81300.1 State Business, Income and Property Taxes | 54,445.94 |
| 81310.1 Other Business Expenses | 42,124.73 |
| 81315.1 Employee Morale | 12,413.87 |
| 81320.1 G&A Accounting Services | 44,228.89 |
| 82000.1 BUSINESS DEVELOPMENT | **938,301.08** |

# Aery Aviation LLC

## Profit and Loss

January - December 2022

| | TOTAL |
|---|---|
| 83000.1 QUALITY | **104,715.62** |
| 85000.1 DEPRECIATION | **98,711.40** |
| 86000.1 FACILITIES RELATED EXPENSES | **226,749.18** |
| 89000 G&A WIP Out | -1,591,532.72 |
| **Total 80000 G&A** | **3,015,663.82** |
| QuickBooks Payments Fees | 917.35 |
| **Total Expenses** | **$8,105,991.14** |
| NET OPERATING INCOME | **$10,414,255.84** |
| Other Income | **$71,022.59** |
| Other Expenses | |
| 90000 UNALLOWABLE | 20,513.34 |
| 90010 Interest Expense | 1,561,941.09 |
| 90030 Fines and Penalties | 4,488.95 |
| 90040 Advertising & Marketing | 14,946.82 |
| 90045 Gifts | 403.33 |
| 90050 Legal Fees | 130,589.00 |
| 90055 Meals (deleted) | 100.00 |
| 90060 Alcoholic Beverages & Entertainment | 463.95 |
| 90070 Labor | 616.56 |
| 90072 Mergers & Acquisitions - Outside Services | 3,200.00 |
| 90077 Extraordinary Gains/(Losses) | -318,173.31 |
| 90080 Excessive Owner/Officer Insurance Expenses | 59,302.72 |
| 90099 Bad Debt Expense | 2,609.61 |
| **Total 90000 UNALLOWABLE** | **1,481,002.06** |
| 99999 Reconciliation Discrepancies | -290.49 |
| **Total Other Expenses** | **$1,480,711.57** |
| NET OTHER INCOME | **$ -1,409,688.98** |
| NET INCOME | **$9,004,566.86** |

# Aery Aviation LLC

## Balance Sheet

As of December 31, 2022

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | **$189,967.90** |
| Accounts Receivable | **$1,257,236.32** |
| Other Current Assets | |
| 10111 Accounts Receivable - Unbilled | 1,234,425.93 |
| 10112 Other Receivables | 2,293,611.84 |
| 10115 Allowance for Doubtful Accounts | -198,949.00 |
| 10200 Prepaid Expenses | 204,799.42 |
| 10201 Prepaid Insurance | 3,960.00 |
| 10400 Inventory Asset | 6,502,665.19 |
| 10402 Inventory - Awaiting Valuation | 1,276,203.42 |
| 10440 Work In Process - Fabrication | 20,124,157.43 |
| 10450 Other Current Assets | 829,481.39 |
| 10462 Due from Aerodrome Properties | 508,554.00 |
| 10496 COBRA Benefits Due | 409.25 |
| **Total Other Current Assets** | **$32,779,318.87** |
| **Total Current Assets** | **$34,226,523.09** |
| Fixed Assets | **$31,093,591.93** |
| Other Assets | **$34,418.36** |
| **TOTAL ASSETS** | **$65,354,533.38** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | **$24,616,503.97** |
| Long-Term Liabilities | **$17,276,629.85** |
| **Total Liabilities** | **$41,893,133.82** |
| Equity | |
| 30100 Additional Owner's Investment | 183,613.00 |
| 30150 Shareholder Distributions | -3,410,840.00 |
| 30300 Retained Earnings | 17,684,059.70 |
| Net Income | 9,004,566.86 |
| **Total Equity** | **$23,461,399.56** |
| **TOTAL LIABILITIES AND EQUITY** | **$65,354,533.38** |

