**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

Case No. 5:25-mc-00001-TKW

TALENTSCALE, INC.,
Plaintiff,
v.

AERY AVIATION, LLC
Defendant.

and

THE CLEVELAND CLINIC FOUNDATION,
Garnishee.
_______________________________________/

# DECLARATION OF KENNETH E. CHASE

Kenneth E. Chase hereby declares as follows under penalty of perjury:

1. My name is Kenneth E. Chase and being of lawful age and sound mind hereby depose and state as follows.

2. I am co-counsel of record for Talentscale, Inc. ("Talentscale") in the above-captioned matter and I have personal knowledge of the facts stated herein.

3. I did not have an opportunity to meaningfully review the 8:47 pm email on May 22, 2025 from Cogent's counsel prior to the start of the telephonic conference the next morning on May 23, 2025.

4. On May 28, 2025, Cogent produced the Bates numbered versions of the records at CB001456-CB001473, which show the ledger of monetary transfers by

the Aery Aviation, LLC ("Aery") to Cogent, and by Cogent to Aery. The May 28, 2025 newly-discovered evidence shows:

| | Debits (Money from Cogent to Aery) January 1, 2024 through May 21, 2025 | Credits ((Money from Aery to Cogent) January 1, 2024 through May 21, 2025 |
|---|---|---|
| Main Loan | $ 34,382,798.48 | $ 33,821,023.15 |
| Sub Note A | $ 87,190.88 | $ 446,177.35 |
| Sub Note B | $ 372,715.61 | $ 1,775,188.93 |
| | | |
| Total | $ 34,842,704.97 | $ 36,042,389.43 |

5. In the 343 business days from January 1, 2024 to May 21, 2025, Aery has made 239 payments to Cogent Bank, with 200 payments on the Main Loan, 20 payments on the Sub Note A, and 19 payments on Sub Note B.

6. The May 28, 2025 newly-discovered evidence shows that Aery's $5,923,136.08 in March 2025 and April 2025 payments to Cogent were as follows:

| | Payments in March 2025 (22 payments on Main Loan) | Payments in April 2025 (20 payments on Main Loan) |
|---|---|---|
| Main Loan | $ 3,010,855.66 | $ 2,697,896.17 |
| Sub Loan A | $ 21,509.34 | $ 21,484.88 |
| Sub Loan B | $ 85,598.31 | $ 85,791.72 |
| | | |
| Total | $ 3,117,963.31 | $ 2,805,172.77 |

7. In March 2025, the Judgment Debtor made 22 payments to Cogent on the Main Loan, one payment on Sub Loan A, and one payment on Sub Loan B.

8. In April 2025, the Judgment Debtor made 20 payments to Cogent on the Main Loan, one payment on Sub Loan A, and one payment on Sub Loan B.

9. The newly discovered evidence on May 28, 2025 reflects Aery's payments to Cogent of $3,117,963.31 over 24 payments in March 2025, and $2,805,172.77 to Cogent over 22 payments in April 2025 for a total of $5,923,136.08 over 46 payments in those two months.

10. The Judgment Debtor's $5,923,136.08 in payments to Cogent in the months of March and April 2025 alone are more than five times more than the $1,142,467.20 judgment owed to Talentscale, which could have easily been paid off.

11. The May 28, 2025 evidence is inconsistent with the unsworn representation by Cogent's counsel to the Court at the May 23, 2025 telephonic conference that "as of April, 2025, Aery was 30 days past due on their loan payments for all three of the facilities" and that "I am guessing that March payment has not been made."

12. Per Cogent's May 28, 2025 records, between January 1, 2024 and May 21, 2025, Judgment Debtor transferred $36,042,389.43 to Cogent and Cogent transferred $34,842,704.97 to Judgment Debtor, resulting in a net transfer gain to Cogent in the amount of $1,199,684.46.

13. Yet, during the same 17-month timeframe in which it received positive net transfer payments of $1,199,684.46 from Aery, Cogent proclaims that Aery became more indebted by $2,096,649.81 for a net delta of $3,296,334.27.

14. If Cogent profited to the tune of $3,296,334.27 in 17 months from its engagement with Aery, such an engagement would be lucrative.

15. Since December 10, 2024, when Talentscale served Cogent with a writ of garnishment, Cogent has issued $15,985,993.08 in new credit to Aery and received payments from Aery totaling $14,314,590.99.

16. I have been counsel for Talentscale dating back to the underlying arbitration between Talentscale and Aery which resulted in the eventual judgment. The evidence in that matter included Aery's multiple written promises to pay Talentscale the balance owed.

17. Aery has been uncooperative, as it has not made any payments on the judgment.

18. Aery also persists in refusing to cooperate in discovery as Aery has not produced any documents, even after promising to produce documents.

19. Talentscale's business has been severely damaged by Aery's nonpayment of the judgment.

20. Given the massive flow of liquidity going in both directions between Aery and Cogent, any excuses for continued nonpayment of the Talentscale judgment seem spurious.

21. Talentscale desires a hearing on Aery's motion to dissolve per Section 77.07(1), Florida Statutes, and did not waive that right.

22. Talentscale desires a jury trial on Cogent's motion to dissolve per Section 77.16(1), Florida Statutes, and did not waive that right.

23. Filed concurrently herewith on the docket is a true and accurate copy of the May 23, 2025 telephonic conference transcript that we received from the court reporter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2025.

By: */s/ Kenneth E. Chase*
Kenneth E. Chase