**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**TALENTSCALE, INC.**,

**Plaintiff**,

**v.** **Case No. 5:25mc1-TKW**

**AERY AVIATION, LLC**,

**Defendant**.
_________________________________/

**ORDER AUTHORIZING FILING UNDER SEAL**

Upon due consideration of Plaintiff's unopposed motion for leave to file under seal (Doc. 94), it is

**ORDERED** that the motion is **GRANTED**, and Plaintiff may file Doc. 95-2 under seal. Plaintiff shall coordinate with the Clerk regarding the submission of the sealed exhibit to replace the placeholder exhibit currently on the docket.

**DONE and ORDERED** this 13th day of June, 2025.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**