**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

Case No. 5:25-mc-00001-TKW

TALENTSCALE, INC.

Plaintiff,
v.

AERY AVIATION, LLC

Defendant.
_______________________________________/

**TALENTSCALE, INC.'S**
**AND COGENT BANK'S SECOND JOINT STATUS REPORT**

Plaintiff Talentscale, Inc. and Cogent Bank jointly file this Status Report pursuant to the Court's June 6, 2025 Order. ECF No. 89.

1. Talentscale's Motion to Discovery from Cogent Bank has been resolved. ECF No. 82.

2. No further judicial action is required on this motion at this time.

Dated this 20th day of June, 2025.

Respectfully submitted,

GREENBERG TRAURIG, P.A.

By: */s/ Courtney M. Keller*
Courtney M. Keller
Florida Bar No. 28668
kellerc@gtlaw.com
Greenberg Traurig, P.A.
450 S. Orange Avenue, Suite 650
Orlando, FL 32801
Telephone: (407) 420-1000

*Attorneys for Cogent Bank*

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By: */s/ Eric J. Pons*
Eric J. Pons
Florida Bar No. 1018390
epons@chaselaw.com
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Telephone: (305) 479-7380

*Attorneys for Judgment Creditor Talentscale, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on June 20, 2025 which automatically sends notice to all counsel or parties of record.

By: */s/ Eric J. Pons*
Eric J. Pons