**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**TALENTSCALE, INC.**,

**Plaintiff**,

**v.** **Case No. 5:25mc1-TKW**

**AERY AVIATION, LLC**,

**Defendant**.
_______________________________________/

# ORDER

Based on the joint status report filed by Plaintiff and Cogent Bank (Doc. 98), it is **ORDERED** that Plaintiff's motion to compel discovery from Cogent Bank (Doc. 82) is **DENIED** as moot.

**DONE and ORDERED** this 23rd day of June, 2025.

T. Kent Wetherell II

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**