# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

TALENTSCALE INC

     vs

USDC NO. **5:25-mc-00001-TKW-MJF**

AERY AVIATION LLC

## TRANSMITTAL OF NOTICE OF APPEAL

   The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals.  A copy of the appeal notice, docket entries, and Order appealed from is enclosed.

| | |
|---|---|
| First Appeal Notice: | YES |
| Judge Appealed From: | T KENT WETHERELL II |
| Appellate Docket Fee: | YES |
| Court Reporters: | YES |
| Other | |

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

By: *Monica Broussard*
Deputy Clerk: Monica Broussard
1 North Palafox Street
Pensacola, Florida 32502-5658

August 1, 2025

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

Case No. 5:25-mc-00001-TKW

TALENTSCALE, INC.,
        Plaintiff,
v.

AERY AVIATION, LLC
        Defendant.

and

THE CLEVELAND CLINIC FOUNDATION,
        Garnishee.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff / Judgment Creditor Talentscale, Inc.

hereby appeals to the United States Court of Appeals for the Eleventh Circuit from:

1. **The July 1, 2025 Order Denying Reconsideration [ECF No. 106]** relative to the Motion for Relief from the Court's May 23, 2025 Order Dissolving the Writ of Garnishment at ECF No. 93, and

2. **The May 23, 2025 Order Granting the Motions to Dissolve the Writ of Garnishment to Cleveland Clinic [ECF No. 84]** referencing ECF Nos. 65, 68, 77 and ECF No. 46 and Denying the Motion for Extension of Time at ECF No. 78.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By:   */s/ Kenneth E. Chase*
Kenneth E. Chase
Florida Bar No. 017661
kchase@chaselaw.com
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Telephone: (305) 402-9800

*Counsel for Plaintiff*
*Judgment Creditor Talentscale, Inc.*

## CERTIFICATE OF SERVICE

I, Kenneth E. Chase, hereby certify that I served the foregoing via CM/ECF, which serves electronic notice to all counsel of record, on July 31, 2025.

By:   */s/ Kenneth E. Chase*
Kenneth E. Chase

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**TALENTSCALE, INC.**,

    **Plaintiff**,

**v.**                                                                                    **Case No. 5:25mc1-TKW**

**AERY AVIATION, LLC**,

    **Defendant**.

_____/

## **ORDER DENYING RECONSIDERATION**

This case is before the Court based on Plaintiff's motion for relief from order dissolving writ of garnishment (Doc. 93).  No hearing is needed to rule on the motion.

Upon due consideration of the motion and its attachments and the responses in opposition filed by Defendant (Doc. 104) and Cogent Bank (Doc. 105), the Court is not persuaded that it procedurally or substantively erred in dissolving the writ of garnishment issued to Cleveland Clinic Foundation (CCF).  Thus, the Court sees no reason to reconsider or otherwise grant Plaintiff relief from the order dissolving the writ.

None of the points raised by Plaintiff in its motion undermine the dispositive (and still-undisputed) fact that the garnished funds were assigned to Cogent Bank as part of a financing arrangement and were subject to a perfected security interest that

had priority over Plaintiff's judgment at the time the writ of garnishment was served.  Moreover, putting aside the question of whether Plaintiff waived any right that it may have had to a jury trial on Cogent Bank's claim to the garnished funds by not raising the issue at any point during the hour-long hearing at which the Court afforded all parties the opportunity to be heard on the motion to dissolve the writ of garnishment,[1] it is well-established that a jury trial is not required where (as here) the principal issue is a legal question regarding the priority of the competing interests in the garnished funds.  *Open Air Control Prods., Inc. of Miami*, 174 So.2d 561, 564 (Fla. 3d DCA 1965); *see also Tortuga Marine Salvage Co. v. Hartford Accident and Indemnity Co.,* 171 So.2d 54 (Fla. 3rd DCA 1965) (explaining that a court can enter "summary ruling" on the title to garnished property if warranted by the facts).

That said, the Court continues to believe that the parties would be better served in trying to negotiate a resolution of this case rather than continuing to incur attorney's fees litigating enforcement actions in this and other courts.  *See* Doc. 92 at 25-27, 45 (making this point); Doc. 84 at 2 (same).  Indeed, given that Defendant appears to still be a viable ongoing business that Cogent Bank continues to lend money to notwithstanding Defendant's apparent breach of the loan agreement, *see*

---

[1] *See Charlotte Dev. Partners, LLC v. Tricom Pictures and Prods., Inc.*, 33 So.3d 690, 693 (Fla. 4th DCA 2009) (holding that the party claiming to have an interest in the garnished funds waived its right to a jury trial when the parties "jumped at the court's invitation to expeditiously resolve the case on the merits" and the party's request for a jury trial was not made until an hour into the hearing when the party "perceived that its case was proceeding poorly").

Doc. 92 at 16-17 (discussing §5.12 of the agreement), the Court is confident that the parties and their counsel can figure out a way for Defendant to start (and, hopefully, finish) paying Plaintiff's judgment sooner rather than later.

Accordingly, for the reasons stated above, it is **ORDERED** that:

1.      Plaintiff's motion for relief from order dissolving writ of garnishment (Doc. 93) is **DENIED**.

2.      CCF may now renew its motion for attorney's fees, *see* Doc. 101, but before it does so, it shall make a good faith effort to resolve the matter with Plaintiff in accordance with Local Rule 7.1(B).

**DONE and ORDERED** this 1st day of July, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**TALENTSCALE, INC.,**

    **Plaintiff**,

**v.**                                         **Case No. 5:25mc1-TKW**

**AERY AVIATION, LLC**,

    **Defendant**.

_____/

**ORDER**

This case came before the Court for telephonic hearing on Plaintiff's motion for extension of time (Doc. 78). At the hearing, the Court also heard argument on the motions to dissolve the writ of garnishment issued to Cleveland Clinic Foundation (Docs. 65, 68, 77) and Plaintiff's motion to compel discovery (Doc. 82). For the reasons stated on the record at the hearing, it is

**ORDERED** that:

1.      The motion for extension of time (Doc. 78) is **DENIED**.

2.      The motions to dissolve (Docs. 65, 68, 77) are **GRANTED**, and the writ of garnishment issued to Cleveland Clinic Foundation (Doc. 46) is **DISSOLVED** because the money identified in the answer and amended answer to the writ is subject to Cogent Bank's prior secured interest.

3.      Ruling is deferred on the motion to compel discovery (Doc. 82) so the parties can attempt to resolve the motion based on the guidance provided by the Court at the hearing.  The parties shall file a status report on their efforts to resolve the motion no later than 14 days from the date of this Order, and if the parties report that the motion is not fully resolved, the report shall identify the issues in dispute and detail the parties' respective positions on those issues.  After the Court reviews the status report, it will determine whether to refer the motion to compel to the magistrate judge for resolution.

4.      Plaintiff and Defendant (and Cogent Bank, if necessary) are encouraged to engage in settlement discussions regarding payment of the judgment to avoid the collection litigation that is occurring in this and other courts.

