March 10, 2022

Doug Martin
Senior Loan Officer
LMCU

Re: Relocation of Primary Residence to Florida

To Whom it May Concern:

I am purchasing land and building a house that will be completed mid-2023. My wife and I intend to relocate our residency to Florida at that time.

Because my primary business is located in Virginia and I currently live in Ohio, my distant relationship and telecommute regiment will not change. Further, my roles and responsibilities at my primary employer, Aery Aviation, as well as my other businesses are sales and general business development. These functions are done over the phone, email and video teleconferences. None of my business entities have bricks and mortar locations that require onsite presence.

I do not anticipate any negative change in my businesses or compensation as a result of my relocation to Florida. In fact, Florida residency will actually improve my net earnings due to no state income tax versus my current arrangement in Ohio.

Please do not hesitate to call me (404) 925-4432 if you have any questions.

Best regards,

Scott Beale