**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

Case No. 5:25-mc-00001-TKW-MJF

TALENTSCALE, INC.,

      Plaintiff / Judgment-Creditor,

v.

AERY AVIATION, LLC,

      Defendant / Judgment-Debtor.

_____/

## <u>WRIT OF GARNISHMENT</u>

THE STATE OF FLORIDA:
To Each Sheriff of the State
and the United States Marshal:

      **YOU ARE HEREBY COMMANDED** to summon garnishee the Cleveland Clinic, c/o CT Corporation System, 1200 South Pine Island Road, Plantation, Florida 33324 to serve an answer to this writ on:

      Kenneth E. Chase
      Chase Law & Associates, P.A.
      951 Yamato Road, Suite 280
      Boca Raton, FL 33431

within twenty (20) days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to the judgment debtor, Aery Aviation, LLC, at the time of the answer or was indebted

at the time of service of the writ, plus sufficient time not to exceed one (1) business day for the garnishee to act expeditiously on the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the judgment debtors, or any of them, the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to any of the judgment debtors, or who may be in possession or control of any of the property of the judgment debtors. The amount set forth in the judgment creditor's motion is **$1,142,467.20,** plus interest at the statutory rate since October 9, 2024.

Dated on ___December 23, 2025_____.



JESSICA J. LYUBLANOVITS, Clerk of Court

By: /s/ *Monica Broussard*_____
    Monica Broussard   Deputy Clerk