## <u>RETURN OF SERVICE</u>

### UNITED STATES DISTRICT COURT
### Northern District of Florida

Case Number: 5:25-MC-00001-TKW-MJF

Plaintiff:
**TALENTSCALE, INC.,**

vs.

Defendant:
**AERY AVIATION, LLC,**

For:
KENNETH E. CHASE, ESQ.
CHASE LAW & ASSOCIATES, P.A.
951 Yamato Road
Ste 280
Boca Raton, FL 33431



JGS2025198368

Received by COURTESY FLORIDA PROCESS SERVERS on the 23rd day of December, 2025 at 4:54 pm to be served on **Cleveland Clinic By serving CT Corporation Systems as it's statutory registered agent, 1200 S. Pine Island Road, Suite 250, Plantation, FL 33324**.

I, CARLOS PARDO, do hereby affirm that on the **24th day of December, 2025** at **10:57 am, I:**

**CORPORATE: served** by delivering a true copy of the **WRIT OF GARNISHMENT** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Registered Agent** at the address of: **1200 S. Pine Island Road, Suite 240, Plantation, FL 33324** on behalf of **Cleveland Clinic**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a sheriff appointed, SPECIAL PROCESS SERVER IN GOOD STANDING for the in the county in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525 ( 2 ).

**CARLOS PARDO**
SPS # 519

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-2205**

Our Job Serial Number: JGS-2025198368

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e