**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA**

Case No. 5:25-mc-00001-TKW-MJF

TALENTSCALE, INC.,

      Plaintiff / Judgment-Creditor,

v.

AERY AVIATION, LLC,

      Defendant / Judgment-Debtor.

_____/

**JUDGMENT CREDITOR TALENTSCALE, INC.'S
NOTICE OF INVOCATION OF RIGHT TO JURY TRIAL
AND REQUEST FOR JURY TRIAL UNDER FLA. STAT. § 77.16(1)
IN CONNECTION WITH ANY PAST, PRESENT, OR FUTURE
<u>MOTION TO DISSOLVE OR QUASH ANY WRIT OF GARNISHMENT</u>**

Judgment Creditor Talentscale, Inc. respectfully invokes its right to a jury trial pursuant to section 77.16(1), Florida Statutes, in connection with any past, present, or future motion to dissolve or quash any writ of garnishment in this action.

1.      Section 77.16(1), Florida Statutes, provides:

(1)   If any person other than defendant claims that the debt due by a garnishee is due to that person and not to defendant, or that the property in the hands or possession of any garnishee is that person's property and shall make an affidavit to the effect, the court shall impanel a jury to determine the right of property between the claimant and plaintiff unless a jury is waived.

2.      Talentscale expressly and affirmatively invokes its right to a jury trial under section 77.16(1) with respect to all past, current, or future motions to dissolve or quash any writs of garnishment under § 77.16(1).

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

*/s/ Kenneth E. Chase*
Kenneth E. Chase
Florida Bar No. 17661
kchase@chaselaw.com
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Telephone: (305) 402-9800

*Counsel for Plaintiff /*
*Judgment-Creditor Talentscale, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on December 24, 2025 which automatically sends notice to all counsel or parties of record.

By:    */s/ Kenneth E. Chase*
        Kenneth E. Chase

2