# EXHIBIT A

Gmail

**Justin Burch <justin@davislawplc.com>**

## Aery Fact Information Sheet

**Justin Burch** <justin.burch@davisba.com> Mon, Dec 22, 2025 at 2:55 PM
To: "Kenneth E. Chase" <kchase@chaselaw.com>
Cc: Erin McDaniel <erin.mcdaniel@davisba.com>, Rachel Rodriguez <rrodriguez@vireslaw.group>, Christopher Davis <chris.davis@davisba.com>, "Darren D. Sturges" <dsturges@chaselaw.com>

Ken:

Please see the attached. I note that despite my representation that this was out for signature, you have nevertheless filed a motion to show cause. Please withdraw the same.

Justin

**Justin R. Burch**
**DAVIS | BURCH | ABRAMS**
555 Belaire Avenue, Suite 340 | Chesapeake, Virginia | 23320
Office: (757) 410-2293 | Fax: (757) 257-8614
www.DavisBA.com
**This email message and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work-product or otherwise protected by applicable law. If you received this message in error, please notify the sender at 757-410-2293 and delete this message.**

On Fri, Dec 19, 2025 at 4:13 PM Justin Burch <justin.burch@davisba.com> wrote:

> Ken:
>
> There is no willful violation of a court order. I have submitted this to the client for signature and will forward it to your office as soon as I have it back.
>
> Justin
>
> **Justin R. Burch**
> **DAVIS | BURCH | ABRAMS**
> 555 Belaire Avenue, Suite 340 | Chesapeake, Virginia | 23320
> Office: (757) 410-2293 | Fax: (757) 257-8614
> www.DavisBA.com
> **This email message and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work-product or otherwise protected by applicable law. If you received this message in error, please notify the sender at 757-410-2293 and delete this message.**
>
> On Fri, Dec 19, 2025 at 10:59 AM Kenneth E. Chase <kchase@chaselaw.com> wrote:
>
>> Justin, Erin, Rachel, and Chris,
>>
>> Please consider this a final meet and confer on your client's willful violation of the court's orders. Please provide the Fact Information Sheet, inclusive of execution and a notary stamp for the signature page, by 5:00 pm today.
>>
>> Thank you.

**Kenneth E. Chase**

Chase Law & Associates, P.A.

t 305.402.9800

kchase@chaselaw.com

**Boca Raton Office**

951 Yamato Road, Suite 280

Boca Raton, FL 33431

FLORIDA I CALIFORNIA

WASHINGTON, DC I NEW YORK

MASSACHUSETTS I MARYLAND I TEXAS

www.chaselaw.com

CHASE LAW
& ASSOCIATES, P.A.

*This electronic communication contains information from the law firm of Chase Law & Associates, P.A. The contents and attachments may be privileged and confidential and are intended only for the named recipients. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you received this communication in error, please contact me. Thank you for your assistance.*

---

**From:** Justin Burch <justin.burch@davisba.com>
**Sent:** Wednesday, December 17, 2025 1:52 PM
**To:** Kenneth E. Chase <kchase@chaselaw.com>
**Cc:** Erin McDaniel <erin.mcdaniel@davisba.com>; Rachel Rodriguez <rrodriguez@vireslaw.group>; Christopher Davis <chris.davis@davisba.com>; Darren D. Sturges <dsturges@chaselaw.com>
**Subject:** Re: Aery Fact Information Sheet

Ken:

Thanks for bringing this to my attention. I'll have a verification page over to you ASAP.

Justin

This email was transcribed via mobile device. Please forgive any typos.

On Wed, Dec 17, 2025 at 1:21 PM Kenneth E. Chase <kchase@chaselaw.com> wrote:

***Meet and Confer on Motion for Contempt***

Justin,

Per the Court's orders and Fla. R. Civ. P. 1.560(b) and (c), the judgment debtor is required to "*complete* and provide to Talentscale Florida Form 1.977—Fact Information Sheet for Corporations or Other Business Entities." ECF No. 142 at 15; ECF No. 149 at 3 (emphasis added).

