UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

TALENTSCALE, INC.,

       Plaintiff/Judgment Creditor,

vs.                                                                  Civil Action No. 5:25-mc-00001

AERY AVIATION, LLC,

       Defendant/Judgment Debtor,

and

CLEVELAND CLINIC FOUNDATION,

       Garnishee.

_____/

**CLEVELAND CLINIC FOUNDATION'S ANSWER TO
WRIT OF GARNISHMENT ISSUED DECEMBER 23, 2025**

The Garnishee, Cleveland Clinic Foundation, by and through its undersigned attorneys, files this Answer to the Writ of Garnishment dated December 23, 2025, served in this case (Doc. 168), and states as follows:

1.     The Garnishee, Cleveland Clinic Foundation, is indebted to the Defendant, Aery Aviation, LLC, for services rendered in the amount of $11,897.00 for invoice numbers 5249 and 5250.

2.     The Garnishee, Cleveland Clinic Foundation, may also be indebted to the Defendant, Aery Aviation, LLC, for services rendered in the approximate amount of $34,552.44 for invoice numbers 5272 and 5273.  Aery Aviation, LLC has

submitted those invoices to Cleveland Clinic Foundation, but the Garnishee has not yet reviewed/validated the accuracy of such invoices.

3. The Garnishee shall hold the final, validated sums set forth above until the Court issues its order directing the Garnishee to disburse such sums.

4. Please note that Aery Aviation, LLC apparently has performed additional services for the Garnishee, for which Aery Aviation, LLC likely will request payment, but at this time the Garnishee is not in possession of any invoice for such services.

5. The Garnishee is not aware of any other individual or entity indebted to the Defendant.

6. The Garnishee has not had and does not have any other tangible or intangible personal property of Aery Aviation, LLC, property of Aery Aviation, LLC, or property to which Aery Aviation, LLC has a claim in its possession or control at any time referenced in the Writ.

7. The Garnishee was required to retain the service of undersigned counsel to respond to the Writ and is obligated to pay the undersigned counsel for the reasonable attorneys' fees and costs incurred.  Pursuant to Section 77.28, Florida Statutes, the Garnishee requests payment of the costs and expenses, including reasonable attorneys' fees, it has or will incur in responding to and otherwise complying with the Writ.

2

WHEREFORE, Garnishee Cleveland Clinic Foundation, having fully answered the Writ, hereby respectfully requests:

(1) an order of discharge, discharging and releasing The Cleveland Clinic Foundation of any and all liability under the Writ;

(2) an award of its costs and attorneys' fees in complying with the Writ and Order thereon pursuant to § 77.28, Florida Statutes, and applicable law;

(3) an order directing the Clerk of the Court to disburse the statutory garnishment deposit from the Court Registry to The Cleveland Clinic Foundation, as partial payment of its attorneys' fees and costs associated with responding to the Writ and complying with any order of this Court; and

(4) such other and further relief to The Cleveland Clinic Foundation as may be just and proper.

Respectfully submitted,

*/s/Darrin J. Quam*
DARRIN J. QUAM, ESQUIRE
Florida Bar No. 995551
STEARNS WEAVER MILLER WEISSLER
  ALHADEFF & SITTERSON, P.A.
401 East Jackson Street, Suite 2100 (33602)
Post Office Box 3299
Tampa, Florida 33601
Primary: dquam@stearnsweaver.com
Second: mbumoskey@stearnsweaver.com
Tel: (813) 223-4800/Fax: (813) 222-5089
Attorneys for Garnishee Cleveland Clinic
Foundation

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2026, I filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


*/s/Darrin J. Quam*
DARRIN J. QUAM, ESQUIRE
Florida Bar No. 995551

14371470v2