**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

Case No. 5:25-mc-00001-TKW-MJF

TALENTSCALE, INC.,

      Plaintiff / Judgment-Creditor,

v.

AERY AVIATION, LLC,

      Defendant / Judgment-Debtor.

_____/

**JUDGMENT CREDITOR TALENTSCALE, INC.'S NOTICE**
**OF INVOCATION OF RIGHT TO JURY TRIAL AND EXPRESS**
**REQUEST FOR JURY TRIAL UNDER FLA. STAT. § 77.16(1)**
**RELATIVE TO GARNISHEE PRUDENT CAPITAL III, LP'S**
**MOTION TO DISSOLVE OR QUASH WRIT OF GARNISHMENT**

Judgment Creditor Talentscale, Inc. respectfully invokes its right to a jury trial

pursuant to Fla. Stat. § 77.16(1) and expressly requests a jury trial to adjudicate the

Motion to Dissolve or Quash Writ of Garnishment filed by Prudent Capital III, LP

on January 12, 2026 [D.E. 184].

1.      Section 77.16(1), Florida Statutes, provides:

(1)   If any person other than defendant claims that the debt due by a
garnishee is due to that person and not to defendant, or that the property
in the hands or possession of any garnishee is that person's property
and shall make an affidavit to the effect, the court shall impanel a jury
to determine the right of property between the claimant and plaintiff
unless a jury is waived.

2.      Talentscale expressly and affirmatively requests a jury trial on this motion [D.E. 184] and Talentscale also expressly and affirmatively invokes its right to a jury trial under section 77.16(1) with respect to all past, current, or future motions to dissolve or quash any writs of garnishment under § 77.16(1).

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

*/s/ Kenneth E. Chase*
Kenneth E. Chase
Florida Bar No. 17661
kchase@chaselaw.com
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Telephone: (305) 402-9800

*Counsel for Plaintiff /*
*Judgment-Creditor Talentscale, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on January 12, 2026 which automatically sends notice to all counsel or parties of record.

By:   */s/ Kenneth E. Chase*
      Kenneth E. Chase

2