# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

Case No. 5:25-mc-00001-TKW-MJF

TALENTSCALE, INC.,

     Plaintiff / Judgment-Creditor,

v.

AERY AVIATION, LLC,

     Defendant / Judgment-Debtor.

and

CLEVELAND CLINIC FOUNDATION,

     Garnishee.

_____/

## PLAINTIFF TALENTSCALE, INC.'S MOTION FOR FINAL JUDGMENT OF GARNISHMENT AGAINST GARNISHEE CLEVELAND CLINIC WITH REQUEST FOR UPDATED ACCOUNTING BY GARNISHEE

Plaintiff / Judgment-Creditor Talentscale, Inc. ("Talentscale") respectfully files this Motion for Final Judgment of Garnishment against Garnishee, Cleveland Clinic Foundation ("Cleveland Clinic"), with a Request for an Updated Accounting from the Garnishee. Talentscale states as follows:

1. On October 9, 2024, a Final Judgment was entered in favor of Talentscale and against Defendant / Judgment-Debtor Aery Aviation, LLC ("Aery") in the principal amount of $1,142,467.20, and the Final Judgment was registered in this Court on January 13, 2025. ECF No. 1.

2. Aery still has made no payments on the Final Judgment, despite numerous requests for payment.

3. On December 23, 2025, a Writ of Garnishment was issued, and the Writ of Garnishment was served upon the Garnishee Cleveland Clinic on December 24, 2025. ECF Nos. 168, 172.

4. On January 9, 2026, Cleveland Clinic served an Answer to the Writ of Garnishment. ECF No. 183.

5. In its Answer, Cleveland Clinic stated as follows:

1. The Garnishee, Cleveland Clinic Foundation, is indebted to the Defendant, Aery Aviation, LLC, for services rendered in the amount of $11,897.00 for invoice numbers 5249 and 5250.

2. The Garnishee, Cleveland Clinic Foundation, may also be indebted to the Defendant, Aery Aviation, LLC, for services rendered in the approximate amount of $34,552.44 for invoice numbers 5272 and 5273. Aery Aviation, LLC has submitted those invoices to Cleveland Clinic Foundation, but the Garnishee has not yet reviewed/validated the accuracy of such invoices.

3. The Garnishee shall hold the final, validated sums set forth above until the Court issues its order directing the Garnishee to disburse such sums.

4. Please note that Aery Aviation, LLC apparently has performed additional services for the Garnishee, for which Aery Aviation, LLC likely will request payment, but at this time the Garnishee is not in possession of any invoice for such services.

ECF No. 183, ¶¶ 1-4.

2

6. Cleveland Clinic appears to be indebted to Aery in the amount of at least $46,449.44, which is calculated as $11,897.00 for invoice numbers 5249 and 5250 plus $34,552.44 for invoice numbers 5272 and 5273.

7. Garnishee stated that "Aery Aviation, LLC apparently has performed additional services for the Garnishee, for which Aery Aviation, LLC likely will request payment, but at this time the Garnishee is not in possession of any invoice for such services." ECF No. 183, ¶ 4.

8. Talentscale is informed and believes that, in the ordinary course of its ongoing relationship with Cleveland Clinic, Aery regularly submits invoices to Cleveland Clinic. Additional invoices likely have been submitted by Aery to Cleveland Clinic since January 9, 2026, unless they were withheld.

9. Given the substantial historical payment volumes, discussed below as averaging $712,743 per month, and the relatively small amount reflected in Cleveland Clinic's Answer, $46,449 at just 7% of the monthly volume, Talentscale is concerned that the timing or submission of invoices may be affecting the completeness of the Garnishee's disclosure.

10. Moreover, the $46,449 reported pursuant to the instant garnishment is only 5% of the $921,471.42 reflected in Cleveland Clinic's prior amended answer to the previous writ of garnishment, as Cleveland Clinic first reported $126,434.97 and then amended its answer to $921,471.42. ECF Nos. 59, 73.

11.    When Cleveland Clinic served its last answer to Talentscale's Writ of Garnishment, it listed 78 invoices. ECF No. 73.

12.    This time, Cleveland Clinic referenced only four invoices, numbered 5249 and 5250 and 5272 and 5273, and those four invoices feature a large gap between the numbers 5249/5250 and 5272/5273. ECF No. 183.

13.    The large numerical gap between the invoices referenced in the current Answer suggests that additional invoices were either issued or work was performed for which invoices ordinarily would be issued.

14.    Aery's Rule 30(b)(6) witness testified that Aery receives between $500,000 and $800,000 or $900,000 per month from Cleveland Clinic.

> Q.  Okay. So the answer is yes. What's the
> average monthly income received from Cleveland Clinic?
>
> **A. It fluctuates, an average over what period of
> time, but anywhere from $500,000 to $800,000, $900,000.**

Deposition of Sean Boyd, at 187:19-22 (Oct. 6, 2025).

15.    Aery's bank records corroborate this, showing an average of $712,743 in income per month between June and August 2025.

16.    It has now been over a month since the Writ of Garnishment was served on Cleveland Clinic on December 24, 2025.

17.    Based on historical trends, Cleveland Clinic typically pays Aery, on average, $712,743 per month. Therefore, the $46,449.44 figure reflected in

4

Cleveland Clinic's Answer appears inconsistent with that historical pattern and may not represent the total indebtedness.

18. Cleveland Clinic attested that it is indebted to Aery, not Cogent, Prudent, or any other party other than the judgment debtor.

19. No parties have filed a motion to dissolve the Cleveland Clinic Writ of Garnishment. Talentscale is therefore entitled to entry of a Final Judgment of Garnishment against Garnishee, Cleveland Clinic.

20. Talentscale respectfully requests Final Judgment in the amount of the sums Cleveland Clinic has admitted and validated as owed to Aery, presently $46,449.44 (or such other higher amount as Cleveland Clinic confirms in its updated accounting), not to exceed the remaining unpaid amount of Talentscale's Final Judgment.

21. Talentscale also respectfully requests an order directing that Cleveland Clinic (1) provide a sworn updated accounting/answer identifying all debts due to Aery as of a date certain, including any validated amounts on invoices 5272 and 5273 and any other invoices or approved work, and (2) continue to hold such amounts pending further order by the Court.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

*/s/ Kenneth E. Chase*
Kenneth E. Chase
Florida Bar No. 17661
kchase@chaselaw.com
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Telephone: (305) 402-9800

*Counsel for Plaintiff /*
*Judgment-Creditor Talentscale, Inc.*


## CERTIFICATE OF LOCAL RULE 7.1(B) CONFERENCE

Pursuant to Local Rule 7.1(B), I hereby certify that the undersigned counsel emailed Cleveland Clinic's counsel on January 26, 2026 and called his office on January 26, 2026 to meet and confer. Cleveland Clinic's counsel did not return the call, but he replied by email on January 26, 2026 stating that "Cleveland Clinic is not going to object to judgement for $11,897 in indebtedness to Aery on invoice nos. 5249 and 5250" and Cleveland Clinic "is confirming status of additional invoice nos. 5272 and 5273." Cleveland Clinic did not agree to account for invoices submitted by Aery after January 9, 2026. Accordingly, this motion is partially opposed and partially unopposed.

*/s/ Kenneth E. Chase*
Kenneth E. Chase

6

## CERTIFICATE OF WORD COUNT

Pursuant to Local Rule 7.1(F), I hereby certify that this motion contains 932 words, excluding the case style, signature block, and certificates, as counted by Microsoft Word.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on January 28, 2026 which automatically sends notice to all counsel or parties of record.

By:   */s/ Kenneth E. Chase*
Kenneth E. Chase