**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| TALENTSCALE, INC. | ) | |
| | ) | |
| Judgment Creditor, | ) | |
| | ) | Case No. 5:25-mc-00001-TKW-MJF |
| v. | ) | |
| | ) | |
| AERY AVIATION, LLC | ) | |
| | ) | |
| Judgment Debtor | ) | |
| | ) | |

**MOTION TO DISSOLVE WRIT OF GARNISHMENT**

COMES NOW the Judgment Debtor, Aery Aviation, LLC ("Aery"), by counsel, and pursuant to Fla. Stat. § 77.07(1), moves this Court to Dissolve the Writ of Garnishment issued to Cleveland Clinic on December 23, 2025 (DCF Doc. No. 168). Aery provides its basis for the Motion and legal support in its Memorandum in Support filed contemporaneously with this Motion.

WHEREFORE, Aery respectfully requests that this Court grant Aery's Motion to Dissolve the Writ of Garnishment issued to Cleveland Clinic.

This 29th day of January, 2026.

Respectfully submitted,
**Aery Aviation, LLC**

By _/s/ *Rachel Rodriguez*_____

Rachel L.T. Rodriguez
FL Bar No. 110425
Vires Law Group, PLLC
515 N. Flagler Dr., Suite 350
West Palm Beach, FL 33401
Tel: (561) 370-7383
rrodriguez@vireslaw.group

Erin C. McDaniel (VSB No. 94884)

1

2

- *NDFL Admission sought*
Davis, Burch & Abrams
555 Belaire Ave, Suite 340
Chesapeake, VA 23320
Tel: (757) 410-2293
erin.mcdaniel@davisba.com

*Counsel for Aery Aviation, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of January 2026, a true and accurate copy of the

foregoing was electronically filed via the Court's CM/ECF system, which will send notification of

such filing to the following:

Eric J. Pons
Chase Law & Associates PA
951 Yamato Road
Suite 280
Boca Raton, FL 33431
epons@chaselaw.com

Kenneth Chase
Chase Law & Associates, P.A.
1141 71st Street
Miami, FL 33141
kchase@chaselaw.com

_/s/ *Rachel Rodriguez*_____