**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

TALENTSCALE, INC.     )
            )
    Judgment Creditor,  )
            )  Case No. 5:25-mc-00001TKW
v.            )
            )
AERY AVIATION, LLC    )
            )
    Judgment Debtor   )
            )

**<u>DECLARATION OF SEAN BOYD</u>**

Pursuant to 28 U.S.C. § 1746, I, Sean Boyd, declare under penalty of perjury under the laws of the United States of America that the following facts are true and correct to the best of my information and belief:

1. I am an authorized representative of Aery Aviation, LLC ("Aery") and am familiar with its business operations, lending relationships, and financial arrangements, including Aery's lending relationship with Cogent Bank ("Cogent").

2. Aery is a limited liability company organized and located in the Commonwealth of Virginia.

3. Aery has a lending relationship with Cogent. In connection with that relationship, Aery and Cogent entered into a Business Loan Agreement, a Revolving Line of Credit Promissory Note, a Security Agreement, a Blocked Account Agreement, and related amendments and restatements (collectively, the "Loan Documents"). The Loan Documents were effective on June 23, 2021.

1

4.      True and correct copies of the Loan Documents are attached as exhibits to the Affidavit of Cogent Bank filed in this action at DCF Doc. No. 193. Those documents are the operative and governing loan documents between Aery and Cogent.

5.      I have reviewed the Loan Documents and UCC-1 attached to Cogent's affidavit, and they accurately reflect the agreements entered into between Aery and Cogent, including the grant and perfection of Cogent's first-priority security interest in Aery's accounts receivable and the operation of the blocked account and daily sweep mechanism.

6.      Under the Security Agreement, Aery granted Cogent a first-priority security interest in, among other things, all of Aery's accounts receivable and proceeds thereof, including receivables owed by customers such as the Cleveland Clinic Foundation ("Cleveland Clinic").

7.      Cogent perfected its security interest by filing a UCC-1 Financing Statement with the Virginia State Corporation Commission on June 24, 2021.

8.      Upon the filing of the UCC-1, Cogent immediately began lending money to Aery pursuant to the Loan Documents and has continued to do so through the present.

9.      Cleveland Clinic is a nonprofit medical center based in Cleveland, Ohio. Aery is contracted to provide critical care air transport services to Cleveland Clinic on an as-needed basis. This involves transporting critically ill and injured patients along with medical providers and advanced medical equipment, such as full mechanical ventilation, diagnostic imaging equipment, and ventricular assist devices using fixed-wing aircraft.

10.      Aery issues regular invoices to Cleveland Clinic for these services. Consistent with the Loan Documents, Aery has directed Cleveland Clinic to remit payment of its invoices, including the invoices identified in Cleveland Clinic's Answer to the Writ of Garnishment filed on January 9, 2026, directly into a Cogent-controlled blocked account rather than to Aery.

2

11.     Under the Loan Documents, Cogent has exclusive dominion and control over the blocked account. Funds deposited into that account are swept automatically and are to be applied on a daily basis to reduce Aery's outstanding obligations to Cogent, regardless of whether any event of default has occurred.

12.     Aery has no right or ability to direct, withdraw, or otherwise control funds deposited into the blocked account prior to Cogent's application of those funds.

13.     As of January 22, 2026, Aery was indebted to Cogent in the principal amount of approximately $15,571,634.33, exclusive of interest and fees. This indebtedness arises entirely from loans governed by the Loan Documents and secured by Cogent's perfected security interest.

14.     Because of Cogent's first-priority perfected security interest and the operation of the blocked account, Cleveland Clinic receivables are encumbered at inception and never constitute unencumbered property of Aery.

15.     But for the writ of garnishment issued in this case, the $11,897.00 and the $34,552.44, if validated, currently held by CCF pursuant to its Answer would have been remitted to the Cogent blocked account and applied to Aery's outstanding indebtedness in the ordinary course under the Loan Documents.

January 28, 2026
Date

Sean Boyd

3