**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

TALENTSCALE, INC.                )
                                 )
          Judgment Creditor,     )
                                 )   Case No. 5:25-mc-00001-TKW-MJF
v.                               )
                                 )
AERY AVIATION, LLC               )
                                 )
          Judgment Debtor        )
                                 )

**AERY AVIATION LLC'S MEMORANDUM IN OPPOSITION TO**
**TALENTSCALE'S MOTION FOR FINAL JUDGMENT OF GARNISHMENT AGAINST**
**GARNISHEE CLEVELAND CLINIC**

COMES NOW the Judgment Debtor, Aery Aviation, LLC ("**Aery**"), by counsel, and for its Memorandum in Opposition of Talentscale Inc.'s ("Talentscale") Motion for Final Judgment of Garnishment Against Garnishee Cleveland Clinic states as follows:

On December 24, 2025 Talentscale served a Writ of Garnishment on the Cleveland Clinic ("CCF") and subsequently filed the certificate of service with this Court. DCF Doc. No. 172. Pursuant to that Writ, CCF filed an Answer with this Court on January 9, 2026. DCF Doc. No. 183. Talentscale did not provide any notice to Aery regarding CCF's Answer. On January 27, 2026, Cogent Bank ("Cogent") filed an Affidavit pursuant to Fl. St. § 77.16 stating that funds identified in CCF's Answer are encumbered by Cogent's first priority security interest. DCF Doc. No. 193. Then, on January 28, 2026, Talentscale filed a Motion for Final Judgment of Garnishment against CCF and a Request for Updated Accounting. DCF. Doc. No. 194. Talentscale's Motion is improper for several reasons, and this Court should deny it in its entirety.

***First***, Talentscale claims that it is entitled to Final Judgment of Garnishment because "[n]o parties have filed a motion to dissolve the Cleveland Clinic Writ of Garnishment." However, Fl.

1

St. § 77.055 is very clear that Talentscale was required to serve notice on Aery advising that Aery "must move to dissolve the writ of garnishment within 20 days after the date indicated on the certificate of service in the notice." The statute further required Talentscale to "file in the proceeding a certificate of such service." Talentscale failed to provide the requisite notice to Aery, and to file a certificate of service with this Court. As a result, the time limit for Aery to file a Motion to Dissolve the Writ never began to run. Nonetheless, Aery did file a Motion to Dissolve on January 29, 2026. DCF Doc. No. 200.

*Second*, the day before Talentscale filed its Motion, Cogent filed an Affidavit stating that the funds identified in CCF's Answer are subject to Cogent's first priority security interest, and the same day that Talentscale filed its Motion, Cogent Bank filed a Motion to Dissolve the Writ against CCF. DCF Docs. No. 193,195. Although Cogent had not yet filed a Motion to Dissolve the Writ, Talentscale was clearly on notice that Cogent claimed a first priority security interest in the funds at issue before it filed its Motion. Further, neither Cogent's nor Aery's Motion can be a surprise to Talentscale, since this Court has already resolved the dispositive issue presented by this Writ, namely, whether Cleveland Clinic receivables subject to Cogent Bank's perfected security interest may be garnished by Talentscale. After full briefing and oral argument, the Court dissolved the prior Cleveland Clinic writ and denied reconsideration, holding that the receivables were assigned to Cogent and encumbered by a senior perfected lien. DCF Docs. No.84 and 106. As reflected in Cogent and Aery's Motions, no intervening facts or change in law warrant a different result here. For the reasons, detailed in Cogent and Aery's Motions, Talentscale is not entitled to Final Judgment of Garnishment against CCF.

*Third*, Talentscale is seeking an "updated accounting" from CCF to include any invoices that may have been submitted by Aery after January 9, 2026, the date of CCF's Answer. However,

2

even if the funds identified by CCF in their Answer were garnishable, and they are not, Talentscale would only be entitled to those garnishable funds in CCF's possession between the date of the service of the writ and the date of the filing of the Answer. *See* Fl. St. §§ 77.04, 77.06; *Chaachou v. Kulhanjian*, 104 So. 2d. 23, 24-25 (1958); *DiFrancesco v. Home Furniture Liquidators, Inc.*, No. 06-21709-CIV, 2008 WL 4724504, at *2 (S.D. Fl. Oct. 24, 2008). Talentscale provides no citation to any law to support its request for the Court to compel an updated accounting from CCF for all debts due as of an arbitrary "date certain."

WHEREFORE, Judgment Debtor, Aery Aviation, respectfully requests this Honorable Court to deny Talentscale's Motion for Final Judgment, dissolve the Writ of Garnishment issued to Cleveland Clinic, and grant such other relief as the Court deems just and proper.

**Local Rule 7.1(F) Certificate of Word Count**

The undersigned certifies that the word count established by Microsoft Word, beginning at the document title through the conclusion of this memorandum and consists of 711 words, which does not exceed the 8,000 word limit.

Dated this 2nd Day of February, 2026.

**Respectfully submitted,**
**Aery Aviation, LLC**

**By** */s/ Rachel Rodriguez*

Rachel L.T. Rodriguez
FL Bar No. 110425
Vires Law Group, PLLC
515 N. Flagler Dr., Suite 350
West Palm Beach, FL 33401
Tel: (561) 370-7383
rrodriguez@vireslaw.group

Erin C. McDaniel (VSB No. 94884)
*PRO HAC VICE*
Davis, Burch & Abrams
555 Belaire Ave, Suite 340
Chesapeake, VA 23320
Tel: (757) 410-2293
erin.mcdaniel@davisba.com

*Counsel for Aery Aviation, LLC*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this _____th day of January, 2026, a true and accurate copy of the

foregoing was electronically filed via the Court's CM/ECF system, which will send notification of

such filing to the following:


Eric J. Pons
Chase Law & Associates PA
951 Yamato Road
Suite 280
Boca Raton, FL 33431
epons@chaselaw.com

Kenneth Chase
Chase Law & Associates, P.A.
1141 71st Street
Miami, FL 33141
kchase@chaselaw.com


                                        _/s/ *Rachel Rodriguez*_____