# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| TALENTSCALE, INC. | ) | |
| | ) | |
| Judgment Creditor, | ) | |
| | ) | Case No. 5:25-mc-00001-TKW |
| v. | ) | |
| | ) | |
| AERY AVIATION, LLC | ) | |
| | ) | |
| Judgment Debtor | ) | |
| | ) | |

## <u>DECLARATION OF SEAN BOYD</u>

Pursuant to 28 U.S.C. § 1746, I, Sean Boyd, declare under penalty of perjury under the laws of the United States of America that the following facts are true and correct to the best of my information and belief:

1.      I am an authorized representative of Aery Aviation, LLC ("Aery") and am familiar with its business operations, lending relationships, and financial arrangements, including Aery's lending relationship with Cogent Bank ("Cogent").

2.      Aery is a limited liability company organized and located in the Commonwealth of Virginia.

3.      I have read the Answer filed by Capital Bank in response to Talentscale's Writ of Garnishment to Capital Bank.

4.      Account #XXXXX9918 (the "Collateral Account"), as identified in Capital Bank's Answer, exists but does not belong to Aery.

5.      The Collateral Account is subject to a perfected security interest in favor of Prudent Capital III, LP ("Prudent").

1

6. Aery has a long-standing relationship with Prudent. Under that relationship, on April 9, 2021, Aery and Prudent executed a Secured Promissory Note with a principal amount of $12,000,000 in favor of Prudent (the "Note").

7. In conjunction with the Note, Aery and Prudent entered into a lending and security agreement that granted Prudent a security interest in essentially all assets owned by Aery, including the Collateral Account (the "Security Agreement").

8. Aery further executed a Collateral Assignment of Deposit Account for the Collateral Account with $3,000,000 funded from the Note (the "Assignment").

9. It is my understanding that Prudent perfected its interest by filing a UCC-1 Financing Statement with the Virginia State Corporate Commission on April 21, 2021.

10. Aery does not have access to the Collateral Account. The Collateral Account is under the complete control of Prudent and any withdrawals from the account can only be made at Prudent's sole discretion or upon the extinguishment of Aery's debts to Prudent.

11. As of January 31, 2026, Aery is indebted to Prudent in the amount of approximately $9,399,273.

12. There is currently $1,163,639.64 in the Collateral Account. These funds serve as security for the Note and are insufficient to repay Aery's debt to Prudent.

13. Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true.

1/30/2026
Date

Sean Boyd

2