UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

TALENTSCALE, INC.,

       Plaintiff/Judgment Creditor,

vs.                              Civil Action No. 5:25-mc-00001

AERY AVIATION, LLC,

       Defendant/Judgment Debtor,

and

CLEVELAND CLINIC FOUNDATION,

       Garnishee.

_____/

### GARNISHEE CLEVELAND CLINIC FOUNDATION'S RESPONSE TO PLAINTIFF'S MOTION FOR FINAL JUDGMENT OF GARNISHMENT AND UPDATED ACCOUNTING

Garnishee Cleveland Clinic Foundation ("Cleveland Clinic"), by and through its undersigned attorneys, hereby responds to Plaintiff Talentscale, Inc.'s Motion for Final Judgment of Garnishment against Garnishee Cleveland Clinic with Request for Updated Accounting by Garnishee filed January 28, 2026 (Doc. 194). Garnishee Cleveland Clinic takes no position regarding the merits of the Writ of Garnishment (Doc. 168) and does not oppose Plaintiff's Motion for Final Judgment of Garnishment (Doc. 194), Defendant's Motion to Dissolve Writ of Garnishment (Doc. 200) or Non-Party Cogent Bank's Motion to Dissolve Writ of Garnishment (Doc. 195).

Since filing its Answer to the Writ of Garnishment on January 9, 2026

(Doc. 183), Cleveland Clinic has validated and confirmed that all debts (four invoices) owed by Cleveland Clinic to Defendant Aery Aviation, LLC at the time between the service of the Writ and the time of Garnishee Cleveland Clinic's Answer total $46,449.44.  Cleveland Clinic is in doubt as to whether an additional amount of approximately $195,959.49 in services, which were invoiced and/or validated after the date of Cleveland Clinic's Answer in this case but were for services rendered up to January 9, 2026, is required to be retained pursuant to the Writ of Garnishment.   As such, Cleveland Clinic will retain a total of approximately $242,408.93 pursuant to the Writ and Section 77.06, Florida Statutes, until further order of this Court.

Because Garnishee Cleveland Clinic has no interest in the outcome of the pending motions set for hearing on February 27, 2026, the Garnishee does not plan to attend the in-person hearing unless directed by the Court.

### Fees Owed for Services Provided by Aery Aviation

At the time of service of the Writ of Garnishment and through the time of filing of the Answer to the Writ of Garnishment, Cleveland Clinic had received four unpaid invoices from Defendant Aery Aviation, LLC.  All validated debts due by Garnishee Cleveland Clinic to Defendant Aery Aviation, LLC between the time of the service of the Writ of Garnishment (December 24, 2026) and the time of Garnishee's Answer (January 9, 2026) are set forth below:

2

| Invoice No. | Supplier | Invoice Amount |
|---|---|---|
| 5249 | Aery Aviation LLC | $8,897.00 |
| 5250 | Aery Aviation LLC | $3,000.00 |
| 5272 | Aery Aviation LLC | $25,377.19 |
| 5273 | Aery Aviation LLC | $9,175.25 |
| | Subtotal: | $46,449.44 |

During the time period provided by Section 77.06(1), Florida Statutes, Garnishee Cleveland Clinic was indebted to Defendant Aery Aviation, LLC for services rendered (transportation of transplant organs) in the amount of $46,449.44.

Garnishee Cleveland Clinic is aware that prior to January 9, 2026, Defendant Aery Aviation performed additional services for which Cleveland Clinic had not received invoices.   Cleveland Clinic believes Aery Aviation provided these additional services, but Cleveland Clinic had not received and/or validated the following additional fees prior to January 9, 2026:

| Invoice No. | Supplier | Amount |
|---|---|---|
| 4646 | Aery Aviation LLC | $3,000.00 |
| 4713 | Aery Aviation LLC | $5,045.02 |
| 4820 | Aery Aviation LLC | $3,000.00 |
| 5125 | Aery Aviation LLC | $3,666.22 |
| 5160 | Aery Aviation LLC | $13,841.00 |
| 5182 | Aery Aviation LLC | $4,593.76 |
| 5183 | Aery Aviation LLC | $4,262.38 |
| 5251 | Aery Aviation LLC | $3,000.00 |
| 5257 | Aery Aviation LLC | $18,172.00 |
| 5258 | Aery Aviation LLC | $25,976.64 |
| 5259 | Aery Aviation LLC | $3,000.00 |
| 5260 | Aery Aviation LLC | $9,025.04 |
| 5261 | Aery Aviation LLC | $7,750.72 |
| 5262 | Aery Aviation LLC | $9,563.00 |
| 5263 | Aery Aviation LLC | $10,093.00 |

| | | |
|---|---|---|
| 5264 | Aery Aviation LLC | $3,000.00 |
| 5266 | Aery Aviation LLC | $14,120.00 |
| 5267 | Aery Aviation LLC | $17,984.07 |
| 5268 | Aery Aviation LLC | $3,000.00 |
| 5269 | Aery Aviation LLC | $15,887.90 |
| 5270 | Aery Aviation LLC | $11,478.74 |
| 5271 | Aery Aviation LLC | $3,000.00 |
| 5278 | Aery Aviation LLC | $3,500.00 |
| | Subtotal: | $195,959.49 |

## Conclusion

Garnishee Cleveland Clinic, in good faith, is in doubt as to whether this approximately $195,959.48 in indebtedness owed to Aery Aviation is required to be retained pursuant to the Writ of Garnishment. As such, pursuant to Section 77.06(3), Florida Statutes, Garnishee Cleveland Clinic shall hold the total sum of approximately $242,408.93 until the Court issues its order directing the Garnishee to disburse.

Respectfully submitted,

*/s/Darrin J. Quam*
DARRIN J. QUAM, ESQUIRE
Florida Bar No. 995551
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
401 East Jackson Street, Suite 2100 (33602)
Post Office Box 3299
Tampa, Florida 33601
Primary: dquam@stearnsweaver.com
Second: mbumoskey@stearnsweaver.com
Tel: (813) 223-4800/Fax: (813) 222-5089
Attorneys for Garnishee Cleveland Clinic Foundation

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2026, I filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Darrin J. Quam*
DARRIN J. QUAM, ESQUIRE
Florida Bar No. 995551

#14432863 v1