IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

CASE NO. 5:25-mc-00001-TKW

TALENSCALE, INC.,

    Plaintiff,

vs.

AERY AVIATION, LLC,

    Defendant

_____/

## GARNISHEE'S NOTICE OF FILING DECLARATION

Garnishee, Capital Bank, N.A., by and through its undersigned counsel, hereby gives notice

of filing the attached Declaration of Scot Browning.

DATED:  February 6, 2026        Respectfully submitted,

        AKERMAN LLP

        By: */s/ Noelle P. Pankey*
        Noelle P. Pankey, Florida Bar No.: 44727
        Lawrence P. Rochefort, Florida Bar No.: 769053
        Email:  noelle.pankey@akerman.com
        Email:  lawrence.rochefort@akerman.com
        777 S. Flagler Dr., Suite 1100 West Tower
        West Palm Beach, Florida  33401
        Telephone: (561) 653-5000
        *Counsel for Garnishee, Capital Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        By:  */s/ Noelle Pankey*
           Noelle Pankey, Esq.

85290955;1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

CASE NO. 5:25-mc-00001-TKW

TALENSCALE, INC.,

    Plaintiff,

vs.

AERY AVIATION, LLC,

    Defendant

_____/

## DECLARATION OF SCOT BROWNING

Pursuant to 28 U.S.C. § 1746, I, Scot Browning, hereby attest and affirm as follows:

1.    I am an adult competent to testify to the matters set forth herein.

2.    I am the President of Commercial Real Estate Lending of Garnishee Capital Bank, N.A. ("Capital Bank") and am authorized to make this Declaration on its behalf.

3.    Capital Bank is a national banking association with its corporate headquarters in Rockville, Maryland.

4.    Capital Bank has one branch in Florida, located in Fort Lauderdale. Capital Bank's Fort Lauderdale branch was opened in 2025. Capital Bank does not have a branch or office within the Northern District of Florida.

5.    I am familiar with and have access to Capital Bank's business records, as well as its procedures established for making and maintaining such records.

6.    The information described in this Declaration and referenced below is taken from Capital Bank's business records and my personal knowledge.

7.    I have personal knowledge of Capital Bank's routine practices and procedures for making and maintaining the records about which I am testifying. They are made at or near the

85287833;1

time of the occurrence of the recorded matter(s); made by, or from information transmitted by, persons with personal knowledge of the recorded matter(s); and kept in the course of Capital Bank's regularly conducted business activities. It is the regular practice of Capital Bank to make such records. Based upon records maintained by Capital Bank, I have gained knowledge of facts set forth in this Declaration and, if called upon as a witness to testify, could and would competently testify as to those facts, under penalty of perjury.

8.     As disclosed in Capital Bank's Answer to the Writ of Garnishment (the "Writ") [D.E. 186], which Writ was served on it on December 24, 2025, Capital Bank has custody, possession or control of Account Number XXXXXXXX9918 with an Account Name/Title of Aery Aviation LLC c/o Prudent Management (the "Account").

9.     The Account was opened in April 2021 through Capital Bank's Washington, D.C. branch located on I Street. A true and correct copy of the April 2021 Account statement reflecting this Account opening information is attached hereto as **Exhibit A**.

10.     As of the date of service of the Writ and through the present, the Account was and is maintained and managed by Capital Bank's branch in Reston, Virginia. A true and correct copy of the January 2026 Account statement reflecting the Reston Branch as the branch managing the Account is attached hereto as **Exhibit B**.

11.     The Account is pledged, assigned, and granted to Prudent Capital III, LP pursuant to a Collateral Assignment of Deposit Account dated April 9, 2021 executed by judgment debtor Aery Aviation, LLC.

2

12.     As of January 30, 2026, the Account value was $1,167,101.87. *See* Ex. B.

I declare under penalties of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated:  February 6, 2026

**SCOT BROWNING**

3

85287833;1