**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

Case No. 5:25-mc-00001-TKW-MJF

TALENTSCALE, INC.,

     Plaintiff / Judgment-Creditor,

v.

AERY AVIATION, LLC,

     Defendant / Judgment-Debtor.

_____/

## <u>NOTICE OF RELATED CASE</u>

Plaintiff/Judgment-Creditor Talentscale, Inc. ("Talentscale") files this Notice of Related Case.

1.    On November 26, 2025, the day before Thanksgiving, Defendant/Judgment-Debtor Aery Aviation, LLC filed a lawsuit against its creditor, Plaintiff/Judgment-Creditor Talentscale, Inc. and its principal Doug Poldrugo (a Florida resident), purportedly for "defamation" of Aery because Mr. Poldrugo sent an email dated August 22, 2025 and a follow up email dated August 26, 2025 to Cogent Bank's Leadership Team. Ex. A, B.

2.    Talentscale removed the Virginia lawsuit to the United States District Court for the Eastern District of Virginia, where it is now pending and subject to a

motion to dismiss. *Aery Aviation, LLC v. Talentscale, Inc. et al*, 4:25-cv-00173-RBS-LRL.

3. In addition to a motion to dismiss for lack of personal jurisdiction, improper venue, failure to state a claim, Aery's lawsuit against its judgment-creditor violates Virginia's anti-SLAPP statute, Va. Code § 8.01-223.2.

4. Aery's lawsuit is a textbook SLAPP suit, which is meritless and appears to have been filed for an improper purpose.

5. Given the "very close" relationship between Cogent and Aery, demonstrated in recent times through Cogent and Aery's increased credit line from $15 million to $18 million and those parties' refusal to produce their communications with one another in response to a subpoena, it is unlikely that Aery's SLAPP suit would have been filed without Cogent's knowledge and approval.

6. While Aery and Cogent were both concealing the increased $18 million credit line which went into effect on May 5, 2025, at the hearing on May 23, 2025, Cogent's counsel represented that the credit line was maxed out at $15 million (when it was really $18 million) and Aery represented to the tribunal that it "just doesn't have" funds to make payments on the judgment (ECF No. 93-3 at 25:16-19).

7. But those funds which Aery claims not to have are being siphoned off at an alarming rate to Aery's counsel, Davis Law, which has apparently received the

2

following massive set of transfers (none of which were denied when this matter was

presented directly to Davis Law):

