| | |
|---|---|
| **From:** | Christopher Davis |
| **To:** | Kenneth E. Chase |
| **Cc:** | Eric J. Pons; Darren D. Sturges; Erin McDaniel; Justin Burch |
| **Subject:** | Aery Aviation v. TalentScale and Douglas Poldrugo |
| **Date:** | Wednesday, November 26, 2025 4:50:23 PM |
| **Attachments:** | Verified Complaint Package - 11-26-25.pdf |

Ken,

Today Aery filed the attached lawsuit.  We expect service copies after the holiday.  Please advise if you will accept service on behalf of TalentScale and/or Mr. Poldrugo.

Thanks.

Chris

Christopher D. Davis

555 Belaire Ave., Suite 340 | Chesapeake, Virginia | 23320
Office: (757) 410-2293 | Mobile: (757) 277-6772 | Fax: (757) 257-8614
www.DavisBA.com