**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

TALENTSCALE, INC.                          )
                                           )
    Judgment Creditor,               )
                                           )    Case No. 5:25-mc-00001TKW
v.                                         )
                                           )
AERY AVIATION, LLC                         )
                                           )
    Judgment Debtor                  )
_____            )

**<u>DECLARATION OF SEAN BOYD</u>**

Pursuant to 28 U.S.C. § 1746, I, Sean Boyd, declare under penalty of perjury under the laws of the United States of America that the following facts are true and correct to the best of my information and belief:

1.    I am an authorized representative of Aery Aviation, LLC ("Aery") and am familiar with its business relationships and financial arrangements.

2.    For tax purposes, Aery is a pass-through entity, meaning the members of Aery are individually responsible for paying the company's taxes. As a result, Aery has occasionally made tax distributions to the members, which are distributions specifically designed to cover each member's income tax liabilities resulting from their ownership stake in Aery.

3.    However, Aery has not made any distributions at all to Scott Beale since 2023.

4.    Aery's purchase of aircraft from GH Equipment, LLC occurred in 2021, approximately three years before the arbitration award to Talentscale.

5.    Aery entered into a lease agreement with Aviation Capital Partners, LLC for the lease of an aircraft beginning on September 1, 2021.

1

2

6. Aery entered into a lease agreement with Aviation Capital Partners II, LLC for the lease of an aircraft beginning on November 1, 2023.

7. Aery entered into a lease agreement with Fast Bird, LLC for the lease of an aircraft beginning on July 11, 2023.

8. As an aviation company, Aery must either own or lease aircraft to operate. Accordingly, payment of these leases is an essential operating cost for Aery.

9. However, Aery was only able to make a handful of lease payments to Fast Bird, LLC in 2025, and has not made any so far in 2026, due to the financial condition of the company.

10. Aerodrome Properties, LLC built the hangar that Aery operates out of in Newport News, Virginia.  The money Aery paid to Aerodrome was for a small portion of the construction cost and was paid in 2022, approximately two years before the arbitration award to Talentscale.

11. Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true.


February 20, 2026
Date

Sean Boyd

2