IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

CASE NO. 5:25-mc-00001-TKW

TALENSCALE, INC.,

     Plaintiff,

vs.

AERY AVIATION, LLC,

     Defendant

_____/

**GARNISHEE CAPITAL BANK, N.A.'S**
**RESPONSE TO ORDER SCHEDULING HEARING**

Garnishee, Capital Bank, N.A. ("Garnishee"), by and through its undersigned counsel, hereby responds to the Court's Order Scheduling Hearing (ECF No. 196) and states as follows:

1.     On or about January 13, 2026, Garnishee filed its Answer (ECF No. 186) to the Writ of Garnishment served on it in this action.

2.     In its Answer, Garnishee states that it has custody, possession, or control of Account No. XXXXXXXX9918 (the "Account") in the name of Aery Aviation LLC c/o Prudent Management with an account value of $1,163,639.64 as of January 9, 2026.  Garnishee also states in its Answer that the account is located outside the state of Florida.

3.     On or about February 6, 2026, Garnishee filed its Notice of Filing the Declaration of Scot Browning (ECF No. 208).  Mr. Browning's Declaration addresses the Account, including the location where the Account was opened and the location where the Account presently is maintained and managed.

85454449;1

4. The Account is currently restricted pursuant to the writ of garnishment, but the Garnishee has no cognizable interest in the resolution of the pending motions addressing the legal priority of the competing interests in the garnished funds. *See, e.g.,* ECF Nos. 184, 204, 207.

5. Based on the foregoing, including Garnishee's Answer to the writ of garnishment and its sworn statements in the filed Declaration of Mr. Browning, the Garnishee does not intend to attend the hearing on February 27, 2026. The Garnishee will comply with and abide by any Order or Judgment entered by the Court concerning the writ of garnishment served on Garnishee.

DATED: February 23, 2026       Respectfully submitted,

AKERMAN LLP

By: */s/ Noelle P. Pankey*
Noelle P. Pankey, Florida Bar No.: 44727
Lawrence P. Rochefort, Florida Bar No.: 769053
Email: noelle.pankey@akerman.com
Email: lawrence.rochefort@akerman.com
777 S. Flagler Dr., Suite 1100 West Tower
West Palm Beach, Florida 33401
Telephone: (561) 653-5000
*Counsel for Garnishee, Capital Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Noelle Pankey*
      Noelle Pankey, Esq.

2

85454449;1