# Aery Aviation LLC

## Profit and Loss

January - December 2021

| | TOTAL |
|---|---|
| Income | |
| 40100.1 Aircraft Modification | 18,841,458.92 |
| 40100.2 US Coast Guard | 2,537,323.62 |
| 40200.1 Aircraft Maintenance | 740.00 |
| 40300.1 OTC Parts Sales Revenue | 9,567.98 |
| 40400 Fleet Integration Services | 1,229,232.11 |
| 40400.1 Fleet Operations | 13,960,832.81 |
| 40600 ODC Related Revenue | 47,140.84 |
| **Total Income** | **$36,626,296.28** |
| Cost of Goods Sold | |
| 50000 DIRECT | **19,436,139.42** |
| **Total Cost of Goods Sold** | **$19,436,139.42** |
| GROSS PROFIT | **$17,190,156.86** |
| Expenses | |
| 60000 FRINGE | **1,697,907.92** |
| 70000 OVERHEAD | **2,921,171.22** |
| 80000 G&A | |
| 81100.1 Admin Salaries & Wages | 879,731.82 |
| 81105.1 G&A Misc Labor | 14,833.48 |
| 81110.1 Administrative Training Labor | 548.01 |
| 81115.1 Administrative Training & Education | 77,835.80 |
| 81120.1 Bonuses | 5,000.00 |
| 81130.1 Postage & Delivery | 46,637.99 |
| 81140.1 Printing & Reproduction | 599.62 |
| 81150.1 Office Supplies | 36,547.28 |
| 81160.1 IT Equipment, Supplies & Software | 209,136.34 |
| 81165.1 Office Furnishings & Equipment | 23,440.97 |
| 81170.1 Vehicle Expense | 29,293.72 |
| 81180.1 Bank Charges & Fees | 36,383.98 |
| 81190.1 Dues & Subscriptions | 27,965.64 |
| 81200.1 Travel - G&A | 92,255.21 |
| 81210.1 G&A Per Diem/Meals | 21,373.09 |
| 81220.1 Legal Fees | 344,256.62 |
| 81230.1 Recruiting & HR Related | 59,893.82 |
| 81240.1 Professional Consulting Services | 439,546.15 |
| 81250.1 Training & Conferences | 1,543.48 |
| 81280.1 Business Insurance | 169,788.05 |
| 81290.1 State and Local Licenses & Fees | 3,364.00 |
| 81300.1 State Business, Income and Property Taxes | 86,684.54 |
| 81310.1 Other Business Expenses | 28,440.24 |
| 81315.1 Employee Morale | 43,108.15 |
| 81320.1 G&A Accounting Services | 201,246.72 |

# Aery Aviation LLC

## Profit and Loss

January - December 2021

| | TOTAL |
|---|---|
| 82000.1 BUSINESS DEVELOPMENT | **953,306.10** |
| 83000.1 QUALITY | **118,885.58** |
| 85000.1 DEPRECIATION | **54,908.27** |
| 86000.1 FACILITIES RELATED EXPENSES | **196,862.48** |
| **Total 80000 G&A** | **4,203,417.15** |
| **Total Expenses** | **$8,822,496.29** |
| NET OPERATING INCOME | **$8,367,660.57** |
| Other Income | **$68,955.52** |
| Other Expenses | |
| 90000 UNALLOWABLE | 244,022.48 |
| 90010 Interest Expense | 1,083,078.15 |
| 90020 Charitable Contributions | 4,604.94 |
| 90030 Fines and Penalties | 4,037.10 |
| 90040 Advertising & Marketing | 4,399.17 |
| 90045 Gifts | 8,185.19 |
| 90050 Legal Fees | 178,338.35 |
| 90055 Meals (deleted) | 6,041.17 |
| 90060 Alcoholic Beverages & Entertainment | 4,224.49 |
| 90070 Labor | 9,670.36 |
| 90072 Mergers & Acquisitions - Outside Services | 82,324.92 |
| 90075 R&D Prototypes | 249.00 |
| 90080 Excessive Owner/Officer Insurance Expenses | 18,793.18 |
| 90099 Bad Debt Expense | 225,650.52 |
| **Total 90000 UNALLOWABLE** | **1,873,619.02** |
| 99999 Reconciliation Discrepancies | -337.24 |
| Exchange Gain or Loss | 766.08 |
| **Total Other Expenses** | **$1,874,047.86** |
| NET OTHER INCOME | **$ -1,805,092.34** |
| NET INCOME | **$6,562,568.23** |

# Aery Aviation LLC

## Balance Sheet

As of December 31, 2021

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | **$4,361,529.31** |
| Accounts Receivable | **$3,797,301.18** |
| Other Current Assets | |
| 10111 Accounts Receivable - Unbilled | 1,412,518.62 |
| 10112 Other Receivables | 217,994.65 |
| 10115 Allowance for Doubtful Accounts | -198,949.00 |
| 10200 Prepaid Expenses | 495,635.38 |
| 10201 Prepaid Insurance | **2,970.00** |
| 10400 Inventory Asset | **6,715,498.88** |
| 10402 Inventory - Awaiting Valuation | 1,276,203.42 |
| 10440 Work In Process - Fabrication | 18,763,192.17 |
| 10450 Other Current Assets | **1,813,373.26** |
| 10462 Due from Aerodrome Properties | 456,733.54 |
| **Total Other Current Assets** | **$30,955,170.92** |
| **Total Current Assets** | **$39,114,001.41** |
| Fixed Assets | **$16,387,385.46** |
| Other Assets | **$ -12,131.64** |
| **TOTAL ASSETS** | **$55,489,255.23** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | **$22,277,870.60** |
| Long-Term Liabilities | **$18,603,711.93** |
| **Total Liabilities** | **$40,881,582.53** |
| Equity | |
| 30100 Additional Owner's Investment | **183,613.00** |
| 30150 Shareholder Distributions | -3,260,000.00 |
| 30300 Retained Earnings | 11,121,491.47 |
| Net Income | 6,562,568.23 |
| **Total Equity** | **$14,607,672.70** |
| **TOTAL LIABILITIES AND EQUITY** | **$55,489,255.23** |