**DONE and ORDERED** this 23rd day of May, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**TALENTSCALE, INC.,**

    **Plaintiff**,

**v.**                                                                 **Case No. 5:25mc1-TKW**

**AERY AVIATION, LLC,**

    **Defendant**.

_____/

## <u>ORDER</u>

This case came before the Court for telephonic hearing on Plaintiff's motion for extension of time (Doc. 78).  At the hearing, the Court also heard argument on the motions to dissolve the writ of garnishment issued to Cleveland Clinic Foundation (Docs. 65, 68, 77) and Plaintiff's motion to compel discovery (Doc. 82).  For the reasons stated on the record at the hearing, it is

    **ORDERED** that:

    1.    The motion for extension of time (Doc. 78) is **DENIED**.

    2.    The motions to dissolve (Docs. 65, 68, 77) are **GRANTED**, and the writ of garnishment issued to Cleveland Clinic Foundation (Doc. 46) is **DISSOLVED** because the money identified in the answer and amended answer to the writ is subject to Cogent Bank's prior secured interest.

3.      Ruling is deferred on the motion to compel discovery (Doc. 82) so the parties can attempt to resolve the motion based on the guidance provided by the Court at the hearing.  The parties shall file a status report on their efforts to resolve the motion no later than 14 days from the date of this Order, and if the parties report that the motion is not fully resolved, the report shall identify the issues in dispute and detail the parties' respective positions on those issues.  After the Court reviews the status report, it will determine whether to refer the motion to compel to the magistrate judge for resolution.

4.      Plaintiff and Defendant (and Cogent Bank, if necessary) are encouraged to engage in settlement discussions regarding payment of the judgment to avoid the collection litigation that is occurring in this and other courts.

**DONE and ORDERED** this 23rd day of May, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TALENTSCALE, INC.,

     **Plaintiff**,

v.                                        **Case No. 5:25mc1-TKW**

AERY AVIATION, LLC,

     **Defendant**.

_____/

## ORDER DENYING RECONSIDERATION

This case is before the Court based on Plaintiff's motion for relief from order dissolving writ of garnishment (Doc. 93). No hearing is needed to rule on the motion.

Upon due consideration of the motion and its attachments and the responses in opposition filed by Defendant (Doc. 104) and Cogent Bank (Doc. 105), the Court is not persuaded that it procedurally or substantively erred in dissolving the writ of garnishment issued to Cleveland Clinic Foundation (CCF). Thus, the Court sees no reason to reconsider or otherwise grant Plaintiff relief from the order dissolving the writ.

None of the points raised by Plaintiff in its motion undermine the dispositive (and still-undisputed) fact that the garnished funds were assigned to Cogent Bank as part of a financing arrangement and were subject to a perfected security interest that

had priority over Plaintiff's judgment at the time the writ of garnishment was served. Moreover, putting aside the question of whether Plaintiff waived any right that it may have had to a jury trial on Cogent Bank's claim to the garnished funds by not raising the issue at any point during the hour-long hearing at which the Court afforded all parties the opportunity to be heard on the motion to dissolve the writ of garnishment,[1] it is well-established that a jury trial is not required where (as here) the principal issue is a legal question regarding the priority of the competing interests in the garnished funds. *Open Air Control Prods., Inc. of Miami*, 174 So.2d 561, 564 (Fla. 3d DCA 1965); *see also Tortuga Marine Salvage Co. v. Hartford Accident and Indemnity Co.,* 171 So.2d 54 (Fla. 3rd DCA 1965) (explaining that a court can enter "summary ruling" on the title to garnished property if warranted by the facts).

That said, the Court continues to believe that the parties would be better served in trying to negotiate a resolution of this case rather than continuing to incur attorney's fees litigating enforcement actions in this and other courts. *See* Doc. 92 at 25-27, 45 (making this point); Doc. 84 at 2 (same). Indeed, given that Defendant appears to still be a viable ongoing business that Cogent Bank continues to lend money to notwithstanding Defendant's apparent breach of the loan agreement, *see*

---

[1] *See Charlotte Dev. Partners, LLC v. Tricom Pictures and Prods., Inc.*, 33 So.3d 690, 693 (Fla. 4th DCA 2009) (holding that the party claiming to have an interest in the garnished funds waived its right to a jury trial when the parties "jumped at the court's invitation to expeditiously resolve the case on the merits" and the party's request for a jury trial was not made until an hour into the hearing when the party "perceived that its case was proceeding poorly").

2

Doc. 92 at 16-17 (discussing §5.12 of the agreement), the Court is confident that the parties and their counsel can figure out a way for Defendant to start (and, hopefully, finish) paying Plaintiff's judgment sooner rather than later.

Accordingly, for the reasons stated above, it is **ORDERED** that:

1. Plaintiff's motion for relief from order dissolving writ of garnishment (Doc. 93) is **DENIED**.

2. CCF may now renew its motion for attorney's fees, *see* Doc. 101, but before it does so, it shall make a good faith effort to resolve the matter with Plaintiff in accordance with Local Rule 7.1(B).

**DONE and ORDERED** this 1st day of July, 2025.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

3

CLOSED,APPEAL

# U.S. District Court
## Northern District of Florida (Panama City)
### CIVIL DOCKET FOR CASE #: 5:25-mc-00001-TKW-MJF

TALENTSCALE INC v. AERY AVIATION LLC

Assigned to: JUDGE T KENT WETHERELL II

Referred to: MAGISTRATE JUDGE MICHAEL J
FRANK

Date Filed: 01/13/2025

Date Terminated: 01/13/2025

### Plaintiff

**TALENTSCALE INC**              represented by **KENNETH CHASE**
CHASE LAW & ASSOCIATES
PA - BOCA RATON FL
951 YAMATO ROAD
SUITE 280
BOCA RATON, FL 33431
305-402-9800
Fax: 305-402-2725
Email: kchase@chaselaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ERIC J PONS**
CHASE LAW & ASSOCIATES
PA - BOCA RATON FL
951 YAMATO ROAD
SUITE 280
BOCA RATON, FL 33431
305-479-7380
Email: epons@chaselaw.com
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**AERY AVIATION LLC**              represented by **ERIN C MCDANIEL**
DAVIS LAW PLC -

1 of 22

CHESAPEAKE VA
555 BELAIRE AVENUE
SUITE 340
CHESAPEAKE, VA 23320
757-410-2293
Email:
erin.mcdaniel@davisba.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RACHEL LYNN TRIPP RODRIGUEZ**
VIRES LAW GROUP PLLC -
WEST PALM BEACH FL
515 N FLAGLER DRIVE
SUITE 350
WEST PALM BEACH, FL 33401
561-370-7383
Email:
rrodriguez@vireslaw.group
*ATTORNEY TO BE NOTICED*

**Defendant**

**Prudent Capital III, LP**              represented by **GEORGE RODERICK MEAD , II**
MOORE HILL &
WESTMORELAND PA -
PENSACOLA FL
350 W CEDAR STREET
SUITE 100
PENSACOLA, FL 32502
850/434-3541
Fax: 850/435-7899
Email: emead@mhw-law.com
*ATTORNEY TO BE NOTICED*

V.