Form 1.977 contains a signature page whereby the signatory signs under oath and that signature and oath must be acknowledged before a notary.

The Fact Information Sheet that you provided is unsigned, unsworn, and lacking a notary stamp.

To avoid a motion for contempt, please have your client complete the Fact Information Sheet, inclusive of execution and a notary stamp for the signature page.

Thank you.

*INCOMPLETE FORM 1.977 – UNSIGNED AND UNSWORN SIGNATURE PAGE*

Judgment Debtor's Designated
Representative/Title

STATE OF FLORIDA

COUNTY OF ______________________________________________

The foregoing instrument was acknowledged before me this ______ day of ________,(year), by

______________________,

who is personally known to me or has produced ________________ as identification and who

_____________ (did/did not) take an oath.

Witness my hand and official seal, this _________ day of ________ (year).

Notary Public State of Florida
My Commission expires: ________________________________

THIS JUDGMENT DEBTOR SHALL FILE WITH THE CLERK OF THE COURT A NOTICE OF COMPLIANCE AFTER THE ORIGINAL FACT INFORMATION SHEET, TOGETHER WITH ALL ATTACHMENTS, HAS BEEN DELIVERED TO THE JUDGMENT CREDITOR'S ATTORNEY, OR TO THE JUDGMENT CREDITOR IF THE JUDGMENT CREDITOR IS NOT REPRESENTED BY AN ATTORNEY.

Type of identification produced ______________________________________________

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS, TO THE PLAINTIFF JUDGMENT CREDITOR OR THE PLAINTIFF'S JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF THE COURT.**

**Kenneth E. Chase**

Chase Law & Associates, P.A.

t 305.402.9800

kchase@chaselaw.com

**Boca Raton Office**

951 Yamato Road, Suite 280

Boca Raton, FL 33431

FLORIDA I CALIFORNIA

WASHINGTON, DC I NEW YORK

MASSACHUSETTS I MARYLAND I TEXAS

www.chaselaw.com

CHASE LAW
& ASSOCIATES, P.A.

*This electronic communication contains information from the law firm of Chase Law & Associates, P.A. The contents and attachments may be privileged and confidential and are intended only for the named recipients. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you received this communication in error, please contact me. Thank you for your assistance.*

---

**From:** Justin Burch <justin.burch@davisba.com>
**Sent:** Wednesday, December 3, 2025 5:20 PM
**To:** Kenneth E. Chase <kchase@chaselaw.com>
**Cc:** Erin McDaniel <erin.mcdaniel@davisba.com>; Rachel Rodriguez <rrodriguez@vireslaw.group>; Christopher Davis <chris.davis@davisba.com>
**Subject:** Aery Fact Information Sheet

Ken:

Please follow the link for the fact information sheet and the supporting documents. You should have also received an email regarding the same.

https://www.dropbox.com/scl/fo/51throkowillrpc2eciyc/ANRyVvJV0scZ2Tqpv2Hd0Y8?rlkey=udls0iplk7e3ylmj0ywxi6x4o&st=volvznfo&dl=0

Thanks,

Justin

**Justin R. Burch**

**DAVIS | BURCH | ABRAMS**

555 Belaire Avenue, Suite 340 | Chesapeake, Virginia | 23320

Office: (757) 410-2293 | Fax: (757) 257-8614

www.DavisBA.com
**This email message and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work-product or otherwise protected by applicable law. If you received this message in error, please notify the sender at 757-410-2293 and delete this message.**

---

**Fact-Information-Sheet-1.977-Business-Completed - signed.pdf**
549K

# EXHIBIT B

1. State & Federal Income Taxes
2. Bank Statements
3. Cancelled Checks (included in Bank Statements)
4. Deed & Leases
5. Bills of Sale
6. Motor Vehicle Docs
7. Financial Statements
8. Meeting Minutes (n.a)
9. Partner Resolutions

Fact-Information-Sheet-1.977-Business-Completed.pdf

# EXHIBIT C

THE 15TH JUDICIAL CIRCUIT OF FLORIDA

# FACT INFORMATION SHEET

## Form 1.977

Form 1.977(b)

Form for fact sheet required to be filed by **corporations and other business entities** judgment debtor after entry of judgment
(Fla. R. Civ. P. Form 1.977(b))

**Fact Information Sheet.** In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete **form 1.977**, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court. Failure to obey the order may be considered contempt of court.