| Process Date | Payment Amount | Status | Memo | Payment Confirmation | Fraudulent Transferee Name |
|---|---|---|---|---|---|
| 1/26/2021 | $10,463.25 | Paid | Inv #2335 | P21012301 - 7029895 | Davis Law PLC |
| 2/12/2021 | $8,073.25 | Paid | Inv #2549 | P21021101 - 1879119 | Davis Law PLC |
| 3/8/2021 | $14,399.00 | Paid | Inv #2567 | P21030601 - 7654781 | Davis Law PLC |
| 4/15/2021 | $27,411.20 | Paid | # 2793 | P21041501 - 8152259 | Davis Law PLC |
| 5/19/2021 | $49,379.80 | Paid | # 2833 | P21052001 - 7147709 | Davis Law PLC |
| 6/22/2021 | $25,821.35 | Paid | # 2933 | P21062301 - 5996054 | Davis Law PLC |
| 7/15/2021 | $36,462.10 | Paid | Multiple invoices | P21071401 - 1826483 | Davis Law PLC |
| 8/16/2021 | $22,803.08 | Paid | Inv #3136 | P21081301 - 9986096 | Davis Law PLC |
| 9/8/2021 | $16,251.75 | Paid | Inv #3234 | P21090701 - 5949189 | Davis Law PLC |
| 10/13/2021 | $17,435.55 | Paid | Inv #3415 | P21101201 - 5723655 | Davis Law PLC |
| 12/24/2021 | $38,083.60 | Paid | Multiple invoices | P21122301 - 5754343 | Davis Law PLC |
| 2/8/2022 | $7,794.75 | Paid | Inv #3640 | P22020701 - 6217267 | Davis Law PLC |
| 3/8/2022 | $4,056.25 | Paid | # 3752 | P22030801 - 3660429 | Davis Law PLC |
| 3/8/2022 | $12,961.20 | Paid | # 3753 | P22030801 - 3661442 | Davis Law PLC |
| 5/3/2022 | $63,648.80 | Paid | Multiple invoices | P22050201 - 8064894 | Davis Law PLC |
| 7/18/2022 | $50,453.60 | Paid | Multiple invoices | P22071501 - 8161962 | Davis Law PLC |
| 10/24/2022 | $43,964.70 | Paid | Multiple invoices | P22102101 - 3633518 | Davis Law PLC |
| 9/13/2023 | $15,000.00 | Paid | # 4971 | P23091201 - 2808259 | Davis Law PLC |
| 9/27/2023 | $15,000.00 | Paid | #Multiple | P23100201 - 7179840 | Davis Law PLC |
| 10/4/2023 | $15,000.00 | Paid | #Multiple | P23100801 - 8564685 | Davis Law PLC |
| 10/24/2023 | $15,000.00 | Paid | #Multiple | P23102701 - 9244176 | Davis Law PLC |
| 10/24/2023 | $15,000.00 | Paid | #Multiple | P23102701 - 9244525 | Davis Law PLC |
| 2/14/2024 | $4,281.05 | Paid | # 5988 | P25021401 - 4849334 | Davis Law PLC |
| 2/14/2024 | $2,038.87 | Paid | # 4341 | P25021401 - 4849917 | Davis Law PLC |
| 2/20/2024 | Arbitration Award | | | | |
| 3/14/2024 | $2,922.20 | Paid | Payment entered in QBO | P24070301 - 0185308 | Davis Law PLC |
| 3/14/2024 | $9,077.80 | Paid | Payment entered in QBO | P24080501 - 6707800 | Davis Law PLC |
| 3/14/2024 | $2,658.45 | Paid | # 6354 | P25021401 - 4847968 | Davis Law PLC |

| | | | | | |
|---|---|---|---|---|---|
| 5/3/2024 | $415.95 | Paid | Payment entered in QBO | P24060701 - 5107116 | Davis Law PLC |
| 5/3/2024 | $8,748.05 | Paid | Payment entered in QBO | P24060701 - 5107120 | Davis Law PLC |
| 5/3/2024 | $5,836.00 | Paid | Payment entered in QBO | P24060701 - 5107124 | Davis Law PLC |
| 5/6/2024 | $1,729.10 | Paid | # 6574 | P25021401 - 4848233 | Davis Law PLC |
| 10/9/2024 | Judgment Entered | | | | |
| 1/31/2025 | $2,040.05 | Paid | Payment entered in QBO | P25021401 - 4845535 | Davis Law PLC |
| 1/31/2025 | $4,174.80 | Paid | Payment entered in QBO | P25021401 - 4845551 | Davis Law PLC |
| 1/31/2025 | $1,470.95 | Paid | Payment entered in QBO | P25021401 - 4845571 | Davis Law PLC |
| 1/31/2025 | $3,361.70 | Paid | Payment entered in QBO | P25021401 - 4845585 | Davis Law PLC |
| 1/31/2025 | $250.00 | Paid | Payment entered in QBO | P25021401 - 4845597 | Davis Law PLC |
| 1/31/2025 | $3,702.50 | Paid | Payment entered in QBO | P25021401 - 4845604 | Davis Law PLC |
| 1/31/2025 | $6,503.06 | Paid | # 7354 | P25071501 - 3940249 | Davis Law PLC |
| 1/31/2025 | $1,547.40 | Paid | # 7221 | P25071501 - 3940668 | Davis Law PLC |
| 1/31/2025 | $7,121.05 | Paid | # 6698 | P25071501 - 3941575 | Davis Law PLC |
| 2/14/2025 | $93.52 | Paid | # 4593 | P25021401 - 4850164 | Davis Law PLC |
| 5/8/2025 | $250.00 | Paid | # 8913 | P25071501 - 3936673 | Davis Law PLC |
| 5/8/2025 | $13,655.52 | Paid | # 8443 | P25071501 - 3937637 | Davis Law PLC |
| 5/8/2025 | $2,882.60 | Paid | # 8409 | P25071501 - 3937817 | Davis Law PLC |
| 5/8/2025 | $1,230.15 | Paid | # 8281 | P25071501 - 3937973 | Davis Law PLC |
| 5/8/2025 | $3,871.20 | Paid | # 8136 | P25071501 - 3938814 | Davis Law PLC |
| 5/8/2025 | $1,391.15 | Paid | # 8005 | P25071501 - 3938940 | Davis Law PLC |
| 5/8/2025 | $7,611.85 | Paid | # 7870 | P25071501 - 3939076 | Davis Law PLC |
| 5/8/2025 | $1,168.55 | Paid | # 7704 | P25071501 - 3939275 | Davis Law PLC |
| 5/8/2025 | $3,011.81 | Paid | # 7543 | P25071501 - 3939513 | Davis Law PLC |
| 5/8/2023 | $45,000.00 | Paid | Cogent Account x-0213 to Davis Burch Blue Ridge Bank Account x-6217 | SDFL 00007 | Davis Burch Abrams |
| 6/13/2025 | $22,979.68 | Paid | # 9244 | P25071501 - 3936287 | Davis Law PLC |
| 6/13/2025 | $15,136.55 | Paid | # 8922 | P25071501 - 3936595 | Davis Law PLC |
| 6/13/2025 | $7,209.85 | Paid | # 8753 | P25071501 - 3936878 | Davis Law PLC |