# EXHIBIT 5

**From:** Karchmer, Dan
**To:** Topougis, Diane; Miller, M.D. Charles; Luther, Ralph
**Subject:** FW: Aery Financial request
**Date:** Tuesday, March 4, 2025 7:29:21 AM
**Attachments:** image002.png
Aery Financial Reports - Required by Long Term Contract (287 KB).msg
**Importance:** High

Just FYI. Spoke with Scott Beale yesterday and encouraged him to just be candid with SCM.

Thanks,
Dan

**From:** Scott Beale <sbeale@aeryaviation.com>
**Sent:** Monday, March 3, 2025 5:01 PM
**To:** Dwyer, Scott (Supply Chain) <dwyers3@ccf.org>
**Cc:** Gummo, Ian <GUMMOI@ccf.org>; Sean Boyd <sean.boyd@aeryaviation.com>; Karchmer, Dan <karchmd@ccf.org>; Scott Beale <sbeale@aeryaviation.com>
**Subject:** [EXT] RE: Aery Financial request
**Importance:** High

**PROCEED WITH CAUTION: Slow down and pay close attention to emails sent from outside the organization.** If you receive an unsolicited email from an unknown sender or are suspicious of the tone, style, vocabulary or urgency of the email message, never click links or open attachments within it. When in doubt, you should either delete the email, verify its authenticity by contacting the sender using an alternative method not listed in the email, or submit it via the BlueFish button in Outlook for investigation. If you don't have the BlueFish button or are using a mobile device, forward the email as an attachment to phishtanktriage@ccf.org

Scott,

Good afternoon and thanks for reaching out. I am attaching the email sent in April 2024 with financials for 2021, 2022 and 2023. Myself or Sean will forward the 2024 financials once they are available in the coming days. In the meantime, please do not hesitate to contact myself or Sean Boyd (CFO) copied hereto.

With respect to the expiration of our contract, we agreed in late 2023 to extend from March 2025 thru December 2025 of this year (9-month extension). At that time, we had discussed and confirmed this extension would not obstruct or delay negotiations to revise Aery contract terms from 2019, critically important to the CCF program. The extension was by your request to align our contract to the CCF fiscal year end.

Aery has absorbed significant financial strain to maintain the integrity of this program. Simply put, we are unable to wait until the end of the year and would like to schedule a Teams or face-to-face meetings at your earliest convenience to discuss the intentions of this process and its timing. We need a resolution to our financial losses on this program.

We are committed to working toward a solution that meets CCF's needs while ensuring the sustainability of this program. However, delaying this further is simply not an option. With the requested contract revisions as documented in our February 12th letter, Aery will be able to continue the partnership with CCF that is so aligned with our core values. We appreciate that you and Dan are evaluating the required contract revisions, operational and fiscal, and are

hopeful for implementation in the very near future.
We look forward to hearing back from you soon!
Best regards,
Scott

---

**From:** Dwyer, Scott (Supply Chain) <dwyers3@ccf.org>
**Sent:** Monday, February 24, 2025 4:07 PM
**To:** Scott Beale <sbeale@aeryaviation.com>
**Cc:** Gummo, Ian <GUMMOI@ccf.org>
**Subject:** Aery Financial request

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Scott,

I hope you are doing well! I'm reaching out to request the updated financials for Aery as a company, as our financial team needs to review them. If you have the financials broken down by the CCF program as well, that would be incredibly helpful in addition to the corporate financials.

With our agreement set to expire at the end of the year, this marks the initial stage of our contract review process. I'm glad to hear that you've connected with Dan in Transplant, and we've also had a few discussions. He shared the document you created regarding our agreement, and it's currently under review. We will get back to you as we progress with our evaluation and outline the next steps in our process.

The last financials we received were back in 2020, so a refreshed view is needed. Looking forward to your response.
Thanks
Scott

---

Cleveland Clinic
**Scott M. Dwyer, MBA | Sr Director - Commodity Sourcing | Supply Chain Management**
**Cleveland Clinic** | 25875 Science Park Dr - AC2-3-180 | Beachwood, OH 44122
**Cell (216) 644-0592 | Fax (216) 448-8080 | dwyers3@ccf.org**

**Our Vision**
*To provide Best in Class patient experiences, superior clinical outcomes and excellence in research and education.*

PATIENTS FIRST

Please consider the environment before printing this e-mail
Cleveland Clinic is a nonprofit, multispecialty academic medical center that's recognized in the U.S. and throughout the world for its expertise and care. Visit us online at http://www.clevelandclinic.org for a complete listing of our services, staff and locations.