**Garnishee**

**COGENT BANK**                        represented by **COURTNEY MARIE KELLER**
*c/o CHIRAG BHAVSAR*                   GREENBERG TRAURIG PA -
ORLANDO FL
450 S ORANGE AVE STE 650

2 of 22

ORLANDO, FL 32801-3371
407-254-2610
Email: kellerc@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Garnishee**

**BANK OF AMERICA NATIONAL ASSOCIATION**
*c/o C T CORPORATION SYSTEM*

represented by **JOSEPH ANTHONY NOA , JR**
THE NOA LAW FIRM PA - MIAMI FL
PO BOX 941958
MIAMI, FL 33194
305-559-9620
Fax: 305-559-3611
Email:
e-service@noalawfirm.com
*ATTORNEY TO BE NOTICED*

**Garnishee**

**GOVCON CAPITAL LLC**
*c/o C T CORPORATION SYSTEM*

**Garnishee**

**ST LOUIS BANK**
*c/o KEVIN KING*

**Garnishee**

**PRIME ALLIANCE BANK INC**
*c/o MICHAEL WARD*

**Garnishee**

**UNITED STATES NAVY**
*c/o COMMANDING OFFICER*

**Garnishee**

**PNC BANK N A**

represented by **BRANDON TODD HOLMES**
DINSMORE & SHOHL LLP - TAMPA FL
201 NORTH FRANKLIN
SUITE 3050
TAMPA, FL 33602
813-543-9848

Fax: 813-543-9849
Email:
brandon.holmes@dinsmore.com
*ATTORNEY TO BE NOTICED*

**Garnishee**

**ITRIA VENTURES LLC**

**Garnishee**

**JPMORGAN CHASE BANK N A**   represented by **ANDREW ROSS HERRON**
HOMER BONNER JACOBS
ORTIZ - MIAMI FL
1200 FOUR SEASON TOWER
1441 BRICKELL AVENUE
MIAMI, FL 33131
305-350-5100
Fax: 305-372-2738
Email:
aherron@homerbonner.com
*ATTORNEY TO BE NOTICED*

**Garnishee**

**HSBC BANK USA N A**   represented by **MERRICK LAWRENCE GROSS**
CARLTON FIELDS PA - MIAMI
FL
700 NW 1ST AVENUE
SUITE 1200
MIAMI, FL 33136
305-530-4046
Email:
mgross@carltonfields.com
*ATTORNEY TO BE NOTICED*

**Garnishee**

**CLEVELAND CLINIC FOUNDATION**   represented by **DARRIN J QUAM**
STEARNS WEAVER MILLER
ETC - TAMPA FL
SUNTRUST FNCL CTR STE
2200
401 E JACKSON ST
TAMPA, FL 33602
813-222-5109

4 of 22

Fax: 813-222-5089
Email:
dquam@stearnsweaver.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2025 | 1 | MISCELLANEOUS CASE Filing fee: $ 52.00, receipt number AFLNDC-9210035. Fee status updated to *paid*. (***Please note the filing fee was paid in case 5:25-cv-00003-AW-MJF on 01/03/2025.***) (kdm) (Entered: 01/13/2025) |
| 01/13/2025 | 2 | REGISTRATION of Foreign Judgment, filed by TALENTSCALE INC. (kdm) (Entered: 01/13/2025) |
| 01/13/2025 | 3 | CIVIL COVER SHEET. (kdm) (Entered: 01/13/2025) |
| 01/28/2025 | 4 | NOTICE of Appearance by ERIC J PONS on behalf of TALENTSCALE INC (PONS, ERIC) (Entered: 01/28/2025) |
| 01/28/2025 | 5 | First MOTION for Writ of Garnishment *to Cogent Bank* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 01/28/2025) |
| 01/28/2025 | 6 | First MOTION for Writ of Garnishment *Bank of America, NA* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 01/28/2025) |
| 01/28/2025 | 7 | First MOTION for Writ of Garnishment *GovCon Capital, LLC* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 01/28/2025) |
| 01/28/2025 | 8 | First MOTION for Writ of Garnishment *St. Louis Bank* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 01/28/2025) |
| 01/28/2025 | 9 | First MOTION for Writ of Garnishment *Prime Alliance Bank, Inc.* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 01/28/2025) |

| 01/28/2025 | 10 | First MOTION for Writ of Garnishment *United States Navy* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 01/28/2025) |
|---|---|---|
| 01/29/2025 | 11 | ORDER DIRECTING ISSUANCE OF WRITS OF GARNISHMENT re Plaintiff's 5 , 6 , 7 , 8 , 9 and 10 Motions for Writ of Garnishment. That the motions are GRANTED, and the Clerk shall issue the writs of garnishment attached to the motions. Signed by JUDGE T KENT WETHERELL II on 1/29/2025. (mb) (Entered: 01/29/2025) |
| 01/29/2025 | 12 | WRIT OF GARNISHMENT issued per 11 ORDER, as to COGENT BANK. (Attachments: # 1 WRIT - GOVCON CAPITAL LLC, # 2 WRIT - ST LOUIS BANK, # 3 WRIT - PRIME ALLIANCE BANK INC, # 4 WRIT - UNITED STATES NAVY, # 5 WRIT - BANK OF AMERICA). (mb) (Entered: 01/29/2025) |
| 01/29/2025 | 13 | CERTIFICATE OF SERVICE by TALENTSCALE INC (PONS, ERIC) (Entered: 01/29/2025) |
| 02/03/2025 | 14 | ANSWER to Writ of Garnishment by BANK OF AMERICA NATIONAL ASSOCIATION. (NOA, JOSEPH) (Entered: 02/03/2025) |
| 02/03/2025 | 15 | CERTIFICATE OF SERVICE by TALENTSCALE INC (PONS, ERIC) (Entered: 02/03/2025) |
| 02/03/2025 | 16 | CERTIFICATE OF SERVICE by TALENTSCALE INC (PONS, ERIC) (Entered: 02/03/2025) |
| 02/03/2025 | | Set Deadlines re 14 ANSWER to Writ of Garnishment by BANK OF AMERICA NATINAL ASSOCIATION. (Objections to Answer due by **2/23/2025**). (mb) (Entered: 02/04/2025) |
| 02/05/2025 | 17 | NOTICE of Appearance by COURTNEY MARIE KELLER on behalf of COGENT BANK (KELLER, COURTNEY) (Entered: 02/05/2025) |
| 02/11/2025 | 18 | First MOTION for Writ of Garnishment *to Fast Bird, LLC* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 02/11/2025) |