Attached is the fact information sheet, form 1.977, per rule 1.560 of the Florida Rules of Civil Procedure with Forms.

***Note that the form 1.977, along with all attachments, is to be returned to the creditor's attorney***, or to the judgment creditor if the judgment creditor is not represented by an attorney.

*After form 1.977 and all attachments have been delivered, a notice of compliance (the last page of this packet) is to be filed with the clerk of court.*

For more information, see Florida Rules of Civil Procedure, Rule 1.560.

FACT INFORMATION SHEET

**For Corporations and Other Business Entities.**

Name of entity: Aery Aviation, LLC

Name and title of person filling out this form: Sean Boyd

Telephone number: 757-271-1600

Place of business: 1009 Providence Blvd, Newport News, VA 23602

Mailing address (if different):

Gross/taxable income reported for federal income tax purposes last three years:

| 2024 | 2023 | 2022 |
|---|---|---|
| $ 31,326,859 / -8,893,490 | $ 34,697,172 / 3,621,151 | $ 85,081,443 / 775,174 |

Taxpayer identification number: 81-4838597

Is this entity an S corporation for federal income tax purposes? (●) Yes ( ) No

Average number of employees per month 95

Name of each shareholder, member, or partner owning 5% or more of the entity's common stock, preferred stock, or other equity interest:

Names of officers, directors, members, or partners: Scott Beale, Leslie S. Walton, Joshua Walton, Robert C. Dynan

Checking account at: Cogent Bank Account # 4500000213

Savings account at: Account #

Does the entity own any vehicles? ◯ Yes ◯ No

For each vehicle please state: SEE ATTACHED SUPPLEMENT NEXT PAGE

Year/Make/Model: __________ Color: ..........

Vehicle ID No: ____________________ Tag No: ______________ Mileage: ____________________

Names on Title: __________ Present Value: $ ..........

Loan Owed to: ..........

Balance on Loan: $ ..........

Monthly Payment: $ ..........

Does the entity own any real property? ◯ Yes ◉ No

For Real Estate (land) you own are are buying:

If yes, please state the address(es): N/A

Please check if the entity owns the following: ..........

☐ Boat

☐ Camper

☐ Stocks/bonds

☐ Other real property

☑ Other personal property

| Year/Make/ Model/Color | VIN | Name on Title | Present Value | Lienholder | Loan Balance/Monthly payment |
|---|---|---|---|---|---|
| 1988 HUDSON TRL | 10HHSE167J1000611 | AERY AVIATION | | N/A | N/A |
| 2018 RAM 2500 GRY | 3C6UR5DL3JG141223 | AERY AVIATION | | N/A | N/A |
| 2018 GMC YUKON BLK | 1GKS2GKCXJR155918 | AERY AVIATION | | N/A | N/A |
| 2019 DCR CARGO TRL | 53NBE2429K1074357 | AERY AVIATION | | N/A | N/A |
| 2021 CHV TAHOE WHT | 1GNSKTKLXMR122014 | AERY AVIATION | | GM FINANCIAL | $19,604.80 / $1,141.42 |

Please attach copies of the following:

1. Copies of state and federal income tax returns for the past 3 years.

Provided

2. All bank, savings and loan, and other account books and statements for accounts in institutions in which the entity had any legal or equitable interest for the past 3 years.

Provided

3. All canceled checks for the 12 months immediately preceding the service date of this Fact Information Sheet for accounts in which the entity held any legal or equitable interest.

All Cancelled Checks are included in the attached bank statements.