4

| 6/13/2025 | $7,761.50 | Paid | # 8594 | P25071501 - 3937483 | Davis Law PLC |
|---|---|---|---|---|---|
| 6/13/2025 | $1,507.51 | Paid | # 9083 | P25071501 - 3941989 | Davis Law PLC |
| | | | | | |
| Since Talentscale Contract | $727,103.65 | | | | |
| Since 2/20/2024 | $196,320.50 | | | | |
| Since 10/9/2024 | $164,932.95 | | | | |

8. At a minimum, Aery is wasting its resources (which it claims are scarce) by transferring funds to Davis Law to pursue a frivolous lawsuit against its judgment creditor.

9. However, if Aery and Cogent colluded to fraudulently gin up the SLAPP suit, knowing that it was baseless and filed for an improper purpose, that may itself be sufficient to support equitable relief under *Gordon v. Flamingo Holding P'ship*, 624 So. 2d 294, 297-98 (Fla. 3d DCA 1993)[1] which could end all of this litigation immediately.

---

[1] The Third DCA in *Gordon* held:

> To obtain an equitable lien, a party must prove fraud, misrepresentation, or affirmative deception. *Rinker Materials Corp. v. Palmer First Nat'l Bank & Trust Co. of Sarasota,* 361 So.2d 156 (Fla.1978). The basis of an equitable lien may be unjust enrichment. *Plotch v. Gregory,* 463 So.2d 432, 436 n. 1 (Fla. 4th DCA 1985). "Such liens ... may be declared by a court of equity out of general considerations of right and justice as applied to the relations of the parties and the circumstances of their dealings." *Id.* at 436.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

*/s/ Kenneth E. Chase*
Kenneth E. Chase
Florida Bar No. 17661
kchase@chaselaw.com
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Telephone: (305) 402-9800

*Counsel for Plaintiff /*
*Judgment-Creditor Talentscale, Inc.*

## CERTIFICATE OF WORD COUNT

Pursuant to Local Rule 7.1(F), I hereby certify that this Notice contains 1,176 words, excluding the case style, signature block, and certificates, as counted by Microsoft Word.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February 12, 2026 which automatically sends notice to all counsel or parties of record.

By:   */s/ Kenneth E. Chase*
Kenneth E. Chase

---

*Gordon*, 624 So. 2d at 297.

6