| 02/11/2025 | 19 | First MOTION for Writ of Garnishment *to Prudent Capital* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 02/11/2025) |
|---|---|---|
| 02/12/2025 | 20 | ORDER DIRECTING ISSUANCE OF WRITS OF GARNISHMENT re 18 Motion for Writ of Garnishment to FAST BIRD LLC; 19 Motion for Writ of Garnishment to PRUDENT CAPITAL. Signed by JUDGE T KENT WETHERELL II on 2/12/2025. (mb) (Entered: 02/12/2025) |
| 02/12/2025 | 21 | WRIT OF GARNISHMENT issued per 20 ORDER as to FAST BIRD LLC. (Attachments: # 1 WRIT - PRUDENT CAPITAL). (mb) (Entered: 02/12/2025) |
| 02/14/2025 | 22 | ANSWER to Writ of Garnishment by COGENT BANK. (KELLER, COURTNEY) (Entered: 02/14/2025) |
| 02/14/2025 | | Set Deadlines re 22 ANSWER to Writ of Garnishment by COGENT BANK.(Objections to Answer due by **3/6/2025**). (mb) (Entered: 02/14/2025) |
| 02/14/2025 | 23 | CERTIFICATE OF SERVICE by TALENTSCALE INC re 18 First MOTION for Writ of Garnishment *to Fast Bird, LLC,* 21 Writ of Garnishment, 19 First MOTION for Writ of Garnishment *to Prudent Capital* (PONS, ERIC) (Entered: 02/14/2025) |
| 02/14/2025 | 24 | CERTIFICATE OF SERVICE by TALENTSCALE INC re 22 Answer to Writ of Garnishment (PONS, ERIC) (Entered: 02/14/2025) |
| 02/17/2025 | 25 | CERTIFICATE OF SERVICE by TALENTSCALE INC *of Garnishee GovCon Capital, LLCs garnishment answer and notice required under Section 77.055, Florida Statutes* (PONS, ERIC) (Entered: 02/17/2025) |
| 03/18/2025 | 26 | First MOTION for Writ of Garnishment *to JPMorgan Chase Bank, N.A.* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 03/18/2025) |
| 03/18/2025 | 27 | First MOTION for Writ of Garnishment *to Capital Bank, N.A.* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 03/18/2025) |

| 03/18/2025 | 28 | First MOTION for Writ of Garnishment *to Independent Bank* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 03/18/2025) |
| --- | --- | --- |
| 03/19/2025 | 29 | ORDER DIRECTING ISSUANCE OF WRITS OF GARNISHMENT re 26 , 27 , 28 Plaintiff's MOTIONS for Writ of Garnishment. That the motions are GRANTED, and the Clerk shall issue the writs of garnishment attached to the motions. Signed by JUDGE T KENT WETHERELL II on 3/19/2025. (mb) (Entered: 03/19/2025) |
| 03/19/2025 | 30 | WRIT OF GARNISHMENT issued per 29 ORDER as to JP MOGAN CHASE. (mb) (Entered: 03/19/2025) |
| 03/19/2025 | 31 | WRIT OF GARNISHMENT issued per 29 ORDER as to CAPITAL BANK NA. (mb) (Entered: 03/19/2025) |
| 03/19/2025 | 32 | WRIT OF GARNISHMENT issued per 29 ORDER as to INDEPENDENT BANK. (mb) (Entered: 03/19/2025) |
| 03/19/2025 | 33 | CERTIFICATE OF SERVICE by TALENTSCALE INC (PONS, ERIC) (Entered: 03/19/2025) |
| 03/25/2025 | 34 | First MOTION for Writ of Garnishment *National Bank of Pakistan* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 03/25/2025) |
| 03/25/2025 | 35 | First MOTION for Writ of Garnishment *HSBC Bank USA, N.A.* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 03/25/2025) |
| 03/25/2025 | 36 | First MOTION for Writ of Garnishment *U.S. Bank, N.A.* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 03/25/2025) |
| 03/25/2025 | 37 | First MOTION for Writ of Garnishment *PNC Bank* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 03/25/2025) |
| 03/26/2025 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 34 First MOTION for Writ of Garnishment *National Bank of Pakistan*, 35 First MOTION for Writ of |

Garnishment *HSBC Bank USA, N.A.*, 36 First MOTION for Writ of Garnishment *U.S. Bank, N.A.*, 37 First MOTION for Writ of Garnishment *PNC Bank* (mb) (Entered: 03/26/2025)

03/26/2025    38    ORDER DIRECTING ISSUANCE OF WRITS OF GARNISHMENT re 34 Motion for Writ of Garnishment - NATIONAL BANK OF PAKISTAN; 35 Motion for Writ of Garnishment - HSBC BANK USA NA; 36 Motion for Writ of Garnishment - US BANK NA and 37 Motion for Writ of Garnishment - TALENTSCALE INC. That the motions are GRANTED, and the Clerk shall issue the writs of garnishment attached to the motions. Signed by JUDGE T KENT WETHERELL II on 3/26/2025. (mb) (Entered: 03/26/2025)

03/26/2025    39    WRIT OF GARNISHMENT issued re 34 NATIONAL BANK OF PAKISTAN per 38 ORDER. (mb) Modified on 3/27/2025 (mb). (Entered: 03/26/2025)

03/26/2025    40    WRIT OF GARNISHMENT issued re 35 HSBC BANK USA NA per 38 ORDER. (mb) Modified on 3/27/2025 (mb). (Entered: 03/26/2025)

03/26/2025    41    WRIT OF GARNISHMENT issued re 36 US BANK NA per 38 ORDER. (mb) Modified on 3/27/2025 (mb). (Entered: 03/26/2025)

03/26/2025    42    WRIT OF GARNISHMENT issued re 37 PNC BANK per 38 ORDER. (mb) Modified on 3/27/2025 (mb). (Entered: 03/26/2025)

03/26/2025    43    CERTIFICATE OF SERVICE by TALENTSCALE INC (PONS, ERIC) (Entered: 03/26/2025)

03/27/2025    44    First MOTION for Writ of Garnishment *Cleveland Clinic* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 03/27/2025)

03/28/2025    ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 44 First MOTION for Writ of Garnishment *Cleveland Clinic* (mb) (Entered: 03/28/2025)