4. All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time within the 12 months immediately preceding the date this lawsuit was filed.

Provided

5. Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the entity within the 12 months immediately preceding the date this lawsuit was filed.

Provided

6. Motor vehicle or vessel documents, including titles and registrations relating to any motor vehicles or vessels owned by the entity alone or with others.

Provided

7. Financial statements as to the entity's assets, liabilities, and owner's equity prepared within the 12 months immediately preceding the service date of this Fact Information Sheet.

Provided

8. Minutes of all meetings of the entity's members, partners, shareholders, or board of directors held within 2 years of the service date of this Fact Information Sheet.

None

9. Resolutions of the entity's members, partners, shareholders, or board of directors passed within 2 years of the service date of this Fact Information Sheet.

Provided

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

..................................................................................................................................................................

Judgment Debtor's Designated
Representative/Title

STATE OF FLORIDA

COUNTY OF ______________________________________________________

The foregoing instrument was acknowledged before me this ______ day of ________,(year), by

________________________,

who is personally known to me or has produced _________________ as identification and who

______________ (did/did not) take an oath.

Witness my hand and official seal, this _________ day of ________ (year).

..................................................................................................................................................................

Notary Public State of Florida
My Commission expires: ____________________________________

THIS JUDGMENT DEBTOR SHALL FILE WITH THE CLERK OF THE COURT A NOTICE OF COMPLIANCE AFTER THE ORIGINAL FACT INFORMATION SHEET, TOGETHER WITH ALL ATTACHMENTS, HAS BEEN DELIVERED TO THE JUDGMENT CREDITOR'S ATTORNEY, OR TO THE JUDGMENT CREDITOR IF THE JUDGMENT CREDITOR IS NOT REPRESENTED BY AN ATTORNEY.

Type of identification produced ..............................................................................................

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS, TO THE PLAINTIFF JUDGMENT CREDITOR OR THE PLAINTIFF'S JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF THE COURT.**

**NOTICE OF SERVICE FACT INFORMATION SHEET**

IN THE CIRCUIT COURT OF THE _______ JUDICIAL CIRCUIT,

IN AND FOR _____________________ COUNTY, FLORIDA

Case No.: ________________

______________________________
Petitioner

And

______________________________
Respondent

Notice is hereby given that the undersigned judgment debtor has completed the fact information sheet required by Rule 1.560, Florida Rules of Civil Procedure, and has served on or delivered the same to ____________, the judgment creditor or his attorney, at ______________________________________ (address) by hand delivery or regular U.S. mail, postage prepaid this _______________________ (date).

______________________________
Judgment Debtor

______________________________
Address

______________________________
Phone

# EXHIBIT D

THE 15TH JUDICIAL CIRCUIT OF FLORIDA

# FACT INFORMATION SHEET

## Form 1.977

Form 1.977(b)

Form for fact sheet required to be filed by **corporations and other business entities** judgment debtor after entry of judgment
(Fla. R. Civ. P. Form 1.977(b))

**Fact Information Sheet.** In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete **form 1.977**, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court. Failure to obey the order may be considered contempt of court.

Attached is the fact information sheet, form 1.977, per rule 1.560 of the Florida Rules of Civil Procedure with Forms.

***Note that the form 1.977, along with all attachments, is to be returned to the creditor's attorney***, or to the judgment creditor if the judgment creditor is not represented by an attorney.

*After form 1.977 and all attachments have been delivered, a notice of compliance (the last page of this packet) is to be filed with the clerk of court.*

For more information, see Florida Rules of Civil Procedure, Rule 1.560.