03/28/2025    45    ORDER DIRECTING ISSUANCE OF WRIT OF GARNISHMENT re 44 Plaintiff's Motion for Writ of Garnishment. That the motion is GRANTED, and the Clerk

shall issue the writ of garnishment attached to the motion. Signed by JUDGE T KENT WETHERELL II on 3/28/2025. (mb) (Entered: 03/28/2025)

| 03/28/2025 | 46 | WRIT OF GARNISHMENT issued as to CLEVELAND CLINIC re 45 ORDER. (mb) (Entered: 03/28/2025) |
| 03/28/2025 | 47 | CERTIFICATE OF SERVICE by TALENTSCALE INC (PONS, ERIC) (Entered: 03/28/2025) |
| 04/07/2025 | 48 | ANSWER to Writ of Garnishment by PNC Bank, N.A.. (HOLMES, BRANDON) (Entered: 04/07/2025) |
| 04/07/2025 | 49 | First MOTION for Writ of Garnishment *Itria Ventures, LLC* by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Writ of Garnishment) (PONS, ERIC) (Entered: 04/07/2025) |
| 04/07/2025 | 52 | WRIT of Garnishment Returned Executed as to PNC BANK NA. (At the time garnishment served, PNC was not indebted to the judgment defendant AERY AVIATION LLC and is unaware of any other person indebted to it.). (mb) (Entered: 04/08/2025) |
| 04/08/2025 | 50 | ORDER DIRECTING ISSUANCE OF WRIT OF GARNISHMENT re 49 Plaintiff's Motion for Writ of Garnishment. That the motion is GRANTED, and the Clerk shall issue the writ of garnishment attached to the motion. Signed by JUDGE T KENT WETHERELL II on 4/8/2025. (mb) (Entered: 04/08/2025) |
| 04/08/2025 | 51 | WRIT of GARNISHMENT issued per 50 ORDER. (mb). (Entered: 04/08/2025) |
| 04/08/2025 | 53 | ANSWER to Writ of Garnishment by JPMorgan Chase Bank, N.A.. (HERRON, ANDREW) (Entered: 04/08/2025) |
| 04/08/2025 | 54 | CERTIFICATE OF SERVICE by TALENTSCALE INC (PONS, ERIC) (Entered: 04/08/2025) |
| 04/17/2025 | 55 | ANSWER to Writ of Garnishment by HSBC Bank USA, N.A.. (GROSS, MERRICK) (Entered: 04/17/2025) |
| 04/18/2025 | | Set Deadline re 55 GARNISHEE HSBC BANK'S ANSWER TO WRIT OF GARNISHMENT - Deadline to file Objection - by **5/7/2025**. (jfj) (Entered: 04/18/2025) |

| 04/22/2025 | 56 | NOTICE of Appearance by RACHEL LYNN TRIPP RODRIGUEZ on behalf of AERY AVIATION LLC (RODRIGUEZ, RACHEL) (Entered: 04/22/2025) |
|---|---|---|
| 04/24/2025 | 57 | MOTION to Quash by AERY AVIATION LLC. (Attachments: # 1 Exhibit subpoena) (RODRIGUEZ, RACHEL) (Entered: 04/24/2025) |
| 04/24/2025 | 58 | MOTION to Quash by AERY AVIATION LLC. (Attachments: # 1 Exhibit subpoena) (RODRIGUEZ, RACHEL) (Entered: 04/24/2025) |
| 04/24/2025 | 59 | ANSWER to Writ of Garnishment by CLEVELAND CLINIC FOUNDATION. (QUAM, DARRIN) (Entered: 04/24/2025) |
| 04/24/2025 | 60 | CERTIFICATE OF SERVICE by TALENTSCALE INC (PONS, ERIC) (Entered: 04/24/2025) |
| 04/24/2025 | | Set Deadlines re 59 Garnishee CLEVELAND CLINIC FOUNDATION's Answer to Writ of Garnishment - Deadline to file Objection due by **5/15/2025**. (mb) (Entered: 04/25/2025) |
| 04/25/2025 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 58 MOTION to Quash by AERY AVIATION LLC. (Attachments: # 1 Exhibit subpoena), 57 MOTION to Quash by AERY AVIATION LLC. (Attachments: # 1 Exhibit subpoena). Referred to MICHAEL J FRANK. (mb) (Entered: 04/25/2025) |
| 04/28/2025 | 61 | RESPONSE by CLEVELAND CLINIC FOUNDATION re 57 MOTION to Quash *Response to Subpoena to Produce Documents*. (QUAM, DARRIN) (Entered: 04/28/2025) |
| 05/02/2025 | 62 | MOTION to Quash by AERY AVIATION LLC. (Attachments: # 1 Exhibit subpoena) (RODRIGUEZ, RACHEL) (Entered: 05/02/2025) |
| 05/05/2025 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 62 MOTION to Quash by AERY AVIATION LLC. (Attachments: # 1 Exhibit subpoena). Referred to MICHAEL J FRANK. (mb) (Entered: 05/05/2025) |

| | | |
|---|---|---|
| 05/08/2025 | 63 | MEMORANDUM in Opposition re 57 MOTION to Quash filed by TALENTSCALE INC. (PONS, ERIC) (Entered: 05/08/2025) |
| 05/08/2025 | 64 | MEMORANDUM in Opposition re 58 MOTION to Quash filed by TALENTSCALE INC. (PONS, ERIC) (Entered: 05/08/2025) |
| 05/09/2025 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 63 MEMORANDUM in Opposition re 57 MOTION to Quash, 64 MEMORANDUM in Opposition re 58 MOTION to Quash. (mb) (Entered: 05/09/2025) |
| 05/14/2025 | 65 | MOTION Cogent Bank's Motion to Dissolve Writ of Garnishment Issued to The Cleveland Clinic Foundation re 46 Writ of Garnishment by COGENT BANK. (Attachments: # 1 Exhibit A) (KELLER, COURTNEY) (Entered: 05/14/2025) |
| 05/14/2025 | 66 | ORDER re 58 MOTION to Quash. On or before **5/19/2025**, Talentscale, Inc. shall supplement its response in opposition and clarify whether Thunderun has complied with the subpoena issued on May 7, 2025. Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 5/14/2025. (jcw) (Entered: 05/14/2025) |
| 05/14/2025 | 67 | ORDER denying 57 Motion to Quash. On or before May 22, 2025, Talentscale and Aery shall confer to discuss a qualified protective order. On or before **5/28/2025**, the parties shall file a joint motion for a qualified protective order. The motion must include the proposed protective order and proposed order adopting the motion. Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 5/14/2025. (jcw) (Entered: 05/14/2025) |
| 05/14/2025 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 65 MOTION Cogent Bank's Motion to Dissolve Writ of Garnishment Issued to The Cleveland Clinic Foundation re 46 Writ of Garnishment . Referred to MICHAEL J FRANK. (mb) (Entered: 05/14/2025) |
| 05/14/2025 | 68 | MOTION Dissolve Writ of Garnishment by AERY AVIATION LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (RODRIGUEZ, RACHEL) (Entered: 05/14/2025) |

05/15/2025    69    RESPONSE in Opposition re 58 MOTION to Quash filed by TALENTSCALE INC. (PONS, ERIC) (Entered: 05/15/2025)

05/15/2025    Motions No Longer Referred: 65 MOTION Cogent Bank's Motion to Dissolve Writ of Garnishment Issued to The Cleveland Clinic Foundation re 46 Writ of Garnishment (mb) (Entered: 05/15/2025)

05/15/2025    70    STIPULATION re 62 MOTION to Quash *Subpoena issued to Thirteen Properties, LLC* by TALENTSCALE INC. (PONS, ERIC) (Entered: 05/15/2025)

05/15/2025    ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 65 MOTION Cogent Bank's Motion to Dissolve Writ of Garnishment Issued to The Cleveland Clinic Foundation re 46 Writ of Garnishment (mb) (Entered: 05/15/2025)