FACT INFORMATION SHEET

**For Corporations and Other Business Entities.**

Name of entity: Aery Aviation, LLC

Name and title of person filling out this form: Sean Boyd

Telephone number: 757-271-1600

Place of business: 1009 Providence Blvd, Newport News, VA 23602

Mailing address (if different):

Gross/taxable income reported for federal income tax purposes last three years:

| 2024 | 2023 | 2022 |
|---|---|---|
| $ 31,326,859 / -8,893,490 | $ 34,697,172 / 3,621,151 | $ 85,081,443 / 775,174 |

Taxpayer identification number: 81-4838597

Is this entity an S corporation for federal income tax purposes? (●) Yes ( ) No

Average number of employees per month 95

Name of each shareholder, member, or partner owning 5% or more of the entity's common stock, preferred stock, or other equity interest:

Names of officers, directors, members, or partners: Scott Beale, Leslie S. Walton, Joshua Walton, Robert C. Dynan

Checking account at: Cogent Bank Account # 4500000213

Savings account at: Account #

Does the entity own any vehicles? ◯ Yes ◯ No

For each vehicle please state: SEE ATTACHED SUPPLEMENT NEXT PAGE

Year/Make/Model: __________ Color:

Vehicle ID No: ____________________ Tag No: ______________ Mileage: ____________________

Names on Title: __________ Present Value: $

Loan Owed to:

Balance on Loan: $

Monthly Payment: $

Does the entity own any real property? ◯ Yes ◉ No

For Real Estate (land) you own are are buying:

If yes, please state the address(es): N/A

Please check if the entity owns the following:

☐ Boat

☐ Camper

☐ Stocks/bonds

☐ Other real property

☑ Other personal property

| Year/Make/ Model/Color | VIN | Name on Title | Present Value | Lienholder | Loan Balance/Monthly payment |
|---|---|---|---|---|---|
| 1988 HUDSON TRL | 10HHSE167J1000611 | AERY AVIATION | | N/A | N/A |
| 2018 RAM 2500 GRY | 3C6UR5DL3JG141223 | AERY AVIATION | | N/A | N/A |
| 2018 GMC YUKON BLK | 1GKS2GKCXJR155918 | AERY AVIATION | | N/A | N/A |
| 2019 DCR CARGO TRL | 53NBE2429K1074357 | AERY AVIATION | | N/A | N/A |
| 2021 CHV TAHOE WHT | 1GNSKTKLXMR122014 | AERY AVIATION | | GM FINANCIAL | $19,604.80 / $1,141.42 |

Please attach copies of the following:

1. Copies of state and federal income tax returns for the past 3 years.

Provided

2. All bank, savings and loan, and other account books and statements for accounts in institutions in which the entity had any legal or equitable interest for the past 3 years.

Provided

3. All canceled checks for the 12 months immediately preceding the service date of this Fact Information Sheet for accounts in which the entity held any legal or equitable interest.

All Cancelled Checks are included in the attached bank statements.

4. All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time within the 12 months immediately preceding the date this lawsuit was filed.

Provided

5. Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the entity within the 12 months immediately preceding the date this lawsuit was filed.

Provided

6. Motor vehicle or vessel documents, including titles and registrations relating to any motor vehicles or vessels owned by the entity alone or with others.

Provided

7. Financial statements as to the entity's assets, liabilities, and owner's equity prepared within the 12 months immediately preceding the service date of this Fact Information Sheet.

Provided

8. Minutes of all meetings of the entity's members, partners, shareholders, or board of directors held within 2 years of the service date of this Fact Information Sheet.

None

9. Resolutions of the entity's members, partners, shareholders, or board of directors passed within 2 years of the service date of this Fact Information Sheet.

Provided

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| TALENTSCALE, INC. | ) | |
| | ) | |
| Judgment Creditor, | ) | |
| | ) | Case No. 5:25-mc-00001TKW |
| v. | ) | |
| | ) | |
| AERY AVIATION, LLC | ) | |
| | ) | |
| Judgment Debtor | ) | |
| | ) | |

**DECLARATION OF SEAN BOYD**

Pursuant to 28 U.S.C. § 1746, I, Sean Boyd, declare under penalty of perjury under the laws of the United States of America that the facts provided in the forgoing answers to the Fact Information Sheet are true and correct.