05/15/2025    ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 69 RESPONSE in Opposition re 58 MOTION to Quash filed by TALENTSCALE INC. (mb) (Entered: 05/15/2025)

05/15/2025    ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 70 STIPULATION re 62 MOTION to Quash Subpoena issued to Thirteen Properties. (mb) (Entered: 05/15/2025)

05/15/2025    71    ORDER SHORTENING RESPONSE PERIOD re 65 and 68 Motions seeking dissolution of Writ of Garnishment issued to CLEVELAND CLINIC FOUNDATION. That Plaintiff has until **May 21, 2025**, to respond to the motions to dissolve the writ of garnishment issued to the Cleveland Clinic Foundation. Signed by JUDGE T KENT WETHERELL II on 5/15/2025. (mb) Modified on 5/16/2025 (mah). (Entered: 05/15/2025)

05/15/2025    72    RESPONSE by CLEVELAND CLINIC FOUNDATION re 61 Response/Reply *Garnishee's Amended Response to Subpoena to Produce Documents*. (QUAM, DARRIN) (Entered: 05/15/2025)

05/15/2025    73    ANSWER to Writ of Garnishment *Amended Answer to Writ of Garnishment* by CLEVELAND CLINIC FOUNDATION.

| | | |
|---|---|---|
| | | (QUAM, DARRIN) (Entered: 05/15/2025) |
| 05/15/2025 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 72 RESPONSE by CLEVELAND CLINIC FOUNDATION re 61 Response/Reply Garnishee's Amended Response to Subpoena to Produce Documents. (mb) (Entered: 05/15/2025) |
| 05/15/2025 | 74 | ORDER denying 62 Motion to Quash. Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 5/15/2025. (jcw) (Entered: 05/16/2025) |
| 05/16/2025 | 75 | CERTIFICATE OF SERVICE by TALENTSCALE INC (PONS, ERIC) (Entered: 05/16/2025) |
| 05/19/2025 | 76 | ORDER denying 58 Motion to Quash. Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 5/19/2025. (jcw) (Entered: 05/19/2025) |
| 05/21/2025 | 77 | Supplemental MOTION DIssolve Writ of Garnishment re 68 MOTION Dissolve Writ of Garnishment *Issued to the Cleveland Clinic Foundation* by COGENT BANK. (Attachments: # 1 Exhibit A) (KELLER, COURTNEY) (Entered: 05/21/2025) |
| 05/21/2025 | 78 | First MOTION for Extension of Time to Complete Discovery by TALENTSCALE INC. (Attachments: # 1 Exhibit EDVA Writ of Garnishment Issued to Cogent Bank, # 2 Exhibit Cogent Bank's Answer to EDVA Writ of Garnishment, # 3 Exhibit Subpoena Served on Cogent Bank, # 4 Exhibit Cogent Bank's Objections to Subpoena) (PONS, ERIC) (Entered: 05/21/2025) |
| 05/22/2025 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 77 Supplemental MOTION Dissolve Writ of Garnishment re 68 MOTION Dissolve Writ of Garnishment *Issued to the Cleveland Clinic Foundation* (mb) (Entered: 05/22/2025) |
| 05/22/2025 | 79 | MOTION to Appear Pro Hac Vice by Erin McDaniel.( Filing fee $ 219 receipt number AFLNDC-9485365.) by AERY AVIATION LLC. (Attachments: # 1 Exhibit Certificate of Good Standing) (RODRIGUEZ, RACHEL) (Entered: 05/22/2025) |

| | | |
|---|---|---|
| 05/22/2025 | 80 | NOTICE OF TELEPHONIC HEARING re 78 Plaintiff's MOTION for Extension of Time. (Motion Hearing set for **5/23/2025 @ 10:00 AM** via Webex Conference before JUDGE T KENT WETHERELL II. (mb) (Entered: 05/22/2025) |
| 05/22/2025 | 81 | RESPONSE in Opposition re 78 First MOTION for Extension of Time to Complete Discovery filed by COGENT BANK. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (KELLER, COURTNEY) (Entered: 05/22/2025) |
| 05/22/2025 | 82 | First MOTION to Compel *Discovery from Cogent Bank pertaining to its Motion to Dissolve Writ of Garnishment* by TALENTSCALE INC. (PONS, ERIC) (Entered: 05/22/2025) |
| 05/23/2025 | 83 | ORDER re 79 Motion to Appear Pro Hac Vice. That the motion is GRANTED, and attorney Erin C. McDaniel is authorized to appear pro hac vice for Defendant. (Appointed ERIN C MCDANIEL for AERY AVIATION LLC). Signed by JUDGE T KENT WETHERELL II on 5/23/2025. (mb) (Entered: 05/23/2025) |
| 05/23/2025 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 81 RESPONSE in Opposition re 78 First MOTION for Extension of Time to Complete Discovery filed by COGENT BANK. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C). (mb) (Entered: 05/23/2025) |
| 05/23/2025 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 82 First MOTION to Compel *Discovery from Cogent Bank pertaining to its Motion to Dissolve Writ of Garnishment.* Referred to MICHAEL J FRANK. (mb) (Entered: 05/23/2025) |
| 05/23/2025 | 84 | ORDER. The motion for extension of time (Doc. 78 ) is DENIED. The motions to dissolve (Docs. 65 , 68 , 77 ) are GRANTED, and the writ of garnishment issued to Cleveland Clinic Foundation (Doc. 46 ) is DISSOLVED because the money identified in the answer and amended answer to the writ is subject to Cogent Banks prior secured interest. Ruling is deferred on the motion to compel discovery (Doc. 82 ) so the parties can attempt to resolve the motion based on the guidance provided by the Court at the hearing. The parties shall file a status report |

on their efforts to resolve the motion no later than 14 days from the date of this Order, and if the parties report that the motion is not fully resolved, the report shall identify the issues in dispute and detail the parties' respective positions on those issues. After the Court reviews the status report, it will determine whether to refer the motion to compel to the magistrate judge for resolution. (Status Report due by **6/6/2025**.) Signed by JUDGE T KENT WETHERELL II on 5/23/2025. (mb) (Entered: 05/23/2025)

| 05/23/2025 | 85 | Minute Entry for proceedings held before JUDGE T KENT WETHERELL II: Telephonic Hearing held on 5/23/2025. Motions to Dissolve Granted, Motion for Extension of Time Denied. Parties to confer re Motion to Compel and advise the Court within 14 days of any unresolved issues. Order to be entered (Court Reporter Julie Wycoff). (pmc) (Entered: 05/23/2025) |

05/27/2025    86    First MOTION for Protective Order by TALENTSCALE INC. (Attachments: # 1 Text of Proposed Order Proposed Qualified Protective Order) (PONS, ERIC) (Entered: 05/27/2025)

05/28/2025    ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: 86 First MOTION for Protective Order . Referred to MICHAEL J FRANK. (mb) (Entered: 05/28/2025)

05/29/2025    87    NOTICE of Appearance by KENNETH CHASE on behalf of TALENTSCALE INC (CHASE, KENNETH) (Entered: 05/29/2025)