Executed on: December 19, 2025

Sean Boyd

# Fact-Information-Sheet-1.977-Business-Completed

Final Audit Report 2025-12-22

| | |
|---|---|
| Created: | 2025-12-19 |
| By: | Gabi Glass (gglass@davislawplc.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAH2P2JMJfSV4tYhD7INfB5SPXiFd5xwy5 |

## "Fact-Information-Sheet-1.977-Business-Completed" History

Document created by Gabi Glass (gglass@davislawplc.com)
2025-12-19 - 8:20:02 PM GMT

Document emailed to Sean Boyd (sean.boyd@aeryaviation.com) for signature
2025-12-19 - 8:20:47 PM GMT

Email viewed by Sean Boyd (sean.boyd@aeryaviation.com)
2025-12-19 - 8:21:27 PM GMT

Document e-signed by Sean Boyd (sean.boyd@aeryaviation.com)
Signature Date: 2025-12-22 - 5:55:05 PM GMT - Time Source: server

Agreement completed.
2025-12-22 - 5:55:05 PM GMT

# EXHIBIT E

THE 15TH JUDICIAL CIRCUIT OF FLORIDA

# FACT INFORMATION SHEET

## Form 1.977

Form 1.977(b)

Form for fact sheet required to be filed by **corporations and other business entities** judgment debtor after entry of judgment
(Fla. R. Civ. P. Form 1.977(b))

**Fact Information Sheet.** In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete **form 1.977**, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court. Failure to obey the order may be considered contempt of court.

Attached is the fact information sheet, form 1.977, per rule 1.560 of the Florida Rules of Civil Procedure with Forms.

***Note that the form 1.977, along with all attachments, is to be returned to the creditor's attorney***, or to the judgment creditor if the judgment creditor is not represented by an attorney.

*After form 1.977 and all attachments have been delivered, a notice of compliance (the last page of this packet) is to be filed with the clerk of court.*

For more information, see Florida Rules of Civil Procedure, Rule 1.560.

FACT INFORMATION SHEET

**For Corporations and Other Business Entities.**

Name of entity: Aery Aviation, LLC

Name and title of person filling out this form: Sean Boyd

Telephone number: 757-271-1600

Place of business: 1009 Providence Blvd, Newport News, VA 23602

Mailing address (if different):

Gross/taxable income reported for federal income tax purposes last three years:

| 2024 | 2023 | 2022 |
|---|---|---|
| $ 31,326,859 / -8,893,490 | $ 34,697,172 / 3,621,151 | $ 85,081,443 / 775,174 |

Taxpayer identification number: 81-4838597

Is this entity an S corporation for federal income tax purposes? (●) Yes ( ) No

Average number of employees per month 95

Name of each shareholder, member, or partner owning 5% or more of the entity's common stock, preferred stock, or other equity interest:

Names of officers, directors, members, or partners: Scott Beale, Leslie S. Walton, Joshua Walton, Robert C. Dynan

Checking account at: Cogent Bank Account # 4500000213

Savings account at: Account #

Does the entity own any vehicles? ○ Yes ○ No

For each vehicle please state: SEE ATTACHED SUPPLEMENT NEXT PAGE

Year/Make/Model: ________ Color: ........

Vehicle ID No: ________ Tag No: ________ Mileage: ________

Names on Title: ________ Present Value: $ ........

Loan Owed to: ........

Balance on Loan: $ ........

Monthly Payment: $ ........

Does the entity own any real property? ○ Yes ◉ No

For Real Estate (land) you own are are buying:

If yes, please state the address(es): N/A

Please check if the entity owns the following: ........