06/05/2025    88    STATUS REPORT by TALENTSCALE INC. (PONS, ERIC) (Entered: 06/05/2025)

06/06/2025    ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 88 Status Report (mb) (Entered: 06/06/2025)

06/06/2025    89    ORDER re 88 Joint Status Report, 82 Plaintiff's Motion to Compel. That the parties shall file another status report 14 days from the date of this Order indicating whether the motion to compel has been resolved or whether judicial action on the motion is needed. (Status Report due by **6/20/2025**.) Signed by JUDGE T KENT WETHERELL II on

6/6/2025. (mb) (Entered: 06/06/2025)

| | | |
|---|---|---|
| 06/06/2025 | 90 | MOTION for Attorney Fees *Motion for Order of Entitlement and Award of Attorneys' Fees and Costs from Garnishor and Supporting Memorandum of Law* by CLEVELAND CLINIC FOUNDATION. (QUAM, DARRIN) (Entered: 06/06/2025) |
| 06/06/2025 | 91 | QUALIFIED PROTECTIVE ORDER re granting 86 Motion for Protective Order. Signed by MAGISTRATE JUDGE MICHAEL J FRANK on 6/6/2025. (jcw) (Entered: 06/06/2025) |
| 06/06/2025 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 90 MOTION for Attorney Fees *Motion for Order of Entitlement and Award of Attorneys' Fees and Costs from Garnishor and Supporting Memorandum of Law* (mb) (Entered: 06/06/2025) |
| 06/09/2025 | 92 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, TELEPHONIC HEARING, held on 5/23/25, before Judge T. Kent Wetherell, II. Court Reporter/Transcriber Julie A. Wycoff, Telephone number 850.549.5886. |

*Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.*

Redaction Request due **6/16/2025**. Release of Transcript Restriction set for **9/15/2025**. (jaw) (Entered: 06/09/2025)

| | | |
|---|---|---|
| 06/11/2025 | 93 | MOTION Relief from the Court's May 23, 2025 Order Dissolving the Writ of Garnishment on $921,471.42 Held by Garnishee Cleveland Clinic re 77 Supplemental MOTION DIssolve Writ of Garnishment re 68 MOTION Dissolve Writ of Garnishment *Issued to the Cleveland Clinic Foundation,* 84 Order,,,,, Set Deadlines/Hearings,,,, 65 MOTION Cogent Bank's Motion to Dissolve Writ of Garnishment Issued to The Cleveland Clinic Foundation re 46 Writ of Garnishment , 68 MOTION Dissolve Writ of Garnishment by TALENTSCALE INC. (Attachments: # 1 Affidavit Declaration of Eric J. Pons, # 2 Affidavit |

|  |  |  |
|---|---|---|
|  |  | Declaration of Kenneth E. Chase, # 3 Exhibit Transcript of May 23, 2025 Telephonic Conference) (CHASE, KENNETH) (Entered: 06/11/2025) |
| 06/11/2025 |  | Set Deadlines re 93 MOTION Relief from the Court's May 23, 2025..... (Internal deadline for referral to judge if response not filed earlier: **6/28/2025**). (mb) (Entered: 06/11/2025) |
| 06/12/2025 | 94 | Consent MOTION to Seal *Cogent Bank's May 28, 2025 Production at Bates CB001456-CB001481 attached as Ex. 2 to Supplement at ECF No. 95* by TALENTSCALE INC. (CHASE, KENNETH) (Entered: 06/12/2025) |
| 06/12/2025 | 95 | Supplement to Motion for Relief at ECF No. 93 re 94 Consent MOTION to Seal *Cogent Bank's May 28, 2025 Production at Bates CB001456-CB001481 attached as Ex. 2 to Supplement at ECF No. 95*, 93 MOTION Relief from the Court's May 23, 2025 Order Dissolving the Writ of Garnishment on $921,471.42 Held by Garnishee Cleveland Clinic re 77 Supplemental MOTION DIssolve Writ of Garnishment re 68 MOTION Dissolve Writ of Garnishm by TALENTSCALE INC. (Attachments: # 1 Exhibit Cogent Bank's May 28, 2025 Cover Letter Titled 2025.05.28 Letter from CK to OC, # 2 Exhibit Cogent Bank's May 28, 2025 49-Page Supplemental Production Titled CB001456-CB001504 [Filed as Placeholder per Unopposed Motion to Seal at ECF No. 94]) (CHASE, KENNETH) (Attachment 2 replaced on 6/16/2025) (alb). (Entered: 06/12/2025) |
| 06/12/2025 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 94 Consent MOTION to Seal *Cogent Bank's May 28, 2025 Production at Bates CB001456-CB001481 attached as Ex. 2 to Supplement at ECF No. 95* , 95 MOTION Supplement to Motion for Relief at ECF No. 93 re 94 Consent MOTION to Seal *Cogent Bank's May 28, 2025 Production at Bates CB001456-CB001481 attached as Ex. 2 to Supplement at ECF No. 95* , 93 Supplement to Motion for Relief at ECF No. 93 re 94 Consent. MOTION. (mb) (Entered: 06/12/2025) |
| 06/13/2025 | 96 | ORDER AUTHORIZING FILING UNDER SEAL re 94 Plaintiffs unopposed motion for leave to file under seal. That the motion is GRANTED, and Plaintiff may file Doc. 95 |

-2 under seal. Plaintiff shall coordinate with the Clerk regarding the submission of the sealed exhibit to replace the placeholder exhibit currently on the docket. Signed by JUDGE T KENT WETHERELL II on 6/13/2025. (mb) (Entered: 06/13/2025)

| | | |
|---|---|---|
| 06/16/2025 | 97 | DOCKET ANNOTATION BY COURT: Re 96 Order, 95 MOTION Supplement to Motion for Relief. Clerk received 49 page sealed exhibit and replaced docket entry 95 -2 and sealed the entry. (alb) (Entered: 06/16/2025) |
| 06/20/2025 | 98 | STATUS REPORT by TALENTSCALE INC. (PONS, ERIC) (Entered: 06/20/2025) |
| 06/20/2025 | 99 | MEMORANDUM in Opposition re 90 MOTION for Attorney Fees *Motion for Order of Entitlement and Award of Attorneys' Fees and Costs from Garnishor and Supporting Memorandum of Law* filed by TALENTSCALE INC. (PONS, ERIC) (Entered: 06/20/2025) |
| 06/23/2025 | 100 | ORDER re 82 Motion to Compel. That Plaintiff's motion to compel discovery from Cogent Bank (Doc. 82 ) is DENIED as moot. Signed by JUDGE T KENT WETHERELL II on 6/23/2025. (mb) (Entered: 06/23/2025) |
| 06/23/2025 | 101 | ORDER re 90 MOTION for Attorney Fees. That CCF's motion for attorney's fees is DENIED without prejudice to CCF filing a renewed motion within 14 days after the Court rules on Plaintiff's motion to set aside the order dissolving the writ of garnishment. (Renewed Motion due by **7/15/2025**.) Signed by JUDGE T KENT WETHERELL II on 6/23/2025. (mb) (Entered: 06/23/2025) |
| 06/24/2025 | 102 | MOTION for Extension of Time to File Response/Reply as to 93 MOTION Relief from the Court's May 23, 2025 Order Dissolving the Writ of Garnishment on $921,471.42 Held by Garnishee Cleveland Clinic re 77 Supplemental MOTION DIssolve Writ of Garnishment re 68 MOTION Dissolve Writ of Garnishm by COGENT BANK. (KELLER, COURTNEY) (Entered: 06/24/2025) |
| 06/25/2025 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 102 Unopposed MOTION for Extension of Time to File Response/Reply as to 93 MOTION Relief from the Court's May 23, 2025 Order Dissolving the Writ of |

| | | |
|---|---|---|
| | | Garnishment on $921,471.42 Held by Garnishee Cleveland Clinic re 77 Supplemental MOTION. (mb) (Entered: 06/25/2025) |
| 06/25/2025 | 103 | ORDER GRANTING EXTENSION OF TIME re 102 Garnishee COGENT BANK's Unopposed MOTION for Extension of Time. That the motion is GRANTED, and Cogent Bank has until July 2, 2025, to respond to Plaintiff's motion to set aside the order dissolving the Cleveland Clinic Foundation writ of garnishment. (Response to motion due by **7/2/2025**.) Signed by JUDGE T KENT WETHERELL II on 6/25/2025. (mb) (Entered: 06/25/2025) |
| 06/25/2025 | 104 | MEMORANDUM in Opposition re 93 MOTION Relief from the Court's May 23, 2025 Order Dissolving the Writ of Garnishment on $921,471.42 Held by Garnishee Cleveland Clinic re 77 Supplemental MOTION DIssolve Writ of Garnishment re 68 MOTION Dissolve Writ of Garnishm filed by AERY AVIATION LLC. (RODRIGUEZ, RACHEL) (Entered: 06/25/2025) |
| 06/26/2025 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 104 MEMORANDUM in Opposition re 93 MOTION Relief from the Court's May 23, 2025 Order Dissolving the Writ of Garnishment on $921,471.42 Held by Garnishee Cleveland Clinic re 77 Supplemental MOTION DIssolve Writ of Garnishment re 68 MOTION Dissolve Writ of Garnish. (mb) (Entered: 06/26/2025) |
| 06/30/2025 | 105 | RESPONSE in Opposition re 93 MOTION Relief from the Court's May 23, 2025 Order Dissolving the Writ of Garnishment on $921,471.42 Held by Garnishee Cleveland Clinic re 77 Supplemental MOTION DIssolve Writ of Garnishment re 68 MOTION Dissolve Writ of Garnishm filed by COGENT BANK. (KELLER, COURTNEY) (Entered: 06/30/2025) |
| 07/01/2025 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 105 RESPONSE in Opposition re 93 MOTION Relief from the Court's May 23, 2025 Order Dissolving the Writ of Garnishment on $921,471.42 Held by Garnishee Cleveland Clinic re 77 Supplemental MOTION DIssolve Writ of Garnishment re 68 MOTION Dissolve Writ of |

Garnishm (mb) (Entered: 07/01/2025)

07/01/2025    106    ORDER DENYING RECONSIDERATION re 93 MOTION Relief from the Court's May 23, 2025 Order Dissolving the Writ of Garnishment. Plaintiff's motion for relief from order dissolving writ of garnishment (Doc. 93 ) is DENIED. CCF may now renew its motion for attorney's fees, see Doc. 101 , but before it does so, it shall make a good faith effort to resolve the matter with Plaintiff in accordance with Local Rule 7.1(B). Signed by JUDGE T KENT WETHERELL II on 7/1/2025. (mb) (Entered: 07/01/2025)

07/15/2025    107    MOTION for Attorney Fees *Garnishee's Renewed Motion for Order of Entitlement and Award of Attorneys' Fees and Costs from Garnishor and Supporting Memorandum of Law* by CLEVELAND CLINIC FOUNDATION. (QUAM, DARRIN) (Entered: 07/15/2025)

07/15/2025           Set Deadlines re 107 MOTION for Attorney Fees (Internal deadline for referral to judge if response not filed earlier: **7/29/2025)**. (mb) (Entered: 07/15/2025)

07/17/2025    108    ACKNOWLEDGMENT OF SERVICE Executed as to 21 Writ of Garnishment Acknowledgment filed by Prudent Capital III, LP. (MEAD, GEORGE) (Entered: 07/17/2025)

07/29/2025    109    MEMORANDUM in Opposition re 107 MOTION for Attorney Fees *Garnishee's Renewed Motion for Order of Entitlement and Award of Attorneys' Fees and Costs from Garnishor and Supporting Memorandum of Law* filed by TALENTSCALE INC. (Attachments: # 1 Exhibit Declaration of Eric J. Pons) (PONS, ERIC) (Entered: 07/29/2025)

07/30/2025           ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE T KENT WETHERELL II notified that action is needed Re: 109 MEMORANDUM in Opposition re 107 MOTION for Attorney Fees Garnishee's Renewed Motion for Order of Entitlement and Award of Attorneys' Fees and Costs from Garnishor and Supporting Memorandum of Law. (mb) (Entered: 07/30/2025)

07/30/2025    110    ORDER DETERMINING ENTITLEMENT TO ATTORNEY'S FEES AND COSTS. CCF's motion to determine entitlement to attorney's fees and costs (Doc. 107 ) is GRANTED, and contingent on the order dissolving the writ of garnishment being affirmed on appeal (if an appeal is filed). The amount

of the attorney's fees and costs will be determined in accordance with Local Rules 54.1(E) (G). The deadline for CCF to file a motion to determine the amount of attorney's fees and costs under Local Rule 54.1(E) is extended to 30 days after the Eleventh Circuit's mandate or, if no appeal is filed, September 5, 2025. (Deadline to determine the amount of attorney's fees and costs due **9/5/2025**.) Signed by JUDGE T KENT WETHERELL II on 7/30/2025. (mb) (Entered: 07/30/2025)

| | | |
|---|---|---|
| 07/30/2025 | <u>111</u> | MOTION to Quash *SUBPOENA TO PRODUCE DOCUMENTS AND MEMORANDUM IN SUPPORT* by Prudent Capital III, LP. (Attachments: # <u>1</u> Exhibit Prudent Subpoena, # <u>2</u> Exhibit Prudent Affidavit with Exhibits) (MEAD, GEORGE) (Entered: 07/30/2025) |
| 07/31/2025 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MICHAEL J FRANK notified that action is needed Re: <u>111</u> MOTION to Quash *SUBPOENA TO PRODUCE DOCUMENTS AND MEMORANDUM IN SUPPORT*. Referred to MICHAEL J FRANK. (mb) (Entered: 07/31/2025) |
| 07/31/2025 | <u>112</u> | NOTICE OF APPEAL as to <u>106</u> Order,, |