☐ Boat

☐ Camper

☐ Stocks/bonds

☐ Other real property

☑ Other personal property

| Year/Make/ Model/Color | VIN | Name on Title | Present Value | Lienholder | Loan Balance/Monthly payment |
|---|---|---|---|---|---|
| 1988 HUDSON TRL | 10HHSE167J1000611 | AERY AVIATION | | N/A | N/A |
| 2018 RAM 2500 GRY | 3C6UR5DL3JG141223 | AERY AVIATION | | N/A | N/A |
| 2018 GMC YUKON BLK | 1GKS2GKCXJR155918 | AERY AVIATION | | N/A | N/A |
| 2019 DCR CARGO TRL | 53NBE2429K1074357 | AERY AVIATION | | N/A | N/A |
| 2021 CHV TAHOE WHT | 1GNSKTKLXMR122014 | AERY AVIATION | | GM FINANCIAL | $19,604.80 / $1,141.42 |

Please attach copies of the following:

1. Copies of state and federal income tax returns for the past 3 years.

Provided

2. All bank, savings and loan, and other account books and statements for accounts in institutions in which the entity had any legal or equitable interest for the past 3 years.

Provided

3. All canceled checks for the 12 months immediately preceding the service date of this Fact Information Sheet for accounts in which the entity held any legal or equitable interest.

All Cancelled Checks are included in the attached bank statements.

4. All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time within the 12 months immediately preceding the date this lawsuit was filed.

Provided

5. Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the entity within the 12 months immediately preceding the date this lawsuit was filed.

Provided

6. Motor vehicle or vessel documents, including titles and registrations relating to any motor vehicles or vessels owned by the entity alone or with others.

Provided

7. Financial statements as to the entity's assets, liabilities, and owner's equity prepared within the 12 months immediately preceding the service date of this Fact Information Sheet.

Provided

8. Minutes of all meetings of the entity's members, partners, shareholders, or board of directors held within 2 years of the service date of this Fact Information Sheet.

None

9. Resolutions of the entity's members, partners, shareholders, or board of directors passed within 2 years of the service date of this Fact Information Sheet.

Provided

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

[signature] - CHIEF FINANCIAL OFFICER

Judgment Debtor's Designated Representative/Title

STATE OF ~~FLORIDA~~ Virginia

~~COUNTY~~ City OF Newport News

The foregoing instrument was acknowledged before me this 29th day of December, 2025 (year), by Sean C. Boyd,

who is personally known to me or has produced Virginia Driver's License as identification and who did (did/did not) take an oath.

Witness my hand and official seal, this 29th day of December 2025 (year).

[signature]

Notary Public State of ~~Florida~~ Virginia
My Commission expires: 5/31/2028

THIS JUDGMENT DEBTOR SHALL FILE WITH THE CLERK OF THE COURT A NOTICE OF COMPLIANCE AFTER THE ORIGINAL FACT INFORMATION SHEET, TOGETHER WITH ALL ATTACHMENTS, HAS BEEN DELIVERED TO THE JUDGMENT CREDITOR'S ATTORNEY, OR TO THE JUDGMENT CREDITOR IF THE JUDGMENT CREDITOR IS NOT REPRESENTED BY AN ATTORNEY.

Type of identification produced Virginia Driver's License

**YOU MUST MAIL OR DELIVER THIS COMPLETED FORM, WITH ALL ATTACHMENTS, TO THE PLAINTIFF JUDGMENT CREDITOR OR THE PLAINTIFF'S JUDGMENT CREDITOR'S ATTORNEY, BUT DO NOT FILE THIS FORM WITH THE CLERK OF THE COURT.**

ASHTON MORRIS-MANN
NOTARY PUBLIC
REG. # 00277879
MY COMMISSION EXPIRES May 31, 2028
COMMONWEALTH OF VIRGINIA

**NOTICE OF SERVICE OF FACT INFORMATION SHEET**

Notice is hereby given that the judgment debtor has completed the fact information sheet required by Rule 1.560, Florida Rules of Civil Procedure, and has served on or delivered the same to the judgment creditor's attorney, Kenneth Chase, Esquire, via email noted below, on December 3, 2025 (unsigned), December 22, 2025, and December 30, 2025.

Kenneth Chase
Chase Law & Associates, P.A.
1141 71st Street
Miami, FL 33141
kchase@chaselaw.com

_/s/ *Justin R. Burch, Esquire*______
Counsel for Aery Aviation